**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
*Proposed Attorney for the Debtors*

Order Filed on September 30, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

  ProPhase Diagnostics NJ, Inc.,

                                Debtor.

Case No.: 25-19833-CMG
Chapter 11
Judge: Gravelle

In re:

  ProPhase Diagnostics NY, Inc.,

                                Debtor.

Case No.: 25-19834-CMG
Chapter 11
Judge: Gravelle

In re:

  ProPhase Diagnostics, Inc.,

                                Debtor.

Case No.: 25-19836-CMG
Chapter 11
Judge: Gravelle

**ORDER DIRECTING JOINT ADMINISTRATION OF CASES**
**AND AUTHORIZING FILING OF CONSOLIDATED CREDITOR MATRIX**

   The relief set forth on the following pages, numbered (2) through (4), is hereby **ORDERED:**

**DATED: September 30, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the motion/application of the above-captioned Debtors for entry of an Order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, directing the joint administration of the above-captioned cases for procedural purposes only, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The Motion is Granted as set forth herein.

2. The Debtors' Chapter 11 Cases shall be consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015.

3. The Clerk of the Court shall maintain one file and one docket for all of the Debtors' Chapter 11 Cases, and case number 25-18333-CMG (the "Lead Case") shall be designated as the lead case with the case caption to be as set forth in paragraph 6 below,

4. All original pleadings shall be captioned as indicated in paragraph 6 of this Order, and the Clerk of the Court shall make docket entries in the dockets of each of the Chapter 11 cases to reflect the Joint Administration of these cases. The Clerk shall file a copy of this Order in the Lead Case and each of the affiliated Debtor cases.

5. The Debtors shall file individual Monthly Operating Reports for each Debtor and such reports shall be filed in the Lead Case.

6. All pleadings in the Debtors' cases shall bear a consolidated caption in the following form:

| In re:                                      | Case No.: 25-19833-(CMG)  |
|---------------------------------------------|---------------------------|
| ProPhase Diagnostics NJ, Inc., *et al.*,    | Chapter 11                |
|                                             | Judge: Gravelle           |
| \Debtors.                                   | (Jointly Administered)    |

7. Nothing contained in this Order or in the Motion is intended or shall be deemed or otherwise construed as directing or otherwise effecting a substantive consolidation of the Debtors' estates.

8. All lists, schedules and statements shall be filed and docketed in the specific case to which they are applicable.

9. Any party in interest may request joint hearings on matters pending in any of the Chapter 11 Cases.

10. If pleadings, papers or documents have been filed in any of the above-captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (I) re-file the pleadings, paper or document in the Lead Case within three (3) business days of the entry of this Order, (ii) set the pleading, paper or document for hearing before the judge assigned to the Lead Case and (iii) notice the hearing to all appropriate parties.

11. The Debtors are authorized, but not directed, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1007(d), and Local Rule 1007-1, to submit a Consolidated Creditor Matrix; provided that if any of these Chapter 11 Cases converts to a case under chapter 7 of the Bankruptcy Code, each applicable Debtor shall file its own separate mailing matrix and provide the Clerk's office with the mailing matrix within fourteen (14) days of such conversion.

12. The Debtors are authorized, on an interim basis, to file a single consolidated list of their creditors, excluding insiders.

13. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived by entry of this Order.

14. Any party may move for modification of this Order in accordance with Local Rule 9013-5(e).

15. This Order shall be effective immediately upon entry.

16. A true copy of this Order shall be served on all required parties pursuant to Local Rule 9013-5(f).

17. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

18. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

#    #    #

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 25-19833-CMG
ProPhase Diagnostics NJ, Inc.     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1
Date Rcvd: Sep 30, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | ProPhase Diagnostics NJ, Inc., 42 Throckmorton Lane, Old Bridge, NJ 08857-2572 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Thaddeus R. Maciag | on behalf of Debtor ProPhase Diagnostics NJ  Inc. MaciagLaw1@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3