ProPhase Diagnostics, NJ, et al.
(Jointly Administered)
Chapter 11
U.S. Bankruptcy Court
District of New Jersey
Case #25-19833-CMG

## CONSOLIDATED CREDITOR MATRIX

```
ATC Testing and Screening Services LLC
4532 W Napoleon Ave Ste 202
Metairie, LA 70001-2486

Drexel Distrib. dba EZ Test NY
223 W 14th St
New York, NY 10111

Oscar Michelen, Esq.
200 Old Country Road, Suite 2 South
Mineola, NY 11501

Westerman Ball Ederer Miller, Esqs.
1201 RXR Plaza
00001-1556

Amazon Capital Services
PO Box 035184
Seattle, WA 98124

ATC Testing and Screening Services LLC
4532 W Napoleon Ave Ste 202
Metairie, LA 70001-2486

Bio-Rad
PO Box 849740
Los Angeles, CA 90084

BRG Office LLC - Unit 2 Assoc LLC
711 Stewart Ave.
Garden City, NY 11530

Crown Castle Fiber LLC
PO Box 28730
New York, NY 10087-8730

Darktrace Holdings Ltd.
Dept LA 25444
Pasadena, CA 91185-5444
```

Delinea Inc (Thycotic)
215 19th Street, Suite 1220
Des Moines, IA 50309

Drexel Distrib. dba EZTest
223 W 14th St
New York, NY 10111

EZ Connect Inc
3249 SE Quay Street
Port Saint Lucie, FL 34984

First Financial Holdings
PO Box 631222
Cincinnati, OH 45263

Fisher Healthcare
P.O. Box 3648
Boston, MA 02241-3648

FrontrunnerHC, Inc
36 Cordage Park
Plymouth, MA 02360

LabSender, LLC
9216 N Dawn Ave.
Kansas City, MO 64154


Leaf Capital Funding, LLC
110 S Poplar St Ste 101
Wilmington, DE 19801

Life Technologies Corporation
12088 Collection Center Dr,
Chicago, IL 60693

NY State Dept. of Health
Clinical Laboratory Eval. Program
Wadsworth Center
Empire State Plaza
Albany, NY 12237

Operations Control for Laboratories LLC
PO Box 550
Minooka, IL 60447

Orchard Software Corporation
701 Congressional Blvd.
Carmel, IN 46032

Oscar Michelen, Esq.
200 Old Country Road
Suite 2 South
Mineola, NY 11501

ProPhase Labs, Inc.
626 RXR Plaza, 6th Floor
Uniondale, NY 11556

RC Testing Service Corp.
Po Box 248
Lynbrook, NY 11563

Siemens Healthcare Diagnostics Inc
27511
Cary, NC 27511

SKF Global Inc.
63 Bolan Dr. West
West Orange, NJ 07052

Sysmex America, Inc.
28241 Network Pl
Chicago, IL 60673

Throckmorton Lane Realty
26 Throckmorton Ln, Fl 2
Old Bridge, NJ 08857

Torreyana Corp
2196 Ocean View Blvd
San Diego, CA 92113

Twp. of Old Bridge Bureau Fire Prev
3098 Highway 516
Old Bridge, NJ 08857

Uline
PO Box 88741
Chicago, IL 60680-1741

United Corporate Services
10 Bank Street, Suite 560
White Plains, NY 10606

Vitalaxis, Inc.
8000 Virginia Manor Rd
Beltsville, MD 20705

Waystar
1311 Solutions Center
Chicago, IL 60677

Westerman Ball Ederer Miller, Esqs.
1201 RXR Plaza
Uniondale, NY 11556

Zoom Video Communications Inc
PO Box 888843
Los Angeles, CA 90088