UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
Proposed Attorney for the Debtors

In Re:

ProPhase Diagnostics NJ, Inc., et al.

Debtors.

Case No.: 25-19833-CMG
Chapter: 11
Adv. No.: Jointly Administered
Hearing Date: n/a
Judge: Gravelle

## CERTIFICATION OF SERVICE

1. I, Thaddeus Maciag :

    ☒ represent the Debtors in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On October 11, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Debtor's Application for Retention of Crown Medical Collections, LLC, with all supporting papers
    [sent to U.S. Trustee, Secured Creditors, Parties Requesting Notice]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/12/2025

/s/ Thaddeus R. Maciag
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Dept of Justice<br>Office of the US Trustee<br>attn: Jeffrey M. Sponder, Esq<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  (ECF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |