Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 25−19833−CMG  
Chapter: 11  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   ProPhase Diagnostics NJ, Inc.  
   42 Throckmorton Lane  
   Old Bridge, NJ 08857

Social Security No.:

Employer's Tax I.D. No.:  
   13−3934292

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/25/25 at 02:00 PM

to consider and act upon the following:

*1* − Chapter 11 Voluntary Petition Filed by Thaddeus R. Maciag on behalf of ProPhase Diagnostics NJ, Inc.. Chapter 11 Debtors Exclusive Right to File a Plan Expires on 01/20/2026.Appointment of health care ombudsman due by 10/14/2025 (Maciag, Thaddeus)

Dated: 10/16/25

                                          Jeanne Naughton  
                                          Clerk, U.S. Bankruptcy Court