**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey  08540
(908) 704-8800
*Attorney for the Debtors*

| | |
|---|---|
| In re:<br><br>ProPhase Diagnostics NJ, Inc., *et al.*<br><br>Debtor-in-Possession. | Case No.: 25-19833-CMG<br>Chapter 11 Reorganization<br>Judge: Gravelle<br><br>Jointly Administered |

## NOTICE OF TELEPHONIC §341 MEETING

Please TAKE NOTICE that:

The §341 Meeting of Creditors in this case HAS NOW BEEN RESCHEDULED TO A NEW DATE: October 27, 2025 at 1:00pm. The Meeting will take place by telephone conference call commencing at 1:00pmET on that date. If you wish to participate in the call, please e-mail Debtors' Attorney at MaciagLaw1@aol.com no later than 5:00pm on Saturday October 25, 2025, and you will receive dial-in instructions ( if you send such an email, please title the Subject line of your email as: "Request for ProPhase 341 Dial-In instructions"). YOUR PARTICIPATION IS WELCOME, BUT IS NOT REQUIRED.

                                                             MACIAG LAW, LLC

                                                      /s/Thaddeus R. Maciag
                                                      Thaddeus R. Maciag, Esq.
Date: October 21, 2025                      Attorney for the Jointly Administered
                                                      Debtors-in-Possession