**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
*Attorney for the Debtors*

|  |  |
|---|---|
| In re:<br><br>ProPhase Diagnostics NJ, Inc., *et al.*,<br><br>Debtors. | Case No.: 25-19833-CMG<br>Chapter 11 Reorganization<br>Judge: Gravelle<br><br>Jointly Administered |

### SUPPLEMENTAL CERTIFICATION OF RICHARD HERSPERGER
### IN SUPPORT OF
### DEBTORS' APPLICATION FOR RETENTION OF PROFESSIONAL,
### TO EMPLOY CROWN MEDICAL COLLECTIONS, LLC

RICHARD HERSPERGER, of full age, certifies and says:

(1) I am a representative of Crown Medical Collections, LLC, the proposed professional in regard to this Application; as such I am familiar with the facts of this Certification.

(2) Crown understands and agrees that Crown's loyalty in this retention is exclusively as to the Debtors, and that notwithstanding whether or not ProPhase Labs Inc. pays a portion of the 30% contingency fees to Crown, that Crown will take direction from the Debtors and their Independent Bankruptcy Committees, the establishment of which independent committees are set forth in the Corporate Resolutions filed on the Court dockets in these jointly administered cases on the Petition Date.

(3) In the event that ProPhase Labs Inc. does make any payment to the Debtors, the Debtors and Crown will report same, through Debtors' counsel, to the Office of U.S. Trustee and counsel to any statutory committees in these cases, so that the Debtors can account for same as included as disbursements for purposes of calculating quarterly fees.

I hereby certify that the foregoing statements made by me are true to the best of my information, knowledge and belief. I am aware that if they are wilfully false, I am subject to punishment.

Dated: November  12 , 2025              /s/ *Richard Hersperger*
                                        Richard Hersperger