**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
*Proposed Attorney for the Debtors*



Order Filed on December 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>ProPhase Diagnostics NJ, Inc., *et al.*,<br><br>Debtors. | Case No.: 25-19833-CMG<br>Chapter 11 Reorganization<br>Judge: Gravelle<br><br>Jointly Administered |

# ORDER
# FINDING THAT THE APPOINTMENT
# OF A HEALTH CARE OMBUDSMAN
# IS NOT NECESSARY IN THIS CASE

The relief set forth on the following pages, numbered (2) through (2), is hereby **ORDERED:**

**DATED: December 3, 2025**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the Motion of the above-captioned jointly administered Debtors for entry of an Order pursuant to 11 U.S.C. §333(a)(1) and Fed. R. Bankr. P. 2007.2(a) finding that the appointment of a health care ombudsman is not necessary in this case; and this Court having reviewed the papers submitted, heard any argument of counsel, considered any opposition filed, and finding good and sufficient cause for the entry of this Order;

IT IS HEREBY ORDERED THAT:

1, Whereas, pursuant to 11 U.S.C. §333 (a)(1), the Court shall order the appointment of an ombudsman in a health care business case to monitor the quality of patient care and to represent the interests of the patients of the health care business, unless the court finds that the appointment of such ombudsman is not necessary for the protection of patients under the specific facts of the case;

2. This Court hereby finds that under section 333a(1) of the Bankruptcy Code, the appointment of such ombudsman is not necessary for the protection of patients under the specific facts of this case;

3. The Motion is Granted as set forth herein.

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion and its supporting papers.

5. This Order shall be effective upon entry.

6. A true copy of this Order shall be served on the United States Trustee, Secured Creditors, and Parties Requesting Notice.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

#    #    #