**UNITED STATES ATTORNEY'S OFFICE**
TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy Attorney General
Special Attorney

Eamonn O'Hagan
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102-2535
Tel: (973) 645-2874

*Attorneys for the United States of America*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re* <br><br> ProPhase Diagnostics NJ, Inc., <br><br>     Debtor. | Chapter 11 <br><br> Case No. 25-19833-CMG <br><br> Judge Christine M. Gravelle |
| *In re* <br><br> ProPhase Diagnostics NY, Inc., <br><br>     Debtor. | Chapter 11 <br><br> Case No. 25-19834-CMG <br><br> Judge Christine M. Gravelle |
| *In re* <br><br> ProPhase Diagnostics, Inc., <br><br>     Debtor. <br><br> (Jointly Administered) | Chapter 11 <br><br> Case No. 25-19836-CMG <br><br> Judge Christine M. Gravelle |

### APPLICATION OF UNITED STATES OF AMERICA FOR ENTRY OF CONSENT ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 9019-4

THE UNITED STATES OF AMERICA, on behalf of the United States, the State of New Jersey, and the State of New York, submits the following Application for Entry of Consent Order Pursuant to Local Bankruptcy Rule 9019-4 (this "Application"). In support thereof, the United States respectfully represents as follows:

### RELEVANT FACTS AND LAW SUPPORTING CONSENT ORDER

1. The above-captioned debtors ProPhase Diagnostics NJ, Inc., ProPhase Diagnostics NY, Inc., and ProPhase Diagnostics, Inc., (the "Debtors") filed a voluntary petition under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on September 22, 2025 [ECF Doc. No. 1].

2. The current deadline for parties to challenge the dischargeability of their claims under 11 U.S.C. § 523(c) is January 30, 2026 [ECF Doc. No. 47 (25-19833-CMG), ECF Doc. No. 27 (25-19834-CMG), ECF Doc. No. 27 (25-19836-CMG)].

3. The United States, the State of New Jersey, and the State of New York are plaintiffs in a *qui tam* complaint filed in the U.S. District Court for the Eastern District of New York (*United States of America, et al. v. Prophase Labs, Inc. et al.*, 23-cv-06478-EK-MMH) alleging violations of the federal and state False Claims Acts arising from the submissions of claims for reimbursement to government payors for COVID-19 laboratory testing to which the Debtors were not entitled. The United States, the State of New Jersey, and the State of New York are continuing their

investigations and require additional time to determine whether or not to intervene pursuant to 31 U.S.C. § 3730(b)(4)(A).

4. Pursuant to the terms of the attached Consent Order, the United States, the State of New Jersey, the State of New York, and the Debtors have agreed to extend the deadline by which the United States and the States can challenge the dischargeability of the claims under Bankruptcy Code section 523(c) until the governments' proof of claim deadline, which is currently March 23, 2026.

5. Pursuant to Federal Rule of Bankruptcy Procedure 4007, this Court is authorized to extend the time to challenge dischargeability under Bankruptcy Code section 523(c) for "cause." Fed. R. Bankr. P. 4007(c).

6. The United States, the State of New York, and the State of New Jersey submit that the requisite cause is present here because the Debtors have consented to the extension, which will afford the parties sufficient time to potentially avoid litigation of issues related to the dischargeability of the claims.

## **CONCLUSION**

WHEREFORE, for the foregoing reasons, the United States requests that the Court grant this Application and enter the Consent Order.

Dated: January 29, 2026

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy Attorney General

*/s/ Eamonn O'Hagan*
EAMONN O'HAGAN
Assistant U.S. Attorney

*Attorneys for the
United States of America*

4