Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−19833−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   ProPhase Diagnostics NJ, Inc.
   42 Throckmorton Lane
   Old Bridge, NJ 08857

Social Security No.:

Employer's Tax I.D. No.:
   13−3934292

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      2/17/26
Time:      02:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Thaddeus R. Maciag, Debtor's Attorney

COMMISSION OR FEES
fee: $87155

EXPENSES
Expenses: $342.37

If this is a chapter 13 case, the fees and expenses awarded:

   ☐   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 28, 2026
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-19833-CMG |
| ProPhase Diagnostics NJ, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 28, 2026 | Form ID: 137 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | ProPhase Diagnostics NJ, Inc., 42 Throckmorton Lane, Old Bridge, NJ 08857-2572 |
| sp | + | Crown Medical Collections, LLC, 110 W. High Street, Ebensburg, PA 15931-1539 |
| cr | + | Drexel Distribution, Inc. dba EZ Test NY, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Drexel Distributions, Inc., c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| 520844930 | | ATC Testing and Screening Services LLC, 4532 W Napoleon Ave Ste 202, Metairie, LA 70001-2486 |
| 520844936 | + | BRG Office LLC - Unit 2 Assoc LLC, 711 Stewart Ave., Garden City, NY 11530-4719 |
| 520844935 | + | Bio-Rad, PO Box 849740, Los Angeles, CA 90084-9740 |
| 520844937 | | Crown Castle Fiber LLC, PO Box 28730, New York, NY 10087-8730 |
| 520864108 | | Darktrace Holdings Limited, Maurice Wilkes Building,, Cowley Road, Cambridge, CB4 0DS United Kingdom |
| 520844938 | | Darktrace Holdings Ltd., Dept LA 25444, Pasadena, CA 91185-5444 |
| 520844939 | + | Delinea Inc (Thycotic), 215 19th Street, Suite 1220, Des Moines, IA 50316 |
| 520844931 | + | Drexel Distrib. dba EZ Test NY, 223 W 14th St, New York, NY 10011-7113 |
| 520844940 | + | EZ Connect Inc, 3249 SE Quay Street, Port Saint Lucie, FL 34984-6518 |
| 520844941 | + | First Financial Holdings, PO Box 631222, Cincinnati, OH 45263-1222 |
| 520815962 | | Fisher Healthcare, P.O. Box 3648, Boston, MA 02241-3648 |
| 520844943 | + | FrontrunnerHC, Inc, 36 Cordage Park, Plymouth, MA 02360-7331 |
| 520954971 | + | Grace Park, Cotchett, Pitre & McCarthy, LLP, 840 Malcolm Rd, Burlingame, CA 94010-1413 |
| 520844944 | + | LabSender, LLC, 9216 N Dawn Ave., Kansas City, MO 64154-1401 |
| 520844945 | + | Leaf Capital Funding, LLC, 110 S Poplar St Ste 101, Wilmington, DE 19801-5034 |
| 520815963 | + | Life Technologies Corporation, 12088 Collection Center Dr,, Chicago, IL 60693-0001 |
| 520844946 | + | NY State Dept. of Health, Clinical Laboratory Eval. Program, Wadsworth Center, Empire State Plaza, Albany, NY 12237-0001 |
| 520815964 | + | Operations Control for Laboratories LLC, PO Box 550, Minooka, IL 60447-0550 |
| 520844932 | + | Oscar Michelen, Esq., 200 Old Country Road, Suite 2 South, Mineola, NY 11501-4279 |
| 520904833 | + | PPFB, LLC, Cotchett, Pitre & McCarthy, LLP, 840 Malcolm Rd, Burlingame, CA 94010-1401 |
| 520904225 | + | Principal Life Insurance Company, c/o Barbara Warner, 711 High St., Des Moines, IA 50392-0001 |
| 520844948 | + | ProPhase Labs, Inc., 626 RXR Plaza, 6th Floor, Uniondale, NY 11556-3829 |
| 520844949 | + | RC Testing Service Corp., Po Box 248, Lynbrook, NY 11563-0248 |
| 520844951 | + | SKF Global Inc., 63 Bolan Dr. West, West Orange, NJ 07052-3673 |
| 520844950 | | Siemens Healthcare Diagnostics Inc, 27511, Cary, NC 27511 |
| 520902851 | + | State of New Jersey, c-o Charisse M. Penalver, Esq., Deputy Attorney General, 5 Executive Campus, Suite 205, Cherry Hill, NJ 08002-4107 |
| 520902852 | + | State of New York, c-o Nathan Shi, Esq, Special Asst. Attorney General, 28 Liberty Street, New York, NY 10005-1400 |
| 520844952 | + | Sysmex America, Inc., 28241 Network Pl, Chicago, IL 60673-1282 |
| 520815965 | + | Throckmorton Lane Realty, 26 Throckmorton Ln, Fl 2, Old Bridge, NJ 08857-2579 |
| 520844953 | + | Torreyana Corp, 2196 Ocean View Blvd, San Diego, CA 92113-1241 |
| 520815966 | + | Twp. of Old Bridge Bureau Fire Prev, 3098 Highway 516, Old Bridge, NJ 08857-2369 |
| 520959622 | + | U.S. Department of Health & Human Services, Centers for Medicare & Medicaid Services, 7500 Security Boulevard, Mail Stop DO-01, Baltimore, MD 21244-1849 |
| 520815967 | + | United Corporate Services, 10 Bank Street, Suite 560, White Plains, NY 10606-1962 |
| 520902853 | + | United States of America, c-o Tsz Ting Tam, Esq., Assistant U.S. Attorney, 271 Cadman Plaza East, Brooklyn NY 11201-1835 |
| 520844956 | + | Vitalaxis, Inc., 8000 Virginia Manor Rd, Beltsville, MD 20705-4211 |
| 520844957 | + | Waystar, 1311 Solutions Center, Chicago, IL 60677-1003 |
| 520844933 | + | Westerman Ball Ederer Miller, Esqs., 1201 RXR Plaza, Uniondale, NY 11556-4201 |
| 520844958 | + | Zoom Video Communications Inc, PO Box 888843, Los Angeles, CA 90088-8843 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: 137 | Total Noticed: 48 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2026 20:47:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 28 2026 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 28 2026 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520844934 | ^ MEBN | Jan 28 2026 20:43:57 | Amazon Capital Services, PO Box 035184, Seattle, WA 98124-5184 |
| 520844947 | + Email/Text: ccline@orchardsoft.com | Jan 28 2026 20:48:00 | Orchard Software Corporation, 701 Congressional Blvd., Carmel, IN 46032-5635 |
| 520844954 | Email/Text: arbankruptcy@uline.com | Jan 28 2026 20:48:00 | Uline, PO Box 88741, Chicago, IL 60680-1741 |
| 520815967 | ^ MEBN | Jan 28 2026 20:44:37 | United Corporate Services, 10 Bank Street, Suite 560, White Plains, NY 10606-1962 |
| 520844957 | ^ MEBN | Jan 28 2026 20:43:44 | Waystar, 1311 Solutions Center, Chicago, IL 60677-1003 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520844942 | * | Fisher Healthcare, P.O. Box 3648, Boston, MA 02241-3648 |
| 520844955 | *+ | United Corporate Services, 10 Bank Street, Suite 560, White Plains, NY 10606-1962 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas J. McGill | on behalf of Plaintiff United States  New York State and State of New Jersey ex rel. PPFB, LLC dmcgill@webbermcgill.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: 137 | Total Noticed: 48 |

| | |
|---|---|
| Joseph H. Lemkin | on behalf of Creditor Drexel Distributions Inc. jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Drexel Distribution Inc. dba EZ Test NY jlemkin@stark-stark.com |
| Thaddeus R. Maciag | on behalf of Debtor ProPhase Diagnostics NJ Inc. MaciagLaw1@aol.com |
| Thaddeus R. Maciag | on behalf of Debtor ProPhase Diagnostics NY Inc. MaciagLaw1@aol.com |
| Thaddeus R. Maciag | on behalf of Debtor ProPhase Diagnostics Inc. MaciagLaw1@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8