UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**UNITED STATES ATTORNEY'S OFFICE**
TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy Att'y General
Special Attorney

Eamonn O'Hagan
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102-2535
Tel: (973) 645-2874

*Attorneys for the United States of America*

**Order Filed on February 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| *In re* <br> ProPhase Diagnostics NJ, Inc., <br>   Debtor. | Chapter 11 <br> Case No. 25-19833-CMG <br> Judge Christine M. Gravelle |
| *In re* <br> ProPhase Diagnostics NY, Inc., <br>   Debtor. | Chapter 11 <br> Case No. 25-19834-CMG <br> Judge Christine M. Gravelle |
| *In re* <br> ProPhase Diagnostics, Inc., <br>   Debtor. | Chapter 11 <br> Case No. 25-19836-CMG <br> Judge Christine M. Gravelle |
| (Jointly Administered) | |

**STIPULATION AND CONSENT ORDER EXTENDING TIME FOR UNITED
STATES TO CHALLENGE WHETHER CERTAIN DEBTS ARE DISCHARGEABLE**

The relief set forth on the following pages, numbered two (2) through two (2) are hereby

**ORDERED**

**DATED: February 2, 2026**

_____
Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2

Debtors: ProPhase Diagnostics NJ, Inc., ProPhase Diagnostics NY, Inc., ProPhase Diagnostics, Inc.

Case Nos. 25-19833-CMG, 25-19834-CMG, 25-19836-CMG

Caption of Order: STIPULATION AND CONSENT ORDER EXTENDING TIME FOR UNITED STATES TO CHALLENGE WHETHER CERTAIN DEBTS ARE DISCHARGEABLE

---

IT IS HEREBY ORDERED:

1. The time for the United States, the State of New York and the State of New Jersey to challenge whether certain debts, as described in the Application for entry of this Order, are dischargeable in the above-captioned case under section 523 of the Bankruptcy Code is hereby extended until March 23, 2026.

| | |
|---|---|
| Dated: January 29, 2026 | Dated: January 28, 2026 |
| TODD BLANCHE<br>U.S. DEPUTY ATTORNEY GENERAL<br><br>JORDAN FOX<br>CHIEF OF STAFF & ASSOCIATE<br>DEPUTY ATTORNEY GENERAL<br>SPECIAL ATTORNEY<br><br>*/s/ Eamonn O'Hagan*<br><br>Eamonn O'Hagan, AUSA<br>*Attorney to the United States of America* | PROPHASE DIAGNOSTICS NJ, INC.,<br>PROPHASE DIAGNOSTICS NY, INC.,<br>PROPHASE DIAGNOSTICS, INC.,<br><br>*/s/ Thaddeus Maciag*<br><br>Thaddeus R. Maciag, Esq.<br>*Attorney to Debtors* |