| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Thaddeus R. Maciag, Esq.<br>MACIAG LAW, LLC<br>475 Wall Street<br>Princeton, New Jersey 08540<br>(908) 704-8800<br>*Attorney for the Debtors* | |
| In re:<br><br>ProPhase Diagnostics NJ, Inc.,<br><br>Debtor-in-Possession. | Case No.: **25-19833-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| United States of America, New York State and the State of New Jersey, *ex rel.* PPFB, LLC,<br><br>Plaintiffs,<br>vs.<br><br>ProPhase Diagnostics, NJ, Inc., ProPhase Diagnostics, NY, Inc. and ProPhase Diagnostics, Inc.,<br><br>Defendants. | Adv. Proc. No.: **25-02526-CMG** |

## STIPULATION EXTENDING TIME TO ANSWER

It is hereby stipulated and agreed to by Plaintiff and Defendants, by and through the signatures of their undersigned counsel, that Defendants acknowledge Service of Process as of January 26, 2026, and that the parties jointly stipulate that Defendants' time to respond, answer or otherwise plead to Plaintiff's Complaint is extended to February 24, 2026.

Attorney for Plaintiff:

/s/ *Douglas J. McGill*
Douglas J. McGill, Esq.
WEBBER MCGILL LLC
100 E. Hanover Avenue, Suite 104
Cedar Knolls, New Jersey 07927
(973) 739-9559

Date: January 30, 2026

Attorney for the Debtors:

/s/ *Thaddeus R. Maciag*
Thaddeus Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800

Date: January 25, 2026