"IN RE PROPHASE DIAGNOSTICS NJ, INC."
CHAPTER 11 REORGANIZATION
CASE NO. 25-19833-CMG
[JOINTLY ADMINISTERED – LEAD CASE #25-19833-CMG]

<div align="center">

EXHIBIT A
TO
MONTHLY OPERATING REPORT
FOR THE PERIOD DECEMBER 1-31, 2025

BALANCE SHEET

DECEMBER 31, 2025

</div>

<u>ASSETS</u>:

| | | |
|---|---|---|
| BANK DEPOSITS | $ | 94 |
| ACCOUNTS RECEIVABLE | $ | 80,717,790 |
| OFFICE SUPPLIES & EQUIPMENT | $ | 500 |
| TOTAL ASSETS | $ | <u>80,718,384</u> |

<u>LIABILITIES</u>:

| | | |
|---|---|---|
| ESTIMATED ALLOWED SECURED CLAIMS | $ | 0.00 |
| ESTIMATED ALLOWED ADMINISTRATIVE CLAIMS (UNPAID BALANCE) | $ | 40,507 |
| ESTIMATED ALLOWED PRIORITY TAX CLAIMS | $ | 0.00 |
| ESTIMATED ALLOWED GENERAL UNSECURED NONPRIORITY CLAIMS | $ | <u>68,359</u> |
| TOTAL LIABILITIES | $ | <u>108,866</u> |
| ENDING EQUITY | $ | 80,609,518 |

Docusign Envelope ID: 9ACA6E69-5A3B-4ECA-9D0F-686EF8B99A7B

Case 25-19833-CMG    Doc 83-1    Filed 02/03/26    Entered 02/03/26 16:58:09    Desc
ProPhase Diagnostics NJ    Inc. (case 25-19836-CMG) MOR December 2025 - EXHIBITS    Page 2 of 11

<u>EXHIBIT B</u>

TO

MONTHLY OPERATING REPORT

Case 25-19833-CMG    Doc 83-1    Filed 02/03/26    Entered 02/03/26 16:58:09    Desc
ProPhase Diagnostics NJ    Inc. (case 25-19836-CMG) MOR December 2025 - EXHIBITS    Page 3 of 11

"IN RE PROPHASE DIAGNOSTICS NJ, INC."
CHAPTER 11 REORGANIZATION
CASE NO. 25-19833-CMG
[JOINTLY ADMINISTERED – LEAD CASE #25-19833-CMG]

<p align="center">EXHIBIT B
TO
MONTHLY OPERATING REPORT
FOR THE PERIOD DECEMBER 1-31, 2025

STATEMENT OF OPERATIONS
(CASH BASIS)
DECEMBER 1-31, 2025</p>

REVENUE:

| | | |
|---|---|---|
| RECEIPTS | $ | 0 |
| TOTAL REVENUE | $ | 0 |

EXPENSES:

| | | |
|---|---|---|
| INSURANCE | $ | 4,911 |
| PAYROLL & TAXES | $ | 21,026 |
| OTHER BUSINESS EXPENSES | $ | 0 |
| REORGANIZATION ITEMS | $ | 0 |
| TOTAL EXPENSES | $ | 25,937 |
| NET PROFIT / LOSS | $ | -25,937 |

NOTE: $25,937 OF THE ABOVE EXPENSES WERE PAID BY THIRD PARTY CORPORATE AFFILIATES FOR THE BENEFIT OF THE ESTATE, AS SET FORTH ON LINE 1(E) ON FORM MOR-2 OF THE MONTHLY OPERATING REPORT THIS MONTH

<u>EXHIBIT C</u>

TO

MONTHLY OPERATING REPORT

"IN RE PROPHASE DIAGNOSTICS NY, INC."
CHAPTER 11 REORGANIZATION
CASE NO. 25-19833-CMG
[JOINTLY ADMINISTERED – LEAD CASE #25-19833-CMG]

## EXHIBIT C
## TO
## MONTHLY OPERATING REPORT
## FOR THE PERIOD DECEMBER 1-31, 2025

### LIST OF ADDITIONAL FINANCIALS:

CASH RECEIPTS & DISBURSEMENTS:   SEE FORM MOR-2, AT PART 1, 1(A) THROUGH 1(F)

PROFESSIONAL FEES & DISBURSEMENTS:   SEE FORM MOR-2, AT PART 5, (A) AND (B)

POSTPETITION TAXES:   POST-PETITION PAYROLL TAXES ARE PAID, PER EXHIBIT B, EXPENSES, LINE 3

EXHIBIT D

TO

MONTHLY OPERATING REPORT

# WebsterBank

P.O. Box 191
Waterbury, CT 06720-0191

**Statement Ending 12/31/2025**
PROPHASE DIAGNOSTICS NJ, INC
Page 1 of 2

### Contact Us

| | | |
|---|---|---|
| 👤 | Client Services | 800.325.2424 |
| ✉ | Mailing Address | P.O. Box 191<br>Waterbury, CT 06720-0191 |
| 💻 | Online Access | websterbank.com |

PROPHASE DIAGNOSTICS NJ, INC
626 RXR PLZ FL 6
UNIONDALE NY 11556-3829

## SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | ENDING BALANCE |
|---|---|---|
| COMMERCIAL CKG W ANALYSIS | XXXXXX0524 | $0.00 |

## COMMERCIAL CKG W ANALYSIS - XXXXXX0524

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 12/13/2025 | Beginning Balance | $0.00 | Average Ledger Balance | $0.00 |
| | 0 Credit(s) This Period | $0.00 | Average Available Balance | $0.00 |
| | 0 Debit(s) This Period | $0.00 | | |
| 12/31/2025 | Ending Balance | $0.00 | | |

### Daily Balances

| Date | Amount |
|---|---|
| 12/12/2025 | $0.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



MEMBER FDIC

Docusign Envelope ID: 9ACA6F69-5A3B-4ECA-9D0F-686FF8B99A7B
PROPHASE DIAGNOSTICS NJ, INC    Statement Ending 12/31/2025    Page 2 of 2

THIS PAGE LEFT INTENTIONALLY BLANK

EXHIBIT E

TO

MONTHLY OPERATING REPORT

(SIGNATURE PAGES)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re.
ProPhase Diagnostics NJ, Inc.

Debtor(s)

Case No. 25-19833

Lead Case No. 25-19833

☒ Jointly Administered

## Monthly Operating Report
Chapter 11

Reporting Period Ended: 12/31/2025           Petition Date: 09/22/2025

Months Pending: 3                            Industry Classification: 5 5 1 1

Reporting Method:     Accrual Basis ○      Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Ted Karkus                                Ted W. Karkus
Signature of Responsible Party                Printed Name of Responsible Party

02/01/2026
Date
                                              626 RXR Plaza, 6th Floor, Uniondale, NY 11556
                                              Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)           1

| Debtor's Name | ProPhase Diagnostics NJ, Inc. | Save | Case No. | 25-19833 |
|---|---|---|---|---|

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●  No ○

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | |
| c. | Gross income from all other sources | |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | |
| f. | Self-employment related expenses | |
| g. | Living expenses | |
| h. | All other expenses | |
| i. | Total expenses in the reporting period (e+f+g+h) | |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ○ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ○ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Ted Karkus    Ted W. Karkus
Signature of Responsible Party    Printed Name of Responsible Party
02/01/2026    02/01/2026
Title    Date

Save    Generate PDF for Court Filing and Remove Watermark

UST Form 11-MOR (12/01/2021)    4