**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
*Attorney for the Debtors*

|  |  |
|---|---|
| In re:<br><br>   ProPhase Diagnostics NJ, Inc., *et al.*,<br><br>                              Debtors. | Case No.: 25-19833-CMG<br>Chapter 11 Reorganization<br>Judge: Gravelle<br>Hearing Date: 02/10/2026, 2:00pm<br><br>   (Jointly Administered) |

**DEBTORS' CERTIFICATION OF COUNSEL**

**IN OPPOSITION TO**

**U.S. TRUSTEE'S**

**MOTION TO CONVERT OR DISMISS**

Thaddeus R. Maciag, of full age, certifies and says:

1.      I am attorney for the jointly administered Debtors in the within matter, and as such am familiar with the facts of this Certification.

2.      I file this Certification on behalf of the Debtors, in opposition to the Motion to Convert or Dismiss filed by the Office of United States Trustee [*ECF #59*].

3.      The U.S. Trustee's Motion was based on the sole issue of past-due Monthly Operating Reports ("MOR") which, as of the January 15, 2026 filing of the instant Motion were three months behind, or, if one were to assume that the initial MOR could have been readily filed as a 38-day stub MOR inclusive of the 8 days in

September plus October, then arguably the Debtors were practically speaking, in effect just 2 months behind. [*ECF#59-1*]

4.   The Debtors are pleased to report that ALL Monthly Operating Reports in these jointly administered cases are now filed and current, all as filed on UST- Form-11- MOR, plus exhibits [see *ECF #s 70-72, 74-78, and 80]*.

5.   All MORs are therefore now 100% fully current and up to date, thus addressing and satisfying the issue raised by the U.S. Trustee in the instant motion.

6.   Also, at the January 13, 2026 Status Conference before this Court there was a discussion as to the issue of whether or not the Debtors were paying administrative claims as due in accord with this Court's Administrative Order dated October 21, 2025 [ *ECF #30*], which obligations were then about three weeks behind. As anticipated, the Debtors caught up same, and are now fully current on all obligations of the Debtors as set forth in that Order.

6.   Also filed on the within docket since the January 13, 2026 Status Conference have been an entered Consent Order with the Office of the U.S. Attorney [*ECF#68]* and a filed Stipulation with Creditor/Adv. Proc. Plaintiff PPFB, LLC [*ECF #73*]. The Debtor on January 29, 2026 (in advance of their January 30, 2026 due date) also produced, to creditor Drexel Distribution, a total of 3,297 pages of Bates-stamped documents, plus 40 additional large documents, and proposed to Drexel the rescheduling of the January 30, 2026 deposition date, after the original date was postponed due to both a very grave medical emergency in Drexel Distribution's counsel's family which Drexel Distribution's counsel advised the undersigned of, plus a family Funeral involving the Debtors' counsel.  Those emails, which involve

collegial references and sympathies by and between Drexel's counsel and Debtor's

counsel as to potentially confidential and very serious family medical issues, are

therefore not annexed hereto, but can be produced to the Court if need be (and it is

also noteworthy that the Debtors already appeared for a two-day deposition taken by

Drexel in the underlying state action).

7.     It is respectfully submitted that all of the efforts referenced in the two foregoing

paragraphs, as to actions taken and communications exchanged by and between the

several counsel for various parties in this case are indicative of the Debtors

continuing, in just the short three weeks since the January 13, 2026 Status

Conference, to work cooperatively and collegially with parties and counsel in the

effort to continue the Debtors' efforts to successfully achieve Confirmation.

8.     For the foregoing reasons, and subject to anticipated LBR 9013-3 discussions

between Debtor's Attorney and U.S. Trustee Trial Attorney Jeffrey M. Sponder Esq,,

it is respectfully submitted that the instant Motion can now be withdrawn as moot

given that all MORs are now filed and current, or in the alternative the Motion

should be denied.

I hereby certify that the foregoing facts stated by me are true to the best of my
information, knowledge and belief; I am aware that if they are wilfully false, I am subject
to punishment.

Respectfully submitted,

MACIAG LAW, LLC

 /s/ Thaddeus R. Maciag 
Thaddeus R. Maciag, Esq.
Date: February 3, 2026        Attorney for the Debtors