UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
Attorney for the Debtors

In Re:

    ProPhase Diagnostics NJ, Inc., et al.,

                                      Debtors.
      (jointly administered)

Case No.: 25-19833

Chapter: 11

Judge: Gravelle

**CERTIFICATION OF NO OBJECTION REGARDING**

Monthly Fee Statement (Dec. 2025) of Maciag Law LLC

**DOCUMENT NO.** ecf 60

The court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the Monthly Fee Statement filed on December 1, 2025 were to be filed and served not later than February 3, 2026. I, Thaddeus R. Maciag Esq certify that, as of February 4, 2026, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: 02-04-2026

/s/ Thaddeus R. Maciag
      Signature

*rev.8/1/15*