| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**UNITED STATES ATTORNEY'S OFFICE**<br>TODD BLANCHE<br>U.S. Deputy Attorney General<br><br>JORDAN FOX<br>Chief of Staff & Associate Deputy Att'y General<br>Special Attorney<br><br>Eamonn O'Hagan<br>Assistant U.S. Attorney<br>970 Broad Street, Suite 700<br>Newark, NJ 07102-2535<br>Tel: (973) 645-2874<br><br>*Attorneys for the United States of America* | **Order Filed on February 2, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| *In re*<br><br>ProPhase Diagnostics NJ, Inc.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 25-19833-CMG<br><br>Judge Christine M. Gravelle |
| *In re*<br><br>ProPhase Diagnostics NY, Inc.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 25-19834-CMG<br><br>Judge Christine M. Gravelle |
| *In re*<br><br>ProPhase Diagnostics, Inc.,<br><br>    Debtor.<br><br>(Jointly Administered) | Chapter 11<br><br>Case No. 25-19836-CMG<br><br>Judge Christine M. Gravelle |

**STIPULATION AND CONSENT ORDER EXTENDING TIME FOR UNITED STATES TO CHALLENGE WHETHER CERTAIN DEBTS ARE DISCHARGEABLE**

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**

**DATED: February 2, 2026**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2

Debtors: ProPhase Diagnostics NJ, Inc., ProPhase Diagnostics NY, Inc., ProPhase Diagnostics, Inc.

Case Nos. 25-19833-CMG, 25-19834-CMG, 25-19836-CMG

Caption of Order: STIPULATION AND CONSENT ORDER EXTENDING TIME FOR UNITED STATES TO CHALLENGE WHETHER CERTAIN DEBTS ARE DISCHARGEABLE

---

IT IS HEREBY ORDERED:

1. The time for the United States, the State of New York and the State of New Jersey to challenge whether certain debts, as described in the Application for entry of this Order, are dischargeable in the above-captioned case under section 523 of the Bankruptcy Code is hereby extended until March 23, 2026.

| | |
|---|---|
| Dated: January 29, 2026 | Dated: January 28, 2026 |
| | |
| TODD BLANCHE<br>U.S. DEPUTY ATTORNEY GENERAL | PROPHASE DIAGNOSTICS NJ, INC.,<br>PROPHASE DIAGNOSTICS NY, INC.,<br>PROPHASE DIAGNOSTICS, INC., |
| JORDAN FOX<br>CHIEF OF STAFF & ASSOCIATE<br>DEPUTY ATTORNEY GENERAL<br>SPECIAL ATTORNEY | /s/ Thaddeus Maciag<br><br>Thaddeus R. Maciag, Esq.<br>*Attorney to Debtors* |
| /s/ Eamonn O'Hagan<br><br>Eamonn O'Hagan, AUSA<br>*Attorney to the United States of America* | |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-19833-CMG |
| ProPhase Diagnostics NJ, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 02, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | ProPhase Diagnostics NJ, Inc., 42 Throckmorton Lane, Old Bridge, NJ 08857-2572 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 04, 2026 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas J. McGill | on behalf of Plaintiff United States  New York State and State of New Jersey ex rel. PPFB, LLC dmcgill@webbermcgill.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America eamonn.ohagan@usdoj.gov |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Joseph H. Lemkin | on behalf of Creditor Drexel Distributions  Inc. jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Drexel Distribution  Inc. dba EZ Test NY jlemkin@stark-stark.com |

Case 25-19833-CMG    Doc 89    Filed 02/04/26    Entered 02/05/26 00:21:05    Desc Imaged
Certificate of Notice    Page 4 of 4

Thaddeus R. Maciag
    on behalf of Debtor ProPhase Diagnostics NJ  Inc. MaciagLaw1@aol.com

Thaddeus R. Maciag
    on behalf of Debtor ProPhase Diagnostics NY  Inc. MaciagLaw1@aol.com

Thaddeus R. Maciag
    on behalf of Debtor ProPhase Diagnostics  Inc. MaciagLaw1@aol.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9