# Exhibit A

# to Certification of Ted Karkus

**Pivot to Esophageal Cancer Diagnostics – BE-Smart™ Business Plan**

Executive Summary

The Debtor entities, formerly among the largest CLIA-certified COVID-19 testing labs in the U.S., are pivoting operations to focus exclusively on high-value diagnostic services in esophageal cancer detection through the BE-Smart™ molecular biomarker panel. This test, which identifies Barrett's Esophagus (BE), the precursor to esophageal adenocarcinoma (EAC), represents a first-to-market opportunity in an underdiagnosed, multi-billion-dollar category.

Utilizing existing CLIA-certified laboratory infrastructure, ProPhase-affiliated entities will relaunch operations within 60 days of petition filing with immediate contracted sample flow from partner screening programs. The pivot minimizes entry risk while establishing a foundation for reimbursement, adoption, and scalable long-term growth in cancer diagnostics. This investor-grade plan outlines the strategy, financial projections, competitive positioning, regulatory approach, and growth pathway toward a sustainable diagnostic business.

Company Overview

The Debtors previously generated over $150 million in COVID-19 diagnostic testing revenues. Following the end of pandemic-driven demand, lab operations were suspended, but significant infrastructure, technical expertise, and regulatory certifications remain in place.

Market Opportunity

The esophageal cancer diagnostics market represents a critical unmet need. Esophageal cancer is one of the deadliest malignancies, with 20,000+ new U.S. cases annually. Barrett's Esophagus, a precursor to esophageal adenocarcinoma (EAC), remains underdiagnosed.

- Esophageal Cancer (EAC): One of the deadliest cancers with ~20,000 new U.S. cases annually and ~16,000 deaths.
- Barrett's Esophagus (BE): Precursor lesion affecting ~18M Americans, often undiagnosed.
- At-Risk Population: ~67M U.S. adults fall into high-risk categories (chronic GERD, obesity, smoking, family history).
- Current Standard of Care: Over 7M endoscopies performed annually in the U.S., at an average cost of $1,000–$2,000 per procedure.
- Total Addressable Market (TAM): $7–$14B per year domestically, with further international expansion potential.

Esophageal Cancer Biomarker Diagnostics (BE-Smart™ Molecular Panel)

The Debtors will operate as the CLIA-certified laboratory for the BE-Smart™ esophageal pre-cancer detection assay. BE-Smart™ is a proprietary biomarker panel that detects Barrett's Esophagus (BE), a precursor to esophageal adenocarcinoma (EAC), using a validated set of molecular markers with strong expression differentials compared to routine oncology targets.

Key Differentiators:

- Biomarker Panel: Includes validated molecular markers showing >90% sensitivity and specificity in early studies.

- Clinical Validation: Demonstrated strong differential expression compared to routine oncology markers.

- Fast Turnaround: 3-5 days upon receiving the sample.

- Exclusivity: Worldwide exclusive rights secured for commercialization.

Sample Pipeline from Sister Companies

Affiliated sister company, the BE-Smart™ screening company, plans to provide a minimum of 6,000 samples annually.
- BE-Smart™ Screening Company: Will supply esophageal screening samples for biomarker testing through the BE-Smart™ molecular panel.

This partnership provides an immediate and reliable volume floor, ensuring that operations will commence with substantial throughput from the outset. This contracted pipeline will generate early revenue, validate lab processes, and produce data to support further commercialization and regulatory activities.

Business Model

The Debtors' pivot is built around a synergistic, high-value vertical that leverage existing CLIA-certified lab infrastructure while securing immediate, committed sample volume from affiliated sister company.
1. Initial Cash-Pay Launch (H2 2025):
    - Out-of-pocket diagnostic offering priced in the $1500–$2,500 range per test.
    - Targeted at high-risk patients unwilling or unable to undergo invasive endoscopy.
2. Contracted Sample Flow:
    - Binding agreement with affiliated BE-Smart™ screening program for ≥6,000 samples annually.
    - Provides dependable revenue base and supports data collection.
3. Expansion & Reimbursement (2026+):
    - Peer-reviewed publication of performance metrics (Q2 2025).
    - CPT coding exploration (Q3 2025) with engagement of Medicare and commercial payers.

- - o  Expansion into gastroenterology clinics, integrated health systems, and national screening initiatives.

Laboratory & Regulatory Readiness
- CLIA License: Active, with ability to revalidate within 6–8 weeks.
- CAP License:
- Infrastructure: LC-MS/MS, LCM systems, PCR platforms, automated liquid handlers, biosafety hoods fully operational.

Go-To-Market Strategy
- KOL Engagement: Partnership with gastroenterology and oncology leaders to drive adoption.
- Clinical Publications: Submission of performance data by Q2 2025.
- Commercial Rollout: Begin with contracted pipeline, expand to GI practices and academic centers.
- Patient Awareness: Campaigns emphasizing non-invasive alternatives to endoscopy.

Financial Projections

Assumptions:

- Price per test: $1,500 (low case) to $2,500 (high case).
- Cost per test: ~$725 (reagents, consumables, labor, QC, and overhead).
- Gross margins: 52%–71% depending on pricing.

Equipment Needs Yr. 1

| Equipment Category | Approx. Cost (USD) |
|---|---|
| Laser Microdissection | $150K- $500K |
| LC-MS/MS System | $150K (used) - $1.5M (new) |
| Sample Prep equipment. | $10K - $50K total |
| Data & Support | $5K - $20K |
| Total Startup Cost | $315K - $2M |

Staffing Needs Yr. 1

| Role | Approx. Salary (USD) |
|---|---|
| Senior Scientist | $100K - $150K |
| MS Technician | $50K - $90K |
| Bioinformatician | $80K - $120K |
| Lab Tech | $45K - $60K |

| Total Annual Cost | $275K - $420K |
|---|---|

Year 1 (2025/26 6,000 tests): Revenue: $9M (low) - $15M (high). Costs: ~$4.35M. Gross margin: 52%–71%.

Year 2 (2026/27 12,000–15,000 tests): Revenue: $18M–$37.5M. Costs: ~$8.7M–$10.9M. Gross margin: 52%–71%.

Year 3 (2027/28 +50,000 tests): Revenue: $75M–$125M. Costs: ~$36.2M. Gross margin: 52%–71%

Breakeven: Expected by Q3 2026.

Use of DIP and Exit Financing

A DIP facility will fund lab relaunch, assay validation, and regulatory filings. Exit financing may be obtained through strategic partnerships or litigation recovery settlements. Cash flow breakeven is projected by Q3 2026.

Conclusion

The Debtors possess rare structural and strategic advantages to succeed in the diagnostics pivot. The BE-Smart™ esophageal cancer diagnostic is a first-to-market, high-value test addressing a massive unmet need. With exclusive rights, guaranteed sample flow, and a clear reimbursement pathway, the business is positioned for rapid revenue growth, strong margins, and meaningful impact on early cancer detection.

Signature: _____
Jason Karkus, President

# Exhibit B

# to Certification of Ted Karkus

# DIAGNOSTICS LAB RELAUNCH PLAN

## Planned Laboratory Operations
- ProPhase Labs plans to re-activate its previously licensed CLIA laboratory subsidiaries to operate as the testing laboratory for the BE-Smart™ esophageal cancer diagnostic.
- The laboratories will be refocused exclusively on esophageal cancer and pre-cancer molecular diagnostics.

## Testing Platform
- Testing to be conducted using mass spectrometry-based proteomic workflows (LC-MS/MS).
- Compatible with both biopsy- and brush-based esophageal samples.

## Execution Path
- Regulatory revalidation and lab readiness targeted within approximately 6–8 weeks following initial funding.
- Initial testing volumes aligned with affiliated screening programs and early commercial partners.
- Scaled throughput to follow as commercialization progresses.

13

# BE-Smart™ ESOPHAGEAL CANCER DIAGNOSTIC IN FINAL STAGES OF PREPARATION FOR COMMERCIALIZATION

## ESOPHAGEAL ADENOCARCINOMA (EAC) – ONE OF THE DEADLIEST CANCERS

- 16,000+ Estimated Deaths in 2023 in the U.S.[1]
- 78.3% - 5-Year Mortality Rate (2013-2019)[1]
- 21,000+ Estimated New Cases in 2023[1]
- The change in the annual incidence of EAC was 766.67% higher in 2017 compared to 1973[2]
- Journal of American Medical Association once again reported that GI cancers for the 2nd straight decade are the fastest growing cancer type in America[3]



GERD → Barrett's Esophagus → Esophageal Cancer

**Gastroesophageal Reflux Disease (GERD)** occurs when stomach acid repeatedly flows back into the esophagus. Backwash (acid reflux) can irritate the lining of esophagus. Many experience acid reflux from time to time; for some, GERD may trigger a change in the cells lining the lower esophagus causing **Barrett's Esophagus**.

**Barrett's Esophagus** - Esophagus becomes damaged by acid reflux; causes the lining to thicken and become red. Associated with increased risk of developing **Esophageal Adenocarcinoma**.

Discovering pre-cancerous tissue in early and treatable stages may increase disease survival and decrease cost of care. As high as 40% of esophageal carcinoma is missed or found late leading to more unfavorable diagnosis.



1- - https://bit.ly/40ONuqt - Cancer Stat Facts: Esophageal Cancer
2- . https://bit.ly/3KGWGr9 - Epidemiology of early esophageal adenocarcinoma
3- . https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2808381

9

# OPPORTUNITY TO PREVENT ESOPHAGEAL CANCER WITH EARLY AND ACCURATE DIAGNOSIS

| | |
|---|---|
| Prevalence of GERD in the U.S of 20%[1] (Census 337 million[2]) | ~ 67 million |
| Prevalence of Barrett's Esophagus in the U.S. is 5.6% of the population[3] (Census 337 million[2]) | ~ 18 million |
| New Cases of Esophageal Adenocarcinoma in U.S. per year[4] | ~ 20K |
| Endoscopy (upper) related to GERD and Barrett's Esophagus average[5] | ~ 7 million |

Target Market Endoscopies: ~7mm

Estimated average cost per test: $1k - $2k

**Total Potential Addressable Market: ~$7b - $14b**

1- https://www.ncbi.nlm.nih.gov/books/NBK441938/
2 - https://www.census.gov/popclock/
3- https://www.aafp.org/pubs/afp/issues/2022/1000/barrett-esophagus.html#:~:text=Barrett%20esophagus%20is%20estimated%20to,Barrett%20esophagus%20or%20esophageal%20adenocarcinoma.
4-https://pmc.ncbi.nlm.nih.gov/articles/PMC10007944/#:~:text=Carcinoma%20of%20esophagus%20is%20the,for%2016%2C410%20deaths%20(2
5-https://linkinghub.elsevier.com/retrieve/pii/S0016508521036556

10

# ADVANTAGES OF THE BE-Smart™ ESOPHAGEAL CANCER DIAGNOSTIC COMPARED TO LIQUID BIOPSIES

- ✓ BE-Smart is designed to take EXISTING biopsy blocks from routine endoscopies, which is the standard of care for diagnosis of GERD, Barrett's Esophagus and esophageal adenocarcinoma. No additional samples are needed from patients after the endoscopy. With liquid biopsies, the patient would have to return to the physician's office to draw the blood.

- ✓ BE-Smart is highly sensitive and specific in distinguishing early-stage esophageal adenocarcinoma in studies to date. On the other hand, liquid biopsies require the cancer to spread to neighboring tissue and blood vessels in order to produce detectable markers in the blood.

- ✓ Our BE-Smart test examines the suspicious tissue DIRECTLY, not a bi-product somewhere in the blood. In liquid biopsies, there are factors that can create many false positives and false negatives as the tested markers are at very low concentrations. These factors can be other pathological and non-pathological conditions, including exercise, trauma, and surgery.[1]

- ✓ We are testing the affected tissue directly on a clinically proven instrument (mass spectrometer), which is highly sensitive.

- ✓ By directly analyzing the affected tissue, the BE-Smart test is designed to detect early stages of cancer before markers have entered the blood.

- ✓ While we are still studying the test's safety and effectiveness, we believe that the BE-Smart test may have the ability to determine early carcinogenesis. FDA Approved liquid biopsy tests on the market are used to monitor a disease or to determine treatment path of a disease. They are still required to be used in combination with standard tests such as endoscopies.

**Conclusion:** The utility of BE-Smart is potentially quite significant. The BE-Smart test is designed to determine early carcinogenesis of biopsies in which a pathologist might be on the fence and/or mistakenly classify as non-cancerous. This can literally mean the difference between life and death for the patient. An accurate and early diagnosis can lead to more effective and earlier treatments which can lead to significantly better outcomes for the patient.

1. :Braig D., Becherer C., Bickert C., Braig M., Claus R., Eisenhardt A.E., Heinz J., Scholber J., Herget G.W., Bronsert P., et al. Genotyping of circulating cell-free DNA enables noninvasive tumor detection in myxoid liposarcomas. Int. J. Cancer. 2019;145:1148–1161. doi: 10.1002/ijc.32216.

11

# BE-Smart™ - ESOPHAGEAL CANCER DIAGNOSTIC

**ProPhase is thrilled to appoint Dr. Joe Abdo,** former CEO of Stella Diagnostics, to drive the commercialization of its BE-Smart diagnostic asset. With deep expertise in biomarker discovery and gastrointestinal disease management, Dr. Abdo has a proven track record, having launched a prostate cancer blood test and an immunotherapy response assay—both now thriving in the U.S. market.

**ProPhase also announced the formation of its Clinical Science Advisory Board** to support the clinical adoption and commercialization of the BE-Smart molecular test for esophageal disease.

The advisory board includes **Dr. Joe Abdo**, the inventor of the BE-Smart test and a nationally recognized leader in molecular oncology. Dr. Abdo looks to leverage his deep relationships with academia, the Mayo Clinic GI Path department, KUMC gastroenterology and KOLs in the esophageal cancer space.

Also joining the advisory board is **Mr. James McCullough**, founder and CEO of Renalytix and former Chief Executive Officer of Exosome Diagnostics Inc., a pioneer in liquid biopsy diagnostics. Additional key opinion leaders and experts in the field will be added to the advisory board in the near future as the Company plans for its initial commercial launch.

**Announced full USPTO approval for issuance of U.S. patent protecting esophageal adenocarcinoma risk assessment.*** Issued U.S. Patent No. 12379378-B2 for the Company's biomarker-based systems and methods to assess progression risk in Barrett's esophagus and esophageal adenocarcinoma.

**Continued refining the BE-Smart test algorithm** with new data analysis, enhancing its accuracy in predicting Barrett's Esophagus risk.

**Collaborating with Mayo Clinic** and other experts to further validate the test through additional samples, studies and peer-reviewed publications, including the recent publication of a pivotal validation study in *Clinical and Translational Gastroenterology*, which confirms BE-Smart's clinical utility as a risk stratification tool.

**ProPhase announced the successful completion of a key validation study** evaluating the performance of the BE-Smart™ molecular diagnostic test compatibility with samples obtained from esophageal brush cytology.** The study demonstrated BE-Smart achieved greater than a 95% technical success rate, confirming the BE-Smart's ability to reliably and accurately detect our panel of biomarkers, designed to assess progression risk in Barrett's esophagus and other distal esophageal conditions.

The dual capability of BE-Smart now validated to analyze both "pinch" and "brush" standard of care biopsies enables a powerful tool for comprehensive esophageal disease surveillance and clinical management.



12

*Source: Company Press Release, August 12, 2025 https://ir.prophaselabs.com/news-events/press-releases/detail/244/prophase-labs-announces-full-uspto-approval-for-issuance-of
**Source: Company Press Release, June 17, 2025 https://ir.prophaselabs.com/news-events/press-releases/detail/238/prophase-labs-announces-successful-study-demonstrating



# BE-Smart™ - OVEREXPRESSION IN EAC COMPARED TO ROUTINE MARKERS FOR PROGNOSTICATION AND THERAPY

*XX/55 = number of EAC tumors expressing these markers out of 55 samples*

14

# BE-Smart™ - ESOPHAGEAL CANCER DIAGNOSTIC
## NEAR TERM PATH TO COMMERCIALIZATION

- ☑ Filed US patent application on May 19, 2021
- ☑ Initiated 1,000 patients on STLA101 assay with Mayo Clinic
- ☑ Completed first ~200 tests
- ☑ Submitted and presented interim results to ACG/ASCO-GI/SAGES/AACR/DDW in 2022
- ☑ Filed all patent applications for all significant international jurisdictions
- ☑ Initiated testing of additional specimens, including brush-acquired ones
- ☑ Collaborated with brush-technology company to develop brush-capture technique to replace the need for endoscopy
- ☑ Expanded support from key opinion leaders at conferences (including USCAP) and in focus groups
- ☑ US Patent 11,874,277 granted protecting BE-Smart
- ☑ Published first validation specific to BE-Smart, finding that its "proteomic panel is comprised of predictive biomarkers that are both statistically significant and mechanistically meaningful"
- ☑ Completion of BE-Smart Dossier
- ☑ Submit manuscript with BE-Smart's performance metrics in Q2
- ☑ Publication of a clinical validation study, bolstering the test's credibility
- ☐ Integrate finalized biomarker panel and algorithm into a pipeline for GI-friendly result generation
- ☐ Expanding research with more specimens and complying with new FDA lab test guidelines
- ☐ Launch BE-Smart as a cash-based test in the near future
- ☐ Initiate discussions with payers for coverage in medical policy
- ☐ Go-to-market strategy:
  - Commercialize with a large pharma or cancer-testing company
  - Work on global commercialization initiatives in parallel
  - Work with insurance companies to cover BE-Smart and contract for reimbursement

15