# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, MONTHLY FEE STATEMENT COVER SHEET

IN RE:  **ProPhase Diagnostics NJ, Inc.**, *et al.*   APPLICANT:   **Thaddeus R. Maciag, Esq.**
   **(jointly administered)**                           **Maciag Law, LLC**
                                             **(Debtors' Attorney)**

CASE NO: **25-19833-CMG**            CLIENT:   **Debtors**
CHAPTER: **11**                    CASE FILED:  **September 22, 2025**

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. 1746.
RETENTION ORDER(S) ATTACHED

Respectfully submitted,

MACIAG LAW, LLC


 /s/ Thaddeus R. Maciag
Thaddeus R. Maciag, Esq.
Date: 3-09-2026

## SECTION I -- FEE SUMMARY

MONTHLY FEE STATEMENT NO.  **MONTHLY FEE STATEMENT #5 (January 2026)**
TOTAL PREVIOUS MFS's FILED:        $     $ 75,247.50
TOTAL FEES ALLOWED TO DATE:       $     $ 75,247.50
TOTAL RETAINER (IF APPLICABLE)    $     $ 35,000.00
TOTAL HOLDBACK (IF APPLICABLE)   $     $ 22,321.14
TOTAL RECEIVED BY APPLICANT     $     $ 35,066.38

| NAME OF PROFESSIONAL & TITLE | HOURS | RATE | FEE |
|---|---|---|---|
| **Thaddeus R. Maciag, Esq.** **Attorney, J.D. ('81)** | **50.1** | **$ 475** | **$ 23,797.50** |
| **Mary Pixley,** **Paralegal** | **4.4** | **$ 125** | **$ 550.00** |
| | | | |
| **TOTALS:** | **54.5** | **AVG $446.74** | **$ 24,347.50** |

                        **FEE TOTALS - PAGE 2**     **$ 24,347.50**
          **DISBURSEMENTS TOTALS - PAGE 3**    **$    103.20**
                    **TOTAL FEE STATEMENT**    **$ 24,450.70**
**Due at this time: Fees: 80% x $24,347.50 = $ 19,478.00**
        **Disbursements:**         **$    103.20**
        **Total presently due:**     **$ 19,581.20**

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a)  Asset Analysis & Recovery | 1.3 | 617.50 |
| b)  Asset Disposition | 0.0 | 0.00 |
| c)  Business Operations (incl insurance, first-day issues) | 5.8 | 2,755.00 |
| d)  Case Administration (incl. re MORs, 341, IDI, UST) | 22.3 | 10,592.50 |
| e) Claims Administration and Objection | 1.2 | 570.00 |
| f)  Employee Benefits/Pensions | 0.0 | 0.00 |
| g) Fee/Employment Applications (incl. MFS) | 7.4 | 3,515.00 |
| h) Fee/Employment Objections | 0.0 | 0.00 |
| I)  Financing | 2.6 | 1,235.00 |
| j) Litigation (other than Avoidance Action Litigation –includes Motions, Applications, Orders) | 9.2 | 4,370.00 |
| k) Preparation of Plan/Disclosure Statement | 0.0 | 0.00 |
| l) Petition, Schedules, Follow-Up Papers, Corporate Resolutions, Amendments | 0.7 | 332.50 |
| M) Paralegal | 4.4 | 550.00 |
| SERVICES TOTAL: | 54.5 | $ 24,347.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNTS |
|---|---|
| a)  Computer Assisted Legal Research | 0.00 |
| b)  Fascsimile  No. Pages 0 Rate per Page  $.75   (Max $1.00) | 0.00 |
| c)  Long Distance Telephone | 0.00 |
| d) In-House Reproduction   No. Pages 397    Rate per Page .20 (Max $.20) | 79.40 |
| e)  Outside Reproduction | 0.00 |
| f)   Outside Research | 0.00 |
| g)  Filing/Court Fees | 0.00 |
| h) Court Reporting | 0.00 |
| I)  Travel & parking | 0.00 |
| j)  Courier/Express | 23.80 |
| k) Postage | 0.00 |
| l) Other (Explain) | |
| | |

| DISBURSEMENTS TOTAL: | $  103.20 |
|---|---|

**SECTION IV**

**CASE HISTORY**

(NOTE:  Items 3 - 6 are not applicable to applications under 11 U.S.C. 506)

**(1)  DATE CASE FILED:**          September 22, 2025

**(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED:**    11

**(3)  DATE OF RETENTION:**

   **Retention Order:** entered October 20, 2025 (effective September 22, 2025)

   **Administrative Order:** entered October 21, 2025

   **Annex copy of Retention Order:** (*See Attached Exhibit A* )

   **IF LIMIT ON NUMBERS OF HOURS OR OTHER LIMITATIONS TO RETENTION, SET FORTH:** Not applicable

**(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:**

   a)    Applicant facilitated the usual and customary substantive and procedural steps necessary for in the fourth full month after the three jointly administered Petitions were filed.

   b)    Applicant prepared, reviewed, revised, and fled motion papers and all supporting documents, preparing and filing with this Court three Motions to Extend the Exclusivity Period for Filing a Disclosure Statement and Plan, and Soliciting Acceptances of same, in all three of these Jointly Administered cases.

   c)    Applicant prepared and filed with this Court a Status Conference Report summarizing prepared for and represented the Debtor at a Status Conference Hearing before Chief Judge Gravelle

   d) Applicant prepared and filed a Monthly fee Statement with this Court in accord with the Administrative Order entered by this Court on October 21, 2025.

   e) Applicant prepared and filed a First Application for Compensation, for the first 100 days of this case, in accord with the Administrative Order entered by this Court on October 21, 2025.

   f)  Applicant conferred with Debtors' staff in regard to administrative issues, dates , and deadlines, including but not limited to Debtor-in-Possession Bank Accounts, U.S. Trustee

Quarterly Fees, and Monthly Operating Reports:

g) Applicant conferred at length with Debtor's staff on legal, substantive and procedural obligations of the Debtors in Possession in Chapter 11, and in compliance with said obligations and in review of plans going forward as to a successful Reorganization.

h) Applicant negotiated with counsel for Plaintiffs in Adversary Proceedings and Qui Tam litigation matters, including as to consent orders and stipulations.

I)  Applicant worked closely with the Debtors in preparing a response to the United States Trustee's Motion to Convert or Dismiss, and in assisting the Debtor in bringing into compliance any administrative deficiencies in regard to said Motion.

j) Applicant reviewed Debtor's financial information and, bank statements, and prepared first and second draft Monthly Operating Reports for the months of September, October, November and December in case #25-19833-CMG.

k) Applicant reviewed Debtor's financial information and, bank statements, and prepared first and second draft Monthly Operating Reports for the months of September, October, November and December in case #25-19834-CMG.

l) Applicant reviewed Debtor's financial information and, bank statements, and prepared first and second draft Monthly Operating Reports for the months of September, October, November and December in case #25-19836-CMG.

m) Applicant provided legal advice to the Debtors regarding the Bankruptcy Code, and Federal and Local D.N.J. Bankruptcy rules, practices and procedures.

n) Applicant rendered all other services set forth on the hourly invoices attached hereto as **Exhibit B** to this Monthly Fee Statement.

**(5)  ANTICIPATED DISTRIBUTION TO CREDITORS:**

   **(A) ADMINISTRATIVE EXPENSES:**     100% of allowed claim

   **(B) SECURED CREDITORS:**          100% of allowed secured claim

   **[C] PRIORITY CREDITORS:**     100% of allowed claim

   **(D) GENERAL UNSECURED CREDITORS:**  100% of allowed claim

**(6)  FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE):** Not yet determined, but all allowed creditors ;and claims are anticipated to be paid at 100% of secured value.

MACIAG LAW, LLC

**SIGNATURE OF APPLICANT:**      by: _/s/_ Thaddeus R. Maciag 3/10/2026

                     Thaddeus R. Maciag, Esq.     DATE

# Exhibit A

## Retention Order

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
Phone: (908)704-8800
Attorney for the Debtors

Order Filed on October 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | |
| ProPhase Diagnostics NJ, Inc., et al., Debtors. (Jointly Administered) | |

| | |
|---|---|
| Case No.: | 25-19833-CMG |
| Chapter: | 11 |
| Judge: | Gravelle |

## ORDER AUTHORIZING RETENTION OF

Thaddeus R. Maciag Esq.

The relief set forth on the following page is **ORDERED**.

DATED: October 20, 2025

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

# Exhibit B

### Hourly summary of legal services rendered, January 2026

# MACIAG LAW, LLC

PROPHASE DIAGNOSTICS NJ, INC., ET AL.                    MARCH 8, 2026
42 THROCKMORTON LANE
OLD BRIDGE, NJ 08857

## RE:  MONTHLY FEE STATEMENT #5  (JANUARY 2026)

"IN RE PROPHASE DIAGNOSTICS NJ, INC. ET AL.
(JOINTLY ADMINISTERED)
CHAPTER 11 REORGANIZATION
CASE #25-19833-CMG  (DISTRICT OF NEW JERSEY)

**01/02/2026 FR**

PROPHASE DIAGNOSTICS CH.11          TELEPHONE   CONFERENCE C ABENANTE RE
                                    QUESTION OF APPOINTMENT OF A HEALTH CARE
                                    OMBUDSMAN   FORWARD   COPY   OF   COURT'S
                                    DECEMBER 5 ENTERED ORDER FINDING THE
                                    APPOINTMENT  OF  AN  OMBUDSMAN  IS  NOT
                                    NECESSARY – TRM 0.3

                                    RECEIPT  AND  REVIEW  OF CORRESPONDENCE
                                    FROM DOUGLASS MCGILL ESQ, ATTORNEY FOR
                                    PLAINTIFFS IN THREE PENDING QUI-TAM-RELATED
                                    ADVERSARY PROCEEDINGS – TRM 0.1

**01/06/2026 TU**

PROPHASE DIAGNOSTICS CH.11          RECEIPT AND REVIEW OF CORRESPONDENCE AND
                                    SUBPOENA    FROM   THOMAS   ONDER   ESQ,
                                    ATTORNEY FOR CREDITOR DREXEL DISTRIBUTION
                                    – TRM 0.3

**01/08/2026 TH**

PROPHASE DIAGNOSTICS CH.11          RECEIPT  AND  REVIEW  OF CORRESPONDENCE
                                    FROM TED KARKUS OF DEBTOR RE THREE
                                    PENDING PPFB LLC ADVERSARY PROCEEDINGS;
                                    TCF WITH T KARKUS RE REVIEW OF SAME  – TRM
                                    0.5

                                    PREP OF  COMPREHENSIVE  MEMORANDUM  TO
                                    DEBTORS REVIEWING ALL PENDING DEADLINES,
                                    DATES,  AND  ANTICIPATED  SUBSTANTIVE  AND

PROCEDURAL STEPS TO BE ADDRESSED, DOCUMENTS TO BE PROVIDED TO COURT AND TRUSTEE, OPERATING REPORTS – TRM 0.8

**01/09/2026 FR**

PROPHASE DIAGNOSTICS CH.11

RECEIPT AND REVIEW OF CORRESPONDENCE FROM DAN KROPIEWNICKI, BANKRUPTCY AUDITOR, OFFICE OF US TRUSTEE, RE STATUS OF INSURANCE CERTIFICATES; CONFER WITH DEBTORS RE SAME – TRM 0.2

PREPARATION OF MEMORANDUM TO TED KARKUS AND CAROLINA ABENANTE AND TED KARKUS RE STATUS OF QUI TAM LAWSUITS IN U.S. DISTRICT COURT, E.D.N.Y. AND RELATED ADVERSARY PROCEEDINGS IN US BANKRUPTCY COURT, DNJ – TRM 0.4

REVIEW OF NOTICES OF NON-INTERVENTION BY UNITED STATES, STATE OF NEW YORK, AND STATE OF NEW JERSEY IN U.S. DISTRICT COURT, E.D.N.Y. QUI TAM LAWSUITS, FORWARD COPIES OF NOTICES OF INTERVENTION SAME TO CAROLINA ABENANTE AND TED KARKUS OF DEBTORS – TRM 0.4

CONFERENCE CALL WITH CAROLINA ABENANTE AND TED KARKUS RE FULL REVIEW OF QUI TAM LITIGATION ISSUES, PENDING CASES DEADLINES, LIKELY TIMELINE OF CASE GOING FORWARD – TRM 0.9

FOLLOW-UP TELEPHONE CONFERENCE WITH C ABENANTE RE MONTHLY OPERATING REPORTS, STATUS OF U.S. DISTRICT COURT, E.D.N.Y CASES, ISSUES RE POSSIBLE DIP FINANCING – TRM 0.6

**01/12/2026 MO**

PROPHASE DIAGNOSTICS CH.11

PREPARATION AND FILING OF MOTION TO EXTEND EXCLUSIVITY PERIOD IN PROPHASE DIAGNOSTICS NJ CASE 25-19833' PREP NOTICE OF MOTION, CERTIFICATION IN SUPPORT OF MOTION; PROPOSED FORM OF ORDER; ECF-FILE SAME – TRM 2.1

PREPARATION AND FILING OF RELATED MOTION TO EXTEND EXCLUSIVITY PERIOD N PROPHASE DIAGNOSTICS NY CASE 25-19834 PREP NOTICE OF MOTION, CERTIFICATION IN SUPPORT OF MOTION; PROPOSED FORM OF ORDER; ECF-FILE SAME – TRM 0.5

PREPARATION AND FILING OF RELATED MOTION TO EXTEND EXCLUSIVITY PERIOD IN PROPHASE DIAGNOSTICS INC CASE 25-19836 PREP NOTICE OF MOTION, CERTIFICATION IN SUPPORT OF MOTION;

PROPOSED FORM OF ORDER; ECF-FILE SAME – TRM 0.5

PREPARATION AND FILING OF THREE CERTIFICATES OF SERVICE – TRM 0.3

**01/13/2026 TU**

PROPHASE DIAGNOSTICS CH.11

PREPARATION AND FILING OF STATUS REPORT ON THE PACER DOCKET, AND SUBMIT SAME T CHAMBERS OF CHIEF JUDGE GRAVELLE AND OFFICE OF US TRUSTEE – TRM 0.6

TELEPHONE CONFERENCE WITH DEBTORS STAFF RE URGENT NEED FOR UPDATED INSURANCE CERTIFICATES FOR STATUS CONFERENCE WITH THE COURT – TRM 0.1

RECEIPT AND REVIEW OF UPDATED CERTIFICATES OF INSURANCE FROM DEBTORS – TRM 0.2

PREP EMAILED CORRESPONDENCE TO DAN KROPIEWNICKI, BANKRUPTCY AUDITOR, AND JEFF SPONDER ESQ, TRIAL ATTORNEY  OFFICE OF US TRUSTEE, ATTACHING AND FORWARDING NEW CERTIFICATES OF INSURANCE – TRM 0.2

PREP FOR AND APPEARANCE BEFORE CHIEF JUDGE GRAVELLE, UNITED STATES COURTHOUSE TRENTON (VIRTUAL) ON STATUS CONFERENCE HEARING IN THE JOINTLY ADMINISTERED CASES, SET SCHEDULING ORDER GOING FORWARD – TRM 0.5

RECEIPT AND REVIEW OF NOTICE OF NEW HEARING DATES; CALENDAR SAME [PARALEGAL ] – MP 0.3

TELEPHONE CONFERENCE WITH DOUGLAS MCGILL ESQ  ATTORNEY FOR PLAINTIFF PPFB, LLC IN THREE PENDING ADVERSARY PROCEEDINGS, DISCUSS GENERAL EARLY SETTLEMENT CONCEPTS WITH SAME – TRM 0.2

PREP EMAIL SUMMARY TO C ABENANTE AND T KARKUS RE DISCUSSION WITH DOUGLAS MCGILL ESQ AND INITIAL SETTLEMENT CONCEPT DISCUSSIONS WITH SAME – TRM 0.2

PREP EMAIL TO WALLACE NEEL RE NOTICE FOR PRODUCTION OF DOCUMENTS FROM DREXEL DISTRIBUTION DBA EZ TEST – TRM 0.3

POST-HEARING TELEPHONE CONFERENCE WITH C ABENANTE AND T KARKUS OF DEBTORS RE FULL REVIEW OF RESULTS OF HEARING, ANTICIPATED US TRUSTEE MOTION, DEADLINES AND DOCUMENTS TO BE PRODUCED; MONTHLY OPERATING REPORTS, SCHEDULE AND TIMELINE GOING

FORWARD – TRM 0.8

FOLLOW-UP TELEPHONE CONFERENCE WITH C ABENANTE RE MONTHLY OPERATING REPORTS, DISCOVERY DEADLINES – TRM 0.4

**01/14/2026 WE**

PROPHASE DIAGNOSTICS CH.11   PREPARATION OF SUMMARY MEMORANDUM TO DEBTORS RE REV EW OF NEXT STEPS AFTER JANUARY 13 STATUS CONFERENCE  REV EW OF URGENT DEADLINES, QUESTIONS RE POSSIBLE SECURED CLAIMS, PENDING ADVERSARY PROCEEDINGS, PAST DUE MONTHLY OPERATING REPORTS, ANTICIPATED US TRUSTEE MOTION TO CONVERT OR DISMISS, REVIEW OF ISSUES RE POSSIBLE DIP FINANCING – TRM 0.7

EMAIL TO DEBTORS' CONTROLLER FULL REVIEW OF ISSUES AND DOCUMENTS NEEDED RE PAST DUE MONTHLY OPERATING REPORTS – TRM 0.3

**01/15/2026 TH**

PROPHASE DIAGNOSTICS CH.11   RECEIPT AND REVIEW OF MOTION BY UNITED STATES TRUSTEE TO CONVERT FROM CHAPTER 11 TO CHAPTER 7, OR IN THE ALTERNATIVE TO DISMISS – TRM 0.2

PREP OF EMAIL TO DEBTORS RE REVIEW OF MEMORANDUM ON ISSUES AND DEADLINES, MONTHLY OPERATING REPORTS – TRM 0.2

TELEPHONE CONFERENCE WITH C ABENANTE. CHAIR OF BOARD BANKRUPTCY COMMITTEE – TRM 0.5

RECEIPT AND REVIEW OF EMAIL FROM US TRUSTEE TRIAL ATTORNEY JEFFREY SPONDER ESQ; EMAIL DEBTORS RE SAME – TRM 0.1

TELEPHONE CONFERENCE WITH R HERSPERGER OF CROWN MEDICAL AND T KARKUS OF DEBTORS RE FULL REVIEW OF PRESENT STATUS OF CROWN MEDICAL COLLECTION EFFORTS ON INSURANCE RECEIVABLES, ANTICIPATED TIMELINE OF COLLECTIONS – TRM 0.5

RECEIPT AND REVIEW OF NOTICE RE RE-SCHEDULED HEARING DATES; CALENDAR SAME [PARALEGAL] – MP 0.3

**01/16/2026 FR**

PROPHASE DIAGNOSTICS CH.11   RECEIPT AND REVIEW OF CORRESPONDENCE FROM ASST U.S. ATTORNEY TSZ TING TAM ESQ, RE

PENDING QUI TAM CASES IN U.S DISTRICT COURT, E.D.N.Y., RELATED ADVERSARY PROCEEDINGS – TRM 0.1

**01/18/2026 SU**

PROPHASE DIAGNOSTICS CH.11    SEVERAL SUNDAY EMAILS WITH DEBTORS RE NOTICES FOR DEPOSITION AND PRODUCTION OF DOCUMENTS , RESPONSE TO SAME – TRM 0.4

**01/19/2026 MO**

PROPHASE DIAGNOSTICS CH.11    EMAILS TO AND FROM DEBTORS' CONTROLLER AND SENIOR STAFF  RE RE-SENT US TRUSTEE MOR FORMS, SAMPLE MOR DOCUMENTS AND EXHIBITS REQUIRED, URGENCY RE SAME, AN DEADLINES RE PENDING US TRUSTEE MOTION; REVIEW OF REQUIRED FINANCIALS, BANK STATEMENTS, CHARTS, AND EXHIBITS TO MONTHLY OPERATING REPORTS – TRM 0.9

**01/20/2026 TU**    TELEPHONE CONFERENCE WITH DOUG MCGILL ESQ ATTORNEY FOR ADVERSARY PROCEEDINGS PLAINTIFF PPFB, LLC,  RE SETTLEMENT DISCUSSIONS AND PROCEDURAL ISSUES – TRM 0.3

TELEPHONE CONFERENCE WITH ASSISTANT U.S. ATTORNEY TING TING TAM ESQ RE REVIEW OF SUBSTANTIVE AND PROCEDURAL ISSUES IN PENDING QUI TAM CASES IN U.S DISTRICT COURT, E.D.N.Y., RELATED ADVERSARY PROCEEDING; GOVERNMENT NOTICES BY THE UNITED STATES OF NON-INTERVENTION AND DECLINATION – TRM 0.5

TELEPHONE CONFERENCE T KARKUS OF DEBTOR RE PPFB LLC ADVERSARY PROCEEDINGS PER DOUG MCGILL ESQ RE QUI TAM ISSUES PER ASST. U.S. ATTORNEY TSZ TING TAM ESQ; RE PENDING US TRUSTEE MOTION, AND PENDING MONTHLY OPERATING REPORTS  – TRM 0.4

PREPARATION OF MONTHLY FEE STATEMENT #2 – TRM 3.3

ECF-FILING OF MFS #2 – TRM 0.2

**01/21/2026 WE**

PROPHASE DIAGNOSTICS CH.11    EMAILS WITH DEBTOR RE PAST-DUE ADMINISTRATIVE FEES PER COURT'S ADMINISTRATIVE ORDER – TRM 0.2

TELEPHONE CONFERENCE R HERSPERGER OF CROWN MEDICAL – TRM 0.1

TELEPHONE CONFERENCE C ABENANTE OF DEBTOR RE RESPONSE TO TRUSTEE MOTION, STATUS OF MONTHLY OPERATING REPORTS – TRM 0.4

**01/22/2026 TH**

PROPHASE DIAGNOSTICS CH.11    TELEPHONE CONFERENCE WITH ASSISTANT U.S. ATTORNEY TSZ TING TING TAM ESQ RE QUI TAM ISSUES – TRM 0.1

**01/23/2026 FR**

PROPHASE DIAGNOSTICS CH.11    RECEIPT AND REVIEW FROM DEBTOR'S CONTROLLER OF DRAFT  MOT OUTLINES AND FINANCIALS; REVIEW OF SAME – TRM 0.4

PREPARATION OF EMAIL TO DEBTORS CONTROLLER RE ISSUES OF  FORMATTING OF MONTHLY OPERATING REPORTS PER US TRUSTEE REQUIRED USTFORM11 AND RE BANK STATEMENTS AND FINANCIAL INFORMATION REQUIRED FOR PREPARATION OF PAST-DUE MONTHLY OPERATING REPORTS – TRM 0.4

TELEPHONE CONFERENCES AND EMAILS WITH C ABENANTE AND T KARKUS OF DEBTORS RE RESPONSE TO TRUSTEE MOTION, REVIEW OF ISSUES RE PREPARATION MEMORANDUM OF LAW, CERTIFICATION OF DEBTOR EXHIBITS, FILING OF PAST-DUE MONTHLY OPERATING REPORTS ETC – TRM 0.5

REVIEW OF FINANCIAL DOCS, BANK RECORDS AND INFORMATION RECEIVED FROM DEBTOR RE PREPARATION OF SEPTEMBER 2025 CASE #25-19834 MONTHLY OPERATING REPORT, REVIEW OF SAME – TRM 0.3

REVIEW AND PREP OF FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR SEPTEMBER 2025 MONTHLY OPERATING REPORT IN CASE #25-19834 – TRM 0.7

COMPILE DOCS, EXHIBITS, FINANCIAL AND BANK STATEMENTS RE SEPTEMBER 2025 MONTHLY OPERATING REPORT, CASE #25-19833 [PARALEGAL] MP 0.3

REVIEW OF FINANCIAL DOCS, BANK RECORDS AND INFORMATION RECEIVED FROM DEBTOR RE PREPARATION OF OCTOBER 2025 CASE #25-19834 MONTHLY OPERATING REPORT, REVIEW OF SAME – TRM 0.3

REVIEW AND PREP OF FINANCIAL CHARTS AND

EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR OCTOBER 2025 MONTHLY OPERATING REPORT IN CASE #25-19834 – TRM 0.7

COMPILE DOCS, EXHIBITS, FINANCIAL AND BANK STATEMENTS RE OCTOBER 2025 MONTHLY OPERATING REPORT, CASE #25-19833 [PARALEGAL] MP 0.3

**01/24/2026 SA**

PROPHASE DIAGNOSTICS CH.11    REVIEW OF FINANCIAL DOCS, BANK RECORDS AND INFORMATION RECEIVED FROM DEBTOR RE PREPARATION OF NOVEMBER 2025 CASE #25-19834 MONTHLY OPERATING REPORT, REVIEW OF SAME – TRM 0.3

REVIEW AND PREP OF FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR NOVEMBER 2025 MONTHLY OPERATING REPORT IN CASE #25-19834 – TRM 0.7

COMPILE DOCS, EXHIBITS, FINANCIAL AND BANK STATEMENTS RE NOVEMBER 2025 MONTHLY OPERATING REPORT, CASE #25-19833 [PARALEGAL] MP 0.3

REVIEW OF FINANCIAL DOCS, BANK RECORDS AND INFORMATION RECEIVED FROM DEBTOR RE PREPARATION OF DECEMBER 2025 CASE #25-19834 MONTHLY OPERATING REPORT, REVIEW OF SAME – TRM 0.3

REVIEW AND PREP OF FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR DECEMBER 2025 MONTHLY OPERATING REPORT IN CASE #25-19834 – TRM 0.7

COMPILE DOCS, EXHIBITS, FINANCIAL AND BANK STATEMENTS RE DECEMBER 2025 MONTHLY OPERATING REPORT, CASE #25-19833 [PARALEGAL] MP 0.3

REVIEW OF FINANCIAL DOCS, BANK RECORDS AND INFORMATION RECEIVED FROM DEBTOR RE PREPARATION OF SEPTEMBER 2025 CASE #25-19836 MONTHLY OPERATING REPORT, REVIEW OF SAME – TRM 0.3

REVIEW AND PREP OF FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR SEPTEMBER 2025 MONTHLY OPERATING REPORT IN CASE #25-19836 – TRM 0.7

COMPILE DOCS, EXHIBITS, FINANCIAL AND BANK STATEMENTS RE SEPTEMBER 2025 MONTHLY OPERATING REPORT, CASE #25-19833 [PARALEGAL] MP 0.3

REVIEW OF FINANCIAL DOCS, BANK RECORDS AND INFORMATION RECEIVED FROM DEBTOR RE PREPARATION OF OCTOBER 2025 CASE #25-19836 MONTHLY OPERATING REPORT, REVIEW OF SAME – TRM 0.3

REVIEW AND PREP OF FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR OCTOBER 2025 MONTHLY OPERATING REPORT IN CASE #25-19836 – TRM 0.7

COMPILE DOCS, EXHIBITS, FINANCIAL AND BANK STATEMENTS RE OCTOBER 2025 MONTHLY OPERATING REPORT, CASE #25-19833 [PARALEGAL] MP 0.3

REVIEW OF FINANCIAL DOCS, BANK RECORDS AND INFORMATION RECEIVED FROM DEBTOR RE PREPARATION OF NOVEMBER 2025 CASE #25-19836 MONTHLY OPERATING REPORT, REVIEW OF SAME – TRM 0.3

REVIEW AND PREP OF FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR NOVEMBER 2025 MONTHLY OPERATING REPORT IN CASE #25-19836 – TRM 0.7

COMPILE DOCS, EXHIBITS, FINANCIAL AND BANK STATEMENTS RE NOVEMBER 2025 MONTHLY OPERATING REPORT, CASE #25-19833 [PARALEGAL] MP 0.3

**01/26/2026 MO**

PROPHASE DIAGNOSTICS CH.11        EMAILS AND TELEPHONE CONFERENCES WITH COUNSEL AND DEBTORS RE PENDING QUI TAM CASES IN U.S. DISTRICT COURT, E.D.N.Y. – TRM 0.3

CONFER WITH DEBTORS' CONTROLLER AND STAFF RE PAST-DUE US TRUSTEE QUARTERLY FEES, AND RE QUESTIONS ON DRAFT MONTHLY OPERATING REPORTS – TRM 0.4

F WITH DEBTORS' CONTROLLER RE FULL REVIEW OF ISSUES RE QUARTERLY FEES AND NEAR-FINAL DRAFTS OF PAST-DUE MONTHLY OPERATING REPORTS – TRM 0.4

PREPARATION OF THREE STIPULATIONS

EXTENDING TIME TO ANSWER THE THREE PPFB, LLC ADVERSARY PROCEEDINGS; EMAIL WITH PLAINTIFF'S ATTORNEY DOUGLAS MCGILL ESQ RE SAME – TRM 0.5

CONFER WITH DEBTOR'S STAFF RE REVISIONS, PREPARATION OF FINAL DRAFT INITIAL MONTHLY OPERATING REPORT FOR SEPTEMBER 2025 IN CASE #25-19834, AND FORWARD SAME TO DEBTOR FOR REVIEW AND SIGNATURES – TRM 0.3

CONFER WITH DEBTOR'S STAFF RE REVISIONS, PREPARATION OF FINAL DRAFT INITIAL MONTHLY OPERATING REPORT FOR OCTOBER 2025 IN CASE #25-19834, AND FORWARD SAME TO DEBTOR FOR REVIEW AND SIGNATURES – TRM 0.3

CONFER WITH DEBTOR'S STAFF RE REVISIONS, PREPARATION OF FINAL DRAFT INITIAL MONTHLY OPERATING REPORT FOR NOVEMBER 2025 IN CASE #25-19834, AND FORWARD SAME TO DEBTOR FOR REVIEW AND SIGNATURES – TRM 0.3

CONFER WITH DEBTOR'S STAFF RE REVISIONS, PREPARATION OF FINAL DRAFT INITIAL MONTHLY OPERATING REPORT FOR DECEMBER 2025 IN CASE #25-19834, AND FORWARD SAME TO DEBTOR FOR REVIEW AND SIGNATURES – TRM 0.3

CONFER WITH DEBTOR'S STAFF RE REVISIONS, PREPARATION OF FINAL DRAFT INITIAL MONTHLY OPERATING REPORT FOR SEPTEMBER 2025 IN CASE #25-19836, AND FORWARD SAME TO DEBTOR FOR REVIEW AND SIGNATURES – TRM 0.3

CONFER WITH DEBTOR'S STAFF RE REVISIONS, PREPARATION OF FINAL DRAFT INITIAL MONTHLY OPERATING REPORT FOR OCTOBER 2025 IN CASE #25-19836, AND FORWARD SAME TO DEBTOR FOR REVIEW AND SIGNATURES – TRM 0.3

CONFER WITH DEBTOR'S STAFF RE REVISIONS, PREPARATION OF FINAL DRAFT INITIAL MONTHLY OPERATING REPORT FOR NOVEMBER 2025 IN CASE #25-19836, AND FORWARD SAME TO DEBTOR FOR REVIEW AND SIGNATURES – TRM 0.3

REVIEW OF FINANCIAL DOCS, BANK RECORDS AND INFORMATION RECEIVED FROM DEBTOR RE PREPARATION OF DECEMBER 2025 CASE #25-19836 MONTHLY OPERATING REPORT, REVIEW OF SAME – TRM 0.3

REVIEW AND PREP OF FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR DECEMBER 2025 MONTHLY OPERATING REPORT IN CASE #25-19836 – TRM 0.7

COMPILE DOCS, EXHIBITS, FINANCIAL AND BANK STATEMENTS RE DECEMBER 2025 MONTHLY OPERATING REPORT, CASE #25-19833 [PARALEGAL] MP 0.3

CONFER WITH DEBTOR'S STAFF RE REVISIONS, PREPARATION OF FINAL DRAFT INITIAL MONTHLY OPERATING REPORT FOR DECEMBER 2025 IN CASE #25-19836, AND FORWARD SAME TO DEBTOR FOR REVIEW AND SIGNATURES – TRM 0.3

REVIEW OF FINANCIAL DOCS, BANK RECORDS AND INFORMATION RECEIVED FROM DEBTOR RE PREPARATION OF SEPTEMBER 2025 CASE #25-19833 MONTHLY OPERATING REPORT, REVIEW OF SAME – TRM 0.3

REVIEW AND PREP OF FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR SEPTEMBER 2025 MONTHLY OPERATING REPORT IN CASE #25-19833 – TRM 0.7

COMPILE DOCS, EXHIBITS, FINANCIAL AND BANK STATEMENTS RE SEPTEMBER 2025 MONTHLY OPERATING REPORT, CASE #25-19833 [PARALEGAL] MP 0.3

CONFER WITH DEBTOR'S STAFF RE REVISIONS, PREPARATION OF FINAL DRAFT INITIAL MONTHLY OPERATING REPORT FOR SEPTEMBER 2025 IN CASE #25-19833, AND FORWARD SAME TO DEBTOR FOR REVIEW AND SIGNATURES – TRM 0.3

REVIEW OF FINANCIAL DOCS, BANK RECORDS AND INFORMATION RECEIVED FROM DEBTOR RE PREPARATION OF OCTOBER 2025 CASE #25-19833 MONTHLY OPERATING REPORT, REVIEW OF SAME – TRM 0.3

REVIEW AND PREP OF FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR OCTOBER 2025 MONTHLY OPERATING REPORT IN CASE #25-19833 – TRM 0.7

COMPILE DOCS, EXHIBITS, FINANCIAL AND BANK STATEMENTS RE OCTOBER 2025 MONTHLY OPERATING REPORT, CASE #25-19833 [PARALEGAL] MP 0.3

CONFER WITH DEBTOR'S STAFF RE  REVISIONS, PREPARATION OF FINAL DRAFT INITIAL MONTHLY OPERATING REPORT FOR OCTOBER 2025 IN CASE #25-19833, AND FORWARD SAME TO DEBTOR FOR REVIEW AND SIGNATURES – TRM 0.3

REVIEW OF FINANCIAL DOCS, BANK RECORDS AND INFORMATION RECEIVED FROM DEBTOR RE PREPARATION OF NOVEMBER 2025 CASE #25-19833 MONTHLY OPERATING REPORT, REVIEW OF SAME – TRM 0.3

REVIEW AND PREP OF FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR NOVEMBER 2025 MONTHLY OPERATING REPORT IN CASE #25-19833 – TRM 0.7

COMPILE DOCS, EXHIBITS, FINANCIAL AND BANK STATEMENTS RE NOVEMBER 2025 MONTHLY OPERATING REPORT, CASE #25-19833 [PARALEGAL] MP 0.3

CONFER WITH DEBTOR'S STAFF RE  REVISIONS, PREPARATION OF FINAL DRAFT INITIAL MONTHLY OPERATING REPORT FOR NOVEMBER 2025 IN CASE #25-19833, AND FORWARD SAME TO DEBTOR FOR REVIEW AND SIGNATURES – TRM 0.3

REVIEW OF FINANCIAL DOCS, BANK RECORDS AND INFORMATION RECEIVED FROM DEBTOR RE PREPARATION OF DECEMBER 2025 CASE #25-19833 MONTHLY OPERATING REPORT, REVIEW OF SAME – TRM 0.3

REVIEW AND PREP OF FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR DECEMBER 2025 MONTHLY OPERATING REPORT IN CASE #25-19833 – TRM 0.7

COMPILE DOCS, EXHIBITS, FINANCIAL AND BANK STATEMENTS RE DECEMBER 2025 MONTHLY OPERATING REPORT, CASE #25-19833 [PARALEGAL] MP 0.3

CONFER WITH DEBTOR'S STAFF RE  REVISIONS, PREPARATION OF FINAL DRAFT INITIAL MONTHLY OPERATING REPORT FOR DECEMBER 2025 IN CASE #25-19833, AND FORWARD SAME TO DEBTOR FOR REVIEW AND SIGNATURES – TRM 0.3

**01/27/2026 TU**

PROPHASE DIAGNOSTICS CH.11      TELEPHONE  CONFERENCE R HERSPERGER RE

CROWN MEDICAL COLLECTIONS EFFORTS, AND ACCESS TO ACCOUNTS RECEIVABLE INFORMATION – TRM 0.3

EMAILS R HERSPERGER AND DEBTOR STAFF RE SAME – TRM 0.2

TELEPHONE CONFERENCE L BISESAR RE SAME – TRM 0.1

PREPARATION OF FIRST APPLICATION FOR COMPENSATION COVER PAGES PER LOCAL FORM 3 NARRATIVE, SUMMARY OF HOURS EXHIBITS TO APPLICATION – TRM 3.7

ECF-FILE APPLICATION COMPENSATION ON THE PACER DOCKET, SERVE SAME – TRM 0.2

TELEPHONE CONFERENCE AND EMAILS JOSEPH LEMKIN ESO RE DREXEL DISTRIBUTION DISCOVERY ISSUES – TRM 0.3

EMAILS WITH TED KARKUS, CAROLINA ABENANTE, DEBTORS' STAFF RE QUARTERLY FEES NOTICES FROM US TRUSTEE; REVIEW OF DRAFT MONTHLY OPERATING REPORTS – TRM 0.5

DOUG MCGILL TELEPHONE CONFERENCE EMAILS, RECEIPT AND REVIEW OF THREE SIGNED STIPULATIONS EXTENDING TIME TO ANSWER THREE ADVERSARY PROCEEDINGS – TRM 0.3

ECF-FILE STIPS EXTENDING TIME ON EACH OF THREE ADVERSARY PROCEEDING CASE DOCKETS – TRM 0.3

EMAILS WITH DEBTORS RE REVIEW OF PROOFS OF CLAIM – TRM 0.2

**01/28/2026 WE**

PROPHASE DIAGNOSTICS CH.11      EMAILS JOE LEMKIN ESQ. ATTORNEY FOR DREXEL DISTRIBUTION – TRM 0.2

EMAILS AND TELEPHONE CONFERENCES WITH ASSISTANT U.S. ATTORNEY TZE TING TAM ESQ RE REVISIONS TO PROPOSED CONSENT ORDER – TRM 0.2

PREPARATION OF PROPOSED REVISIONS TO ORDER, AND FORWARD PROPOSED REVISIONS TO AUSA TZE TING TAM ESQ – TRM 0.5

EMAILS C ABENANTE AND T KARKUS OF DEBTORS RE AUSA TAM CONSENT ORDER – TRM 0.3

**01/29/2026 TH**

PROPHASE DIAGNOSTICS CH.11    TELEPHONE CONFERENCE L BISESAR – TRM 0.1

EMAILS WITH ASST US ATTORNEY TZE TZING TAM ESQ  RECEIPT AND REVIEW FROM AUSA TZE TING TAM ESQ  OF APPLICATION OF UNITED STATES FOR ENTRY OF AGREED CONSENT ORDER; – TRM 0.3

RECEIPT AND REVIEW OF NOTICE OF NEW HEARING DATE; CALENDAR SAME [PARALEGAL ] – MP 0.2

REVIEW OF INPUT FROM DEBTORS, PREPARE AND EMAIL TO DEBTOR UPDATED DRAFT SEPTEMBER 2025 MOR WITH FINANCIALS, EXHIBITS AND BANK STATEMENTS  FOR SEPTEMBER 2025 IN CASE #25-19834 – TRM 0.3

REVIEW OF INPUT FROM DEBTORS, PREPARE AND EMAIL TO DEBTOR UPDATED DRAFT SEPTEMBER 2025 MOR WITH F NANCIALS, EXHIBITS AND BANK STATEMENTS  FOR SEPTEMBER 2025 IN CASE #25-19836 – TRM 0.2

REVIEW OF INPUT FROM DEBTORS, PREPARE AND EMAIL TO DEBTOR UPDATED DRAFT OCTOBER 2025 MOR WITH FINANCIALS  EXHIBITS AND BANK STATEMENTS  FOR OCTOBER 2025 IN CASE #25-19834 – TRM 0.3

REVIEW OF INPUT FROM DEBTORS, PREPARE AND EMAIL TO DEBTOR UPDATED DRAFT OCTOBER 2025 MOR WITH FINANCIALS  EXHIBITS AND BANK STATEMENTS  FOR OCTOBER 2025 IN CASE #25-19836 – TRM 0.2

 REVIEW OF INPUT FROM DEBTORS  PREPARE AND EMAIL TO DEBTOR UPDATED DRAFT NOVEMBER 2025 MOR WITH FINANCIALS, EXHIBITS AND BANK STATEMENTS  FOR NOVEMBER 2025 IN CASE #25-19834 – TRM 0.3

REVIEW OF INPUT FROM DEBTORS, PREPARE AND EMAIL TO DEBTOR UPDATED DRAFT NOVEMBER 2025 MOR WITH FINANCIALS, EXHIBITS AND BANK STATEMENTS  FOR NOVEMBER 2025 IN CASE #25-19836 – TRM 0.3

REVIEW OF INPUT FROM DEBTORS, PREPARE AND EMAIL TO DEBTOR UPDATED DRAFT DECEMBER 2025 MOR WITH FINANCIALS  EXHIBITS AND BANK STATEMENTS  FOR DECEMBER 2025 IN CASE #25-19834 – TRM 0.3

REVIEW OF INPUT FROM DEBTORS, PREPARE AND EMAIL TO DEBTOR UPDATED DRAFT DECEMBER 2025 MOR WITH FINANCIALS  EXHIBITS AND BANK STATEMENTS  FOR DECEMBER 2025 IN CASE #25-

19836 – TRM 0.2

**01/30/2026 FR**

PROPHASE DIAGNOSTICS CH.11      SEVERAL EMAILS WITH DEBTORS RE DISCOVERY
RESPONSES AND DOCUMENT PRODUCT ON – TRM
0.5

TELEPHONE CONFERENCE WITH DOUG MCGILL
ESQ ATTORNEY FOR ADVERSARY PROCEEDINGS
PLAINTIFF PPFB, LLC – TRM 0.2

**01/31/2026 SA**

PROPHASE DIAGNOSTICS CH.11      SEVERAL SATURDAY EMAILS WITH DEBTORS RE
DISCOVERY RESPONSES AND DOCUMENT
PRODUCTION – TRM 0.3

TOTAL HOURS:   50.1 ATTORNEY HOURS
                4.4 PARALEGAL HOURS
               54.5 TOTAL HOURS

**TOTAL PROFESSIONAL FEES:**              **$  24,347.50**
(AVERAGE: $446.74 / HR)

EXPENSES & DISBURSEMENTS:
  PHOTOCOPYING (397 X .20)      $ 79.40
  POSTAGE                       $ 23.80
                           ----------------------------------------------------------
**TOTAL EXPENSES:**                       **$      103.20**

**TOTAL BALANCE DUE:**                    **$  24,450.70**

**80% OF FEES DUE PER ADMINISTRATIVE ORDER:**   **$  19,478.00**
(20% HOLDBACK = $4,890.14)

**100% EXPENSES DUE PER ADMINISTRATIVE ORDER:**  **$      103.20**

TOTAL DUE MFS #5 PER COURT ADMIN ORDER:   **$  19,581.20**

PREVIOUSLY DUE AND OWING (UNPAID FROM COURT-
APPROVED FIRST APPLICATION FOR COMPENSATION)   **$ 17,431.00**

**TOTAL PRESENTLY DUE & OWING:**          **$ 37,012.20**
(NOT INCLUDING $4,890.14 HOLDBACK)

MACIAG LAW, LLC

#      #      #