UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
Attorney for the Debtors

In Re:

ProPhase Diagnostics NJ, Inc., et al.,

Debtors.

(jointly administered)

Case No.: ____25-19833____

Chapter: 11

Judge: ____Gravelle____

**CERTIFICATION OF NO OBJECTION REGARDING**

 Monthly Fee Statement (Jan. 2026) of Maciag Law LLC 

**DOCUMENT NO.** ___ecf 95___

The court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis.
Under D.N.J. LBR 2016-3(c), objections to the Monthly Fee Statement filed on ____March 12, 2026____
were to be filed and served not later than ____March 26, 2026____. I, ___Thaddeus R. Maciag Esq___
certify that, as of ____March 27, 2026____, I have reviewed the court's docket in this case and no
answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: __03-27-2026__

/s/  Thaddeus R. Maciag
      Signature

*rev.8/1/15*