**WEBBER MCGILL LLC**
Douglas J. McGill, Esq.
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
Tel: (973) 739-9559
Fax: (973) 739-9575
*Attorneys for United States of America,*
*New York State and State of New Jersey, ex rel.*
*PPFB, LLC*



Order Filed on April 10, 2026
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 25-19833 (CMG)<br>Chapter 11 |
| ProPhase Diagnostics, NJ, *et al.*,[1] | Hon. Christine M. Gravelle<br>(Jointly Administered) |
| Debtors-in-Possession. | |

### CONSENT ORDER MODIFYING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED**.

**DATED: April 10, 2026**

_Christine M. Gravelle_

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Debtor:            ProPhase Diagnostics, NJ, *et al.*
Case No:           25-19833 (CMG)
Caption of Order:  Consent Order Modifying Automatic Stay

**THIS MATTER**, having been opened to this Court by Webber McGill LLC ("**Webber McGill**"), counsel to PPFB, LLC ("**Relator**") by Application (the "**Application**") pursuant to D.N.J. LBR 9019-4(b) in lieu of motion for entry of a consent order modifying the automatic stay to permit Relator to commence and prosecute a lawsuit(s) against the ProPhase Diagnostics, NJ, Inc., ProPhase Diagnostics, Inc. and ProPhase Diagnostics, NY, Inc. (the "**Debtors**") in the United States District Court for the Eastern District of New York or other appropriate non-bankruptcy forum, in order to liquidate claims which are the subject of non-dischargeability complaints (Adv. Pro. Docket Nos. 25-2526; 25-2527 and 25-2528) (the "**Adversary**

Debtor:              ProPhase Diagnostics, NJ, *et al.*
Case No:             25-19833 (CMG)
Caption of Order:    Consent Order Modifying Automatic Stay

**Complaints**")[1] filed by Relator  against the Debtors currently pending in this Court; and (ii)

adequate notice of the Application has been given and that no other or further notice is necessary;

and (iii) upon the record herein, after due deliberation thereon, good and sufficient cause exists for

the granting of the relief set forth herein, it is hereby **ORDERED**:

1.      The Application is granted as provided herein.

2.      The automatic stay imposed by section 362(a) of the Bankruptcy Code is hereby

modified so as to allow Relator to initiate and maintain suit in an appropriate non-bankruptcy

forum against the Debtors, for the purpose of liquidating the claims which are the subject of

Relator's  Adversary Complaints; provided however, that allowance, collection, or distribution on

account of such claims shall remain subject to the jurisdiction of and further order of this Court.

The undersigned hereby consent to the form
and entry of the within Order

**WEBBER MCGILL LLC**                          **MACIAG LAW, LLC**
*Attorneys for Plaintiffs*                     *Attorneys for Debtors*

By: _____                     By: _____
    Douglas J. McGill                              Thaddeus R. Maciag

1. ProPhase Diagnostics, NY, Inc., No. 25-19834 (CMG); Pr(                                    3)

---

[1] Relator filed the Adversary Complaints on behalf of the United States of America, the State of New Jersey and New York State

3