**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
*Attorney for the Debtors*

| | |
|---|---|
| In re:<br><br>　ProPhase Diagnostics NJ, Inc.,<br><br>　　　　　　　Debtor. | Case No.: **#25-19833-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>　ProPhase Diagnostics NY, Inc.,<br><br>　　　　　　　Debtor. | Case No.: **#25-19834-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>　ProPhase Diagnostics, Inc.,<br><br>　　　　　　　Debtor. | Case No.: **#25-19836-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| (Jointly Administered) | Hearing Date: May 5, 2026 |

**DEBTORS' MOTION**

**FOR ENTRY OF AN ORDER SETTING**

**TERMS AND CONDITIONS OF A DIP RECEIVABLES**

**TRUST ACCOUNT**

**Introduction**

(1)　　This is the jointly administered Debtors' Motion for Entry of an Order Setting

Terms and Conditions of a DIP Receivables Trust Account, as required by this Court's

Page 1 of 4

Order (at ECF #41) (the "Receivables Collection Order")entered November 13, 2025.

(2)     The Receivables Collection Order requires that all collections (the "Referred Accounts") made by retained professional Crown Medical Collections LLC ("Crown Medical") pursuant to that Order *"be deposited into a Debtor-in-Possession Trust Account held by the Debtors at a bank that is or has agreed to be a uniform depository bank with the US Trustee for Region 3, subject to further disbursement and remittance to Crown, and to the Debtor or allowed administrative claims in this case, only upon application to and approval by the Court."*

(3)     As Crown Medical is anticipated to soon be collecting sums on the Referred Accounts, this Motion seeks approval of the terms and conditions of the required Debtor-in-Possession Trust Account per Paragraph 8 of the Receivables Collection Order.

### Jurisdiction and Venue

(4)     The United States Bankruptcy Court for the New Jersey (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b) and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, entered on July 23, 1984, and amended on June 6, 2025 (Hon. Renée Marie Bumb, Chief Judge, United States District Court, D.N.J.) (the "Standing Order").

(5)     This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2). The Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

(6)     Venue is proper in this District pursuant to 28 U.S.C. §1334(b), §1408, and §1409.

(7)     Jointly Administered Debtors.  The three instant Debtors' respective cases are presently jointly administered per this Court's Amended Order for Joint Administration

entered September 30, 2025.

## Summary of Motion

**(8)** The three jointly administered Debtors in the above-captioned Chapter 11 Cases respectfully state the following in support of this motion (the "Joint Motion"), and rely upon and incorporate by reference the *Karkus Certification* filed concurrently herewith.

**(9)** On September 22, 2025 (the "Petition Date"), each of the Debtors commenced a voluntary case by filing a Petition for Reorganization under Chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").

**(10)** Pursuant to §1107(a) and §1108 of the Bankruptcy Code, the Debtors continue to operate their business and manage their financial affairs as Debtors in Possession.

**(11)** No request for the appointment of a Chapter 11 trustee or examiner has been made, nor has any statutory committee been appointed or designated, in the Chapter 11 Cases.

## Specific Relief Requested

**(12)** Relief Sought: approval of the terms and conditions of the DIP Receivables Trust Account, as set forth in the Proposed Order filed herewith, as in accord with and further to Paragraph 8 of this Court's November 12, 2025 Order (ECF-41, the Receivables Collection Order).

## Request for Waiver of Memorandum of Law

**(13)** Pursuant to Local Rule LBR 9013-1(a)(3) the Debtors respectfully request the Court waive the requirements to file a separate Memorandum of Law, as the legal standard and legal grounds upon which the Debtors rely are set forth in this Motion, and do not raise any novel issues of law.

## Notice

**(14)** Notice of this Motion is being provided to: (1) the United States Trustee for the District of New Jersey; (2) Secured Creditors, and (3) all parties requesting notice pursuant to Bankruptcy Rule 2002.  The Debtors respectfully submit that no other or further notice is

necessary.

## Conclusion

**(15)**     WHEREFORE, the Debtors respectively request that the Court grant the relief requested herein by entering the Proposed Order filed herewith, approving the terms of the DIP Receivables Trust Account.

Respectfully submitted,

MACIAG LAW, LLC

 */s/ Thaddeus R. Maciag*
Thaddeus R. Maciag, Esq.
Date: April 11, 2026          Attorney for the Debtors