**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.

MACIAG LAW, LLC

475 Wall Street

Princeton, New Jersey 08540

(908) 704-8800

*Attorney for the jointly administered Debtors*

| | |
|---|---|
| In re:<br><br>  ProPhase Diagnostics NJ, Inc.,<br><br>                     Debtor. | Case No.: **#25-19833-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>  ProPhase Diagnostics NY, Inc.,<br><br>                     Debtor. | Case No.: **#25-19834-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>  ProPhase Diagnostics, Inc.,<br><br>                     Debtor. | Case No.: **#25-19836-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| (Jointly Administered) | Hearing Date: May 5, 2026 |

## NOTICE OF MOTION

## FOR ENTRY OF AN ORDER PURSUANT TO  11 U.S.C. § 1121(d)

## EXTENDING THE JOINTLY ADMINISTERED DEBTORS'

## EXCLUSIVE PERIODS TO FILE PLANS OF REORGANIZATION

## AND TO SOLICIT ACCEPTANCES THERETO

TO:    **Notice parties per Certificate of Service**

PLEASE TAKE NOTICE THAT on May 5, 2026 at 10:00am or at such time as the

Court may set, the undersigned attorney for the Debtor-in-Possession shall move before the

Hon. Christine M. Gravelle, Chief Judge, United States Bankruptcy Court, at Courtroom #3, United States Courthouse, 402 East State Street, Trenton, NJ 08608 or by such Remote Hearing methods as the Court may permit, for entry of an Order Extending the Debtor-in-Possession's Exclusive Period to File a Plan of Reorganization and to Solicit Acceptances thereto.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant this Motion, or if you want the Court to consider your view on the motion, then on or before seven (7) days prior to the hearing date, you or your attorney must file with the court a written response or a written request for a hearing, to: Clerk, U.S. Bankruptcy Court, 402 East State Street, Trenton, N.J.  08608.

If you mail those papers, you must mail it early enough so the court will receive it on or before the date it is due.

You must also mail a copy to the Debtor's Attorney: Thaddeus R. Maciag, Esq., Maciag Law, LLC, 475 Wall Street, Princeton, N.J. 08540 so that it is received no later than seven (7) days before the hearing date.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may an enter an order granting that relief.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Movant, Debtor, shall rely upon the Certification submitted herewith, as well as further legal argument and the testimony of witnesses, if necessary and appropriate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Local Bankruptcy Rules, Movant does not believe that a Brief is necessary as the present Motion does not involve any complicated questions of fact or unique questions of law.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Local Bankruptcy Rules, if no response to this Motion is timely filed, the Motion shall be deemed uncontested in accord

with D.N.J. LBR 9013(a) and the relief requested may be granted by the Court without further notice.

A proposed Form of Order is attached.

MACIAG LAW, LLC

_/s/Thaddeus R. Maciag_
Thaddeus R. Maciag, Esq.

Date: April 11, 2026