UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908)704-8800
Attorney for the Debtor

Order Filed on April 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    ProPhase Diagnostics NJ, Inc.,

                 Debtor.
    (jointly administered)

| | |
|---|---|
| Case No.: | 25-19833-CMG |
| Hearing Date: | February 24, 2026 |
| Judge: | Gravelle |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 13, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Thaddeus R. Maciag Esq.<br>Maciag Law LLC, Debtor's Attorney | $ 87,155.00 | $ 342.37 |

*rev.8/1/15*