UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
Phone: (908) 704-8800
Attorney for the Debtor-in-Possession

In Re:

   ProPhase Diagnostics, Inc.,

               Debtor-in-Possession

Case No.:  25-19836-CMG

Judge:  Gravelle

Chapter:  11

---

Recommended Local Form:   ☑ Followed   ☐ Modified

---

## APPLICATION FOR RETENTION OF PROFESSIONAL

1.    The applicant, _____ ProPhase Diagnostics, Inc. _____, is the (check all that apply):

    ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

    ☑ Debtor:    ☑ Chap. 11    ☐ Chap. 13

    ☐ Official Committee of _____

2.    The applicant seeks to retain the following professional  Wallace B. Neel, Esq.  to serve as (check all that apply):

    ☑ Attorney for:    ☐ Trustee    ☑ Debtor-in-Possession

    ☐ Official Committee of _____

❏   Accountant for:   ❏   Trustee          ❏   Debtor-in-possession

❏   Official Committee of _____

❏   Other Professional:

❏   Realtor   ❏   Appraiser   ❏   Special Counsel

❏   Auctioneer ❏   Other (specify):_____

3.      The employment of the professional is necessary because:
Wallace Neel Esq. will serve as Special Litigation Counsel to the
Debtor for purposes of litigation involving the claim of Drexel Distribution Inc.;
Mr. Neel represented the Debtor in the underlying State Court litigation

4.      The professional has been selected because:
Wallace Neel Esq. has 20-plus years of Litigation experience, including in U.S.
Bankruptcy Court and Adversary Proceedings; he represents the Debtor in the
State Court case, Drexel Distrib v Prophase Diagn Inc, (Index No. 654503/2022)

5.      The professional services to be rendered are as follows:
Provide legal services to the Debtor in this case, for all Bankruptcy Court or State
or Federal Court litigation matters involving Drexel Distribution Inc, including
but not limited to Motions, Discovery, or Adversary Proceedings

6.      The proposed arrangement for compensation is as follows:
Retain attorney under a general retainer, to be compensated on the applicant's
regularly hourly rates of $600 Wallace Neel, $200 Paralegal, upon Monthly Fee
Statements and Applications for Compensation.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☑ None

☑ Describe connection: previously represented the Debtor in the underlying NY State Court litigation, Drexel Distribution Inc. v Prophase Diagnostics Inc. (Index No. 654503/2022)

8. To the best of the applicant's knowledge, the professional (check all that apply):

☑ does not hold an adverse interest to the estate.

☑ does not represent an adverse interest to the estate.

☑ is a disinterested person under 11 U.S.C. § 101(14).

☑ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain:

_____

_____

_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

_____

_____

_____

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date:   April 9, 2026          /s/ Ted Karkus
                              Signature of Applicant

                              CEO, ProPhase Diagnostics, Inc.
                              Name of Applicant

rev 6/1/06;jml