**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.

MACIAG LAW, LLC

475 Wall Street

Princeton, New Jersey 08540

(908) 704-8800

*Attorney for the jointly administered Debtors*

| | |
|---|---|
| In re:<br><br>    ProPhase Diagnostics NJ, Inc.,<br><br>                              Debtor. | Case No.: **#25-19833-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>    ProPhase Diagnostics NY, Inc.,<br><br>                              Debtor. | Case No.: **#25-19834-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>    ProPhase Diagnostics, Inc.,<br><br>                              Debtor. | Case No.: **#25-19836-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| (Jointly Administered) | Hearing Date: N/A |

**APPLICATION FOR PRO HAC VICE ADMISSION**

**OF WALLACE B. NEEL**

The three above-captioned jointly administered Debtors (the "Debtors'), by and through their lead counsel, Maciag Law LLC, respectfully submit this application (the "Application"), for the pro hac vice admission of Wallace B. Neel, Esq. and represents as follows:

1.      On September 22, 2025, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above captioned chapter 11 cases in the United States Bankruptcy Court for the District of New Jersey (the "Court").

2.      On October 1, 2025, an Order for Joint Administration of the three cases was entered by this Court (see ecf #18).

3.      Mr. Neel has, contemporaneously with the filing of this Application, also filed an Application for Retention

4.      Mr. Neel is principal of the law firm Wallace Neel, PLLC, and maintains offices at 1 Blue Hill Plaza, LL Suite 1509. Pearl River, NY 10965.

5.      Mr. Neel has for years represented the Debtor in the underlying complex litigation in the New York state courts  (*Drexel Distrib. v Prophase Diagn.,* Index No. 654503/2022) with creditor Drexel Distribution Inc., which has filed a $1,754,088.00 Proof of Claim in the within matter.  Because of Mr. Neel's great  familiarity with the facts and circumstances relevant to the Debtors' dispute with Drexel Distribution Inc., it is in the best interest of the Debtor's estate for Mr. Neel to continue to represent the Debtor in all matters pertaining to the dispute with Drexel Distribution Inc., including but not limited to litigation, motion practice, discovery, or any adversary proceedings as might be filed.

6.      As set forth in the accompanying Declaration of Wallace B. Neel Esq., Mr. Neel is a litigator of more than 20 years experience in Federal and State courts, including prior Debtor representation in Adversary Proceedings in U.S. Bankruptcy Court; and is admitted to, and in good standing, in the Bars of the State of  New York, the United States District Court, Eastern District of New York, and the United States District Court, Southern District of New York.

7.      Upon admission *pro hac vice*, Mr. Neel has represented that he will adhere to the disciplinary jurisdiction of this Court. Mr. Neel also has represented that he will, as required,  arrange with the New Jersey Lawyer's Fund for Client Protection for payment of the applicable annual fee under New Jersey Court Rule 1:28-2(a) and shall pay the fee required by

L. Civ. R. 101.1(c)(3) for *pro hac vice* admission to this Court.

WHEREFORE, it is respectfully requested that the Court grant this Application, pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1©, to admit Wallace B. Neel, Esq. *pro hac vice* in the above-captioned matter, for the purpose of serving as Special Litigation Counsel to the Debtors.

Respectfully submitted,

MACIAG LAW, LLC

Date: April 10, 2026

 /s/Thaddeus R. Maciag
Thaddeus R. Maciag, Esq.