**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.

MACIAG LAW, LLC

475 Wall Street

Princeton, New Jersey 08540

(908) 704-8800

*Attorney for the jointly administered Debtors*

| | |
|---|---|
| In re:<br><br>  ProPhase Diagnostics NJ, Inc.,<br><br>                              Debtor. | Case No.: **#25-19833-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>  ProPhase Diagnostics NY, Inc.,<br><br>                              Debtor. | Case No.: **#25-19834-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>  ProPhase Diagnostics, Inc.,<br><br>                              Debtor. | Case No.: **#25-19836-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| (Jointly Administered) | Hearing Date: N/A |

**DECLARATION OF WALLACE B. NEEL, ESQ.**

**IN SUPPORT OF**

**APPLICATION FOR *PRO HAC VICE* ADMISSION**

**AS SPECIAL COUNSEL TO THE DEBTOR**

Wallace B. Neel, Esq., of full age, hereby certifies as follows:

1.   I am an attorney at law and principal of the law firm Wallace Neel, PLLC, which maintains an office at 1 Blue Hill Plaza, LL Suite 1509. Pearl River, NY 10965.

2.      I have for years represented the Debtor in the underlying complex litigation with creditor Drexel Distribution Inc. (*Drexel Distrib. v Prophase Diagn.,* Index No. 654503/2022) in the New York state courts. Drexel Distribution has filed a $1,754,088.00 Proof of Claim in this Chapter 11 Reorganization case. Because of my deep familiarity with the facts and circumstances relevant to the Debtors' dispute with Drexel Distribution Inc., I am very qualified to continue to represent the Debtor in all court matters pertaining to the dispute with Drexel Distribution Inc., including but not limited to litigation, motion practice, discovery, or any adversary proceedings as might be filed. I have more than 20 years of experience in litigation in Federal and State Courts, including Adversary Proceeding litigation in United States Bankruptcy Court.

3.      I therefore submit this Certification in support of the application for my admission *pro hac vice,* to serve as Special Litigation Counsel to the Debtor for purposes of all litigation matters with Drexel Distribution Inc.

4.      I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, the United States District Court for the Eastern District of New York. the United States District Court for the Southern District of New York. I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body, other than an administrative suspension for late payment of "inactive" Bar fees in Arizona 15 years ago. I paid the arrears and resigned in good standing

5.      If this Application is granted, I agree to abide by this Court's local rules, to submit myself to the disciplinary jurisdiction of this Court, and to make the required payment to the New Jersey Lawyer's Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) and to the District Court under L. Civ. R. 101.1(c)(3).

6.      For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: April 14 , 2026

_____
Wallace B. Neel, Esq.