Form ntcqcmsgsvc

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25–19833–CMG
Chapter:  11
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
ProPhase Diagnostics NJ, Inc.
42 Throckmorton Lane
Old Bridge, NJ 08857

Social Security No.:

Employer's Tax I.D. No.:
13–3934292

### NOTICE OF CLERK'S QUALITY CONTROL MESSAGE

Please be advised that on April 15, 2026, the court entered the following quality control message on the court's docket in the above–captioned case:

Clerk's Office Quality Control Message: Please note that Local Form Certification of Service must be filed in accordance with the appropriate service provisions. This local form can be found in the Forms section of the Courts website www.njb.uscourts.gov. (related document:116 Application For Retention of Professional Wallace B. Neel, Esq. as Special Litigation Counsel to the Debtor Filed by Thaddeus R. Maciag on behalf of ProPhase Diagnostics NJ, Inc.. Objection deadline is 4/21/2026. (Attachments: # 1 Certification of Proposed Professional in Support of Application for Retention # 2 Proposed Order) filed by Debtor ProPhase Diagnostics NJ, Inc., 117 Application for Attorney Wallace B. Neel, Esq. to Appear Pro Hac Vice Filed by Thaddeus R. Maciag on behalf of ProPhase Diagnostics NJ, Inc.. Objection deadline is 4/21/2026. (Attachments: # 1 Certification # 2 Proposed Order) filed by Debtor ProPhase Diagnostics NJ, Inc.) (rms)

Dated: April 15, 2026
JAN: rms

Jeanne Naughton
Clerk