UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
Attorney for the Debtors

| | |
|---|---|
| In Re: | Adv. No.: |
| ProPhase Diagnostics NJ, Inc., et al., | Hearing Date: n/a |
| Debtors. | |
| (jointly administered) | Judge: Gravelle |

Case No.: 25-19833-CMG

Chapter: 11

## CERTIFICATION OF SERVICE

1. I, _____Thaddeus Maciag_____ :

   ☒ represent _____the Debtors_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____April 14, 2026_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   116 Application for Retention of Professional Wallace B. Neel Esq.
   117 Application for Attorney Wallace B. Neel, Esq. to Appear Pro Hac Vice

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ___4/15/2026___

/s/ Thaddeus Maciag
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Dept of Justice<br>Office of the US Trustee<br>attn: Jeffrey M. Sponder, Esq<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Debtors<br>42 Throckmorton Ln<br>Old Bridge, NJ 08857 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other email as agreed<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph H. Lemkin Esq.<br>Attorney for Drexel Distribution<br>Stark & Stark<br>PO Box 5315<br>Princeton, NJ 08543 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

3