# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, MONTHLY FEE STATEMENT COVER SHEET

IN RE:  **ProPhase Diagnostics NJ, Inc.,** *et al.*   APPLICANT:  **Thaddeus R. Maciag, Esq.**
  **(jointly administered)**                                       **Maciag Law, LLC**
                                                      **(Debtors' Attorney)**

CASE NO: **25-19833-CMG**                     CLIENT:     **Debtors**

CHAPTER: **11**                                CASE FILED:  **September 22, 2025**

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. 1746.
RETENTION ORDER(S) ATTACHED

Respectfully submitted,

MACIAG LAW, LLC

 /s/ Thaddeus R. Maciag
Thaddeus R. Maciag, Esq.
Date: 4-18-2026

---

## SECTION I -- FEE SUMMARY

MONTHLY FEE STATEMENT NO.  **MONTHLY FEE STATEMENT #7 (March 2026)**

TOTAL PREVIOUSLY APPLIED FOR:    $    $ 87,497.37  (Fee App 1)

TOTAL FEES ALLOWED TO DATE:    $    $ 87,497.37

TOTAL RETAINER (IF APPLICABLE)    $    $ 35,000.00

TOTAL HOLDBACK (IF APPLICABLE)    $    $ 12,053.00  (MFS 5-7)

TOTAL RECEIVED BY APPLICANT    $    $ 35,066.38  (paid postpetition)

| NAME OF PROFESSIONAL & TITLE | HOURS | RATE | FEE |
|---|---|---|---|
| **Thaddeus R. Maciag, Esq.** Attorney, J.D. ('81) | **35.8** | **$ 475** | **$ 17,005.00** |
| **Mary Pixley,** Paralegal | **2.2** | **$ 125** | **$ 275.00** |
| | | | |
| **TOTALS:** | **38.0** | **AVG $454.74** | **$ 17,280.00** |

FEE TOTALS - PAGE 2    $ 17,280.00

DISBURSEMENTS TOTALS - PAGE 3    $   104.80
TOTAL FEE STATEMENT    $ 17,384.80

Due at this time: Fees: **80%** x 17,280 = $   13,824.00
Disbursements:    $    104.80
Total due this MFS:   $   13,928.80

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a)  Asset Analysis & Recovery | 4.7 | 2,232.50 |
| b)  Asset Disposition | 0.0 | 0.00 |
| c)  Business Operations (incl insurance, first-day issues) | 1.1 | 522.50 |
| d)  Case Administration (incl. re MORs, 341, IDI, UST) | 8.7 | 4,132.50 |
| e) Claims Administration, Objection, Settlement | 2.9 | 1,377.50 |
| f)  Employee Benefits/Pensions | 0.0 | 0.00 |
| g) Fee/Employment Applications (incl. MFS) | 3.4 | 1,615.00 |
| h) Fee/Employment Objections | 0.0 | 0.00 |
| I)  Financing | 3.6 | 1,710.00 |
| j) Litigation (other than Avoidance Action Litigation –includes Motions, Applications, Orders, Consent Orders) | 4.8 | 2,280.00 |
| k) Preparation of Plan/Disclosure Statement | 2.7 | 1,282.50 |
| l) Petition, Schedules, Follow-Up Papers, Corporate Resolutions, Amendments | 3.9 | 1,852.50 |
| M) Paralegal | 2.2 | 275.00 |
| SERVICES TOTAL: | 38.0 | $ 17,280.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNTS |
|---|---|
| a)  Computer Assisted Legal Research | 0.00 |
| b)  Fascsimile  No. Pages 0 Rate per Page _$.75_  (Max $1.00) | 0.00 |
| c)  Long Distance Telephone | 0.00 |
| d) In-House Reproduction   No. Pages 281    Rate per Page .20 (Max $.20) | 56.20 |
| e)  Outside Reproduction | 0.00 |
| f)  Outside Research | 0.00 |
| g)  Filing/Court Fees | 34.00 |
| h)  Court Reporting | 0.00 |
| I)  Travel & parking | 0.00 |
| j)  Courier/Express | 0.00 |
| k) Postage | 14.60 |
| l) Other (Explain) | 0.00 |
| | |
| **DISBURSEMENTS TOTAL:** | **$ 104.80** |

## SECTION IV

## CASE HISTORY

(NOTE:  Items 3 - 6 are not applicable to applications under 11 U.S.C. 506)

**(1)  DATE CASE FILED:**       September 22, 2025

**(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED:**    11

**(3)  DATE OF RETENTION:**

   **Retention Order:** entered October 20, 2025 (effective September 22, 2025)

   **Administrative Order:** entered October 21, 2025

   **Annex copy of Retention Order:** (*See Attached Exhibit A* )

   **IF LIMIT ON NUMBERS OF HOURS OR OTHER LIMITATIONS TO RETENTION, SET FORTH:** Not applicable

**(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:**

   a)     Applicant facilitated the usual and customary substantive and procedural steps necessary for in the sixth full month after the three jointly administered Petitions were filed.

   b)    Applicant attained entry of an Order Extending the Exclusivity Period for Filing a Disclosure Statement and Plan, and Soliciting Acceptances of same, in all three of the Jointly Administered cases.

   c) Applicant negotiated with counsel for Plaintiffs in Adversary Proceedings and Qui Tam litigation matters, including as to consent orders and stipulations.

   d)   Applicant attained entry of a Consent Order with the United States Attorney.

   e)    Applicant attained entry of a consent Order with the Plaintiffs in three pending Adversary Proceeding cases.

   f)   Applicant worked with the Debtors and other appointed professionals in regard to issues involving asset analysis and recovery, in regard to the receivables.

   g)   Applicant worked with the Debtors in regard to reviewing, analyzing and negotiating in regard to potential Debtor-in-Possession Financing opportunities.

   h)    Applicant reviewed the financial information and, bank statements provided by the Debtors, and prepared and filed on the Court docket final drafts of six (12) Monthly Operating Reports (i.e., two MORs for each of the three Debtors), prepared Financial Statements and Exhibits to same, and e-filed same, including preparing ustform11, filing six MORs on the within Pacer docket

   i)   Applicant conferred with Debtors' staff in regard to administrative issues, dates , and deadlines, including but not limited to Debtor-in-Possession Bank Accounts, Certificates of Insurance, U.S. Trustee Quarterly Fees, and Monthly Operating Reports.

j) Applicant conferred at length with Debtor's staff on legal, substantive and procedural obligations of the Debtors in Possession in Chapter 11, and in compliance with said obligations and in review of plans going forward as to a successful Reorganization.

k) Applicant provided legal advice to the Debtors regarding the Bankruptcy Code, and Federal and Local D.N.J. Bankruptcy rules, practices and procedures.

l) Applicant rendered all other services set forth on the hourly invoices attached hereto as Exhibit B to this Monthly Fee Statement.

**(5) ANTICIPATED DISTRIBUTION TO CREDITORS:**

    **(A) ADMINISTRATIVE EXPENSES:**    100% of allowed claim

    **(B) SECURED CREDITORS:**    100% of allowed secured claim

    **[C] PRIORITY CREDITORS:**    100% of allowed claim

    **(D) GENERAL UNSECURED CREDITORS:**  100% of allowed claim

**(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE):** Not yet determined, but all allowed creditors and claims are presently anticipated to be paid at 100% of secured value or allowed claim.

            MACIAG LAW, LLC

**SIGNATURE OF APPLICANT:**    by: /s/  Thaddeus R. Maciag 4/18/2026

            Thaddeus R. Maciag, Esq.    DATE

# Exhibit A

## Retention Order

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004–1(b)

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
Phone: (908)704-8800
Attorney for the Debtors

Order Filed on October 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ProPhase Diagnostics NJ, Inc., et al.,
                                    Debtors.
(Jointly Administered)

| Case No.: | 25-19833-CMG |
| Chapter: | 11 |
| Judge: | Gravelle |

## ORDER AUTHORIZING RETENTION OF

Thaddeus R. Maciag Esq.

The relief set forth on the following page is **ORDERED**.

DATED: October 20, 2025

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Thaddeus R. Maciag Esq._____

as _Attorney for the Jointly Administered Debtors_, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is: Maciag Law LLC

    475 Wall Street

    Princeton, NJ 08540

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. All fees to Debtor's Attorney which are permitted to be paid in accord with Monthly Fee Statements or Applications for Allowances shall first be drawn down from the pre-petition retainer.

4. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

5. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

# Exhibit B

## Hourly summary of legal services rendered, March 2026

# MACIAG LAW, LLC

PROPHASE DIAGNOSTICS NJ, INC., ET AL.                    APRIL 16, 2026
42 THROCKMORTON LANE
OLD BRIDGE, NJ 08857

### RE:   MONTHLY FEE STATEMENT #7  (MARCH 2026)

"IN RE PROPHASE DIAGNOSTICS NJ, INC. ET AL.
(JOINTLY ADMINISTERED)
CHAPTER 11 REORGANIZATION
CASE #25-19833-CMG  (DISTRICT OF NEW JERSEY)

**03/02/2026 MO**

PROPHASE DIAGNOSTICS CH.11          EMAILS  WITH  DEBTORS RE REVIEW OF
                                    EDNY QUI TAM LITIGATION – TRM 0.1

**03/03/2026 TU**

PROPHASE DIAGNOSTICS CH.11          EMAILS  WITH DEBTORS RE POTENTIAL
                                    EMERGENCY VENDOR ISSUES – TRM 0.2

                                    RECEIPT AND REVIEW OF NOTICE OF NEW
                                    HEARING DATE IN ADV PROC CASE 25-
                                    0526; RECEIPT AND REVIEW OF NOTICE
                                    OF NEW HEARING DATE IN ADV PROC
                                    CASE 25-0527; RECEIPT AND REVIEW OF
                                    NOTICE OF NEW HEARING DATE IN ADV
                                    PROC CASE 25-0528; CALENDAR SAME
                                    [PARALEGAL] - MP 0.5

                                    EMAILS WITH ATTORNEY FOR PPFB LLC,
                                    AND  DEBTORS' CEO, RE SETTLEMENT
                                    DISCUSSIONS – TRM 0.2

**03/04/2026 TU**

PROPHASE DIAGNOSTICS CH.11          EMAILS  AND ZOOM CONFERENCE WITH
                                    DEBTORS' CEO AND CROWN MEDICAL
                                    COLLECTIONS – TRM 0.5

                                    RECEIPT   AND   REVIEW   OF ORDER
                                    EXTENDING  THE  DEBTORS' EXCLUSIVE
                                    PERIODS   TO   FILE   PLANS   OF

REORGANIZATION AND TO SOLICIT ACCEPTANCES THERETO – TRM 0.1

TELEPHONE CONFERENCE WITH C ABENANTE OF DEBTORS – TRM 0.2

PREPARATION AND SENDING OF THREE EMAILS RE POTENTIAL SETTLEMENT DISCUSSIONS RE REVIEW OF ISSUES RE QUI-TAM CASES AND QUI-TAM-RELATED ADVERSARY PROCEEDINGS – TRM 0.5

**03/05/2026 TH**

PROPHASE DIAGNOSTICS CH.11    RECEIPT AND REVIEW OF THREE ENTERED COURT ORDERS ON MOTION TO EXTEND/LIMIT EXCLUSIVITY PERIOD IN ALL THREE DEBTOR CASES – TRM 0.2

CALENDAR NEW EXCLUSIVITY PERIOD DATES IN THREE DEBTOR CASES [PARALEGAL] – MP 0.2

**03/06/2026 FR**

PROPHASE DIAGNOSTICS CH.11    CONFERENCE CALL WITH T KARKUS AND R HERSPERGER OF CROWN MEDICAL COLLECTIONS RE FULL REVIEW OF STATUS OF CASE, PENDING ISSUES, SUBSTANTIVE AND PROCEDURAL ISSUES GOING FORWARD, AND ANTICIPATED TIMELINE – TRM 1.1

**03/10/2026 TU**

PROPHASE DIAGNOSTICS CH.11    TELEPHONE CONFERENCE AND EMAILS WITH DOUGLAS MCGILL ESQ, ATTORNEY FOR ADVERSARY PROCEEDING PLAINTIFF PPFB LLC RE DISCUSSIONS OF POTENTIAL SETTLEMENT OPTIONS– TRM 0.3

SEVERAL TELEPHONE CONFERENCES WITH CAROLINA ABENANTE AND TED KARKUS OF DEBTOR RE PPFB, LLC SETTLEMENT DISCUSSIONS – TRM 0.4

SEVERAL TELEPHONE CONFERENCES AND EMAILS WITH JENNIFER ADAMS ESQ, STARK & STARK, ATTORNEY FOR CREDITOR DREXEL DISTRIBUTION INC, RE REVIEW OF POSSIBLE SETTLEMENT

OPTIONS – TRM 0.7

SEVERAL TELEPHONE CONFERENCES WITH TED KARKUS AND C ABENANTE OF DEBTOR RE DREXEL DISTRIBUTION SETTLEMENT DISCUSSIONS, REVIEW OF PROPOSALS AND COUNTER-PROPOSALS  – TRM 0.5

**03/12/2026 TH**

PROPHASE DIAGNOSTICS CH.11

PREPARATION OF MONTHLY FEE STATEMENT #5, WITH EXHIBITS – TRM 3.1

PREPARE CERTIFICATE OF SERVICE AND FILING OF ECF-FILING OF MFS #5 – TRM 0.2

PREPARE EMAIL TO DEBTORS EXPLAINING NEW INVOICE PER MFS #5 AND 14-DAY DEADLINE – TRM 0.1

RECEIPT AND REVIEW OF EMAIL FROM DEBTORS' CEO RE FUNDS AVAILABLE NEXT WEEK TO PAY PAST-DUE ADMINISTRATIVE CLAIMS – TRM 0.1

EMAILS RE NEGOTIATION OF POTENTIAL CONSENT ORDER RE THREE PPFB LLC ADVERSARY PROCEEDINGS– TRM 0.2

TELEPHONE CONFERENCE WITH R HERSPERGER OF CROWN MEDICAL RE REVIEW OF PENDING ISSUES AND STATUS OF INSURANCE RECEIVABLES COLLECTIONS– TRM 0.2

**03/12/2026 TH**

PROPHASE DIAGNOSTICS CH.11

TELEPHONE CONFERENCE WITH DEBTORS' CEO RE FULL REVIEW OF PENDING ISSUES RE PREPARATION OF DISCLOSURE STATEMENTS, PLANS OF REORGANIZATION SUBSTANTIVE AND PROCEDURAL STEPS TO BE ADDRESSED GOING FORWARD – TRM 0.4

**03/14/2026 SA**

PROPHASE DIAGNOSTICS CH.11

PREP FOR AND TELEPHONE CONFERENCE CALL WITH DEBTORS' CEO AND CROWN MEDICAL COLLECTIONS RE POTENTIAL DIP FINANCING AND RE INSURANCE RECEIVABLES ISSUES - TRM 0.3

**03/15/2026 SU**

PROPHASE DIAGNOSTICS CH.11

EMAILS RE PREPARATION FOR AND SCHEDULING PF MONDAY 3/16 CONFERENCE CALL RE POTENTIAL DIP FINANCING ISSUES – TRM 0.2

REVIEW, AND EMAILS, RE ANALYSIS OF DETAILS OF PROPOSED DIP FINANCING, PROPOSED TERM SHEET AND FINANCING CONDITIONS – TRM 0.3

**03/16/2026 MO**

PROPHASE DIAGNOSTICS CH.11

SEVERAL EMAILS WITH DEBTORS CEO AND CROWN COLLECTIONS RE PREPARATION FOR CONFERENCE CALL RE ASSETS AND FINANCING – TRM 0.3

EMAILS WITH DEBTORS CEO AND CONTROLLER RE REVIEW OF US IRS FILED PROOFS OF CLAIM – TRM 0.3

PREPARATION FOR AND TELEPHONE CONFERENCE CALL MEETING WITH CROWN MEDICAL RE ASSET FINANCING QUESTIONS, STATUS OF INSURANCE RECEIVABLES, PENDING LEGAL AND FINANCIAL ISSUES, POTENTIAL TERMS AND CONDITIONS OF FINANCING – TRM 0.9

**03/17/2026 TU**

PROPHASE DIAGNOSTICS CH.11

TELEPHONE CONFERENCE AND EMAILS WITH DOUGLAS MCGILL ESQ, ATTORNEY FOR ADVERSARY PROCEEDING PLAINTIFF PPFB LLC RE CONTINUING NEGOTIATIONS OVER CONSENT ORDERS, DISCUSSION OF LANGUAGE IN PROPOSED CONSENT ORDER – TRM 0.4

TELEPHONE CONFERENCE WITH DEBTORS RE POTENTIAL PPFB LLC CONSENT ORDER RE THEIR THREE ADVERSARY PROCEEDINGS – TRM 0.3

TELEPHONE CONFERENCE WITH R HERSPERGER OF CROWN MEDICAL COLLECTIONS RE FULL REVIEW OF PENDING ISSUES RE POTENTIAL DIP FINANCING, STATUS OF CROWN INSURANCE RECEIVABLES COLLECTIONS,

REVIEW OF ANTICIPATED TIMELINE RE NEXT STEPS IN CASES, APPROACHING DEADLINES – TRM 0.6

EMAILS WITH COUNSEL AND DEBTORS RE STATUS OF PENDING EDNY QUI TAM CASES – TRM 0.2

REVIEW OF LISTS OF CREDITORS, PROOFS OF CLAIM; EMAILS WITH DEBTORS' CONTROLLER RE SAME  – TRM 0.5

CONFER WITH DEBTORS RE ISSUES AS TO STATUTORY ISSUES RE BANKRUPTCY CODE 11 U.S.C. §547(c)(1) – TRM 0.2

**03/19/2026 TH**

PROPHASE DIAGNOSTICS CH.11

PREPARATION AT DEBTORS' REQUEST  OF OUTLINE OF ANTICIPATED TERMS AND CONDITIONS OF LIKELY PLAN OF REORGANIZATION IN CASE #25-19833— TRM 0.5

PREPARATION AT DEBTORS' REQUEST  OF OUTLINE OF ANTICIPATED TERMS AND CONDITIONS OF LIKELY PLAN OF REORGANIZATION IN CASE # 25-19834— TRM 0.5

PREPARATION AT DEBTORS' REQUEST  OF OUTLINE OF ANTICIPATED TERMS AND CONDITIONS OF LIKELY PLAN OF REORGANIZATION IN CASE # 25-19836— TRM 0.5

CONFER WITH DEBTORS RE REVIEW OF OUTLINES OF PLANS OF REORGANIZATION – TRM 0.3

CONFER WITH DEBTORS RE REVIEW OF DETAILS AS TO PREPARATION OF AMENDMENTS IN EACH OF THE THREE DEBTOR CASES – TRM 0.6

SEVERAL EMAILS WITH DEBTORS RE ISSUES AS TO POTENTIAL DIP FINANCING, MONTHLY OPERATING REPORTS – TRM 0.4

TELEPHONE CONFERENCE WITH DEBTORS CEO AND R HERSPERGER OF CROWN MEDICAL COLLECTIONS RE DIP FINANCING ISSUES, INSURANCE RECEIVABLES

STATUS, OUTLINES OF PLANS OF REORGANIZATION – TRM 0.6

EMAILS WITH T KARKUS AND C ABENANTE OF DEBTORS RE MONTHLY OPERATING REPORTS, ISSUES RE POTENTIAL DIP FINANCING – TRM 0.3

TELEPHONE CONFERENCE WITH DEBTORS' CONTROLLER RE MONTHLY OPERATING REPORTS, PROOFS OF CLAIM – TRM 0.1

EMAILS WITH DEBTORS CONTROLLER RE MONTHLY OPERATING REPORTS – TRM 0.1

**03/20/2026 FR**

PROPHASE DIAGNOSTICS CH.11

TELEPHONE CONFERENCES WITH DEBTORS' CEO, DEBTORS' CONTROLLER, CROWN MEDICAL, RE REVIEW OF SETTLEMENT NEGOTIATIONS, DETAILS RE PREPARATION OF AMENDMENTS, AND TIMELINE GOING FORWARD – TRM 0.5

EMAILS WITH T KARKUS AND C ABENANTE OF DEBTORS RE REVIEW OF POTENTIAL SETTLEMENTS WITH PPFB LLC AND POTENTIAL SETTLEMENT WITH DREXEL DISTRIBUTION – TRM 0.2

**03/21/2026 SA**

PROPHASE DIAGNOSTICS CH.11

PREPARATION OF AMENDMENTS TO SCHEDULES IN PPD-NJ, CASE # 25-19833– TRM 0.8

PREPARATION OF AMENDMENTS TO SCHEDULES IN PPD-NY, CASE # 25-19834– TRM 0.8

PREPARATION OF AMENDMENTS TO SCHEDULES IN PPD-INC, CASE # 25-19836– TRM 0.7

**03/22/2026 SU**

PROPHASE DIAGNOSTICS CH.11

EMAILS WITH C ABENANTE OF DEBTOR RE AMENDMENTS TO SCHEDULES IN THE THREE DEBTOR CASES – TRM 0.1

TELEPHONE CONFERENCE R HERSPERGER

OF CROWN RE REVIEW OF MULTIPLE PENDING ISSUES RE FINANCING, AMENDMENTS, INSURANCE RECEIVABLES– TRM 0.4

TELEPHONE CONFERENCE WITH DEBTORS' CEO RE REVIEW OF PENDING ISSUES RE FINANCING, AMENDMENTS, AND INSURANCE RECEIVABLES - TRM 0.3

PREPARATION AND PROOFREADING OF 25-19833 AMENDMENTS, PREPARE EMAIL TO DEBTOR RE NEED TO REVIEW AND SIGN 25-19833 AMENDMENTS, AND FORWARDING SAME FOR SIGNATURE – TRM 0.3

PREPARATION AND PROOFREADING OF 25-19834 AMENDMENTS, PREPARE EMAIL TO DEBTOR RE NEED TO REVIEW AND SIGN 25-19833 AMENDMENTS, AND FORWARDING SAME FOR SIGNATURE – TRM 0.3

PREPARATION AND PROOFREADING OF 25-19836 AMENDMENTS, PREPARE EMAIL TO DEBTOR RE NEED TO REVIEW AND SIGN 25-19833 AMENDMENTS, AND FORWARDING SAME FOR SIGNATURE – TRM 0.3

**03/24/2026 TU**

PROPHASE DIAGNOSTICS CH.11

TELEPHONE CONFERENCE D MCGILL, AND EMAILS WITH SAME RE ISSUES AS TO CONSENT ORDER – TRM 0.3

TELEPHONE CONFERENCE WITH C ABENANTE OF DEBTORS – TRM 0.2

REVIEW DOCKET FOR USA PROOF OF CLAIM IN QUI TAM LITIGATION PER DEADLINE; REVIEW CONSENT ORDER; TELEPHONE CONFERENCE WITH DEBTORS RE LACK OF SAME  – TRM 0.3

TELEPHONE CONFERENCE R HERSPERGER OF CROWN RE ISSUES AS TO INSURANCE RECEIVABLES AND DIP FINANCING – TRM 0.3

CONFIRM DEBTOR AUTHORIZATION TO SIGN THREE CONSENT ORDERS WITH PPFB

LLC, EXECUTE SAME AND RETURN TO DOUGLAS MCGILL ESQ, ATTORNEY FOR PLAINTIFF PPFB LLC IN THE THREE PPFB LLC ADVERSARY PROCEEDINGS; TELEPHONE CONFERENCE RE SAME – TRM 0.5

**03/25/2026 WE**

PROPHASE DIAGNOSTICS CH.11    RECEIPT OF EXPRESSED SIGNATURES PACKAGE WITH SIGNATURES ON AMENDMENTS; REVIEW OF ALL SIGNED PAGES RE SAME  – TRM 0.2

**03/26/2026 TH**

PROPHASE DIAGNOSTICS CH.11    TELEPHONE CONFERENCE JOSEPH LEMKIN ESQ AND JENNIFER ADAMS ESQ RE DREXEL DISTRIBUTION SETTLEMENT NEGOTIATIONS – TRM 0.4

TELEPHONE CONFERENCE R HERSPERGER OF CROWN MEDICAL COLLECTIONS RE REVIEW OF PENDING ISSUES RE DEBTORS' INSURANCE RECEIVABLES AND RE POTENTIAL DIP FINANCING  – TRM 0.5

SEVERAL EMAILS WITH JOSEPH LEMKIN ESQ, STARK & STARK, ATTORNEYS FOR DREXEL DISTRIBUTION, RE SETTLEMENT DISCUSSIONS AND NEGOTIATIONS RE SAME – TRM 0.5

EMAILS DEBTORS RE DREXEL DISTRIBUTION NEGOTIATIONS – TRM 0.1

TELEPHONE CONFERENCE DEBTORS' CEO RE UPDATE AS TO CROWN INSURANCE RECEIVABLES, AND RE POTENTIAL DIP FINANCING  – TRM 0.1

**03/27/2026 FR**

PROPHASE DIAGNOSTICS CH.11    REVIEW OF COURT DOCKETS FOR ANY OBJECTION; PREPARATION OF CERTIFICATION OF NO OBJECTION, AND ECF-FILE SAME  – TRM 0.2

**03/28/2026 SA**

PROPHASE DIAGNOSTICS CH.11    EMAILS WITH DEBTORS RE PENDING MATTERS – TRM 0.1

COMPILE AND PRELIMINARY REVIEW OF

BANK STATEMENTS AND RECORDS RE PREPARATION OF JANUARY 2026 MORS – TRM 0.5

COMPILE AND PRELIMINARY REVIEW OF BANK STATEMENTS AND RECORDS RE PREPARATION OF FEBRUARY 2026 MORS – TRM 0.5

**03/30/2026 MO**

PROPHASE DIAGNOSTICS CH.11

FINAL REVIEW, AND ECF- FILING ON THE PACER DOCKET OF AMENDED SCHEDULES IN CASE #25-19833 – TRM 0.3

FINAL REVIEW, AND ECF- FILING ON THE PACER DOCKET OF AMENDED SCHEDULES IN CASE #25-19834 – TRM 0.3

FINAL REVIEW, AND ECF- FILING ON THE PACER DOCKET OF AMENDED SCHEDULES IN CASE #25-19836 – TRM 0.3

PREPARATION OF DRAFT JANUARY 2026 MONTHLY OPERATING REPORT IN CASE #25-19834-CMG – TRM 0.8

REVIEW AND FINAL COMPILATION OF UPDATED FINANCIAL EXHIBITS FOR JANUARY 2026 MOR IN PP-NY CASE [PARALEGAL] – MP 0.2
PREPARATION OF FINAL REVISIONS TO DRAFT OFFICIAL USTFORM-11-MOR-2, FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR JANUARY 2026 MONTHLY OPERATING REPORT IN CASE #25-19834-CMG – TRM 0.5

ECF-FILE MOR, INCLUDING UPLOAD OF USTFORM11-MOR-2, AND EXHIBITS, FOR JANUARY 2026, IN CASE # 25-19834-CMG – TRM 0.3

PREPARATION OF DRAFT JANUARY 2026 MONTHLY OPERATING REPORT IN CASE #25-19836-CMG – TRM 0.7

REVIEW AND FINAL COMPILATION OF UPDATED FINANCIAL EXHIBITS FOR JANUARY 2026 MOR IN PP-INC CASE

[PARALEGAL] – MP 0.3

PREPARATION OF FINAL REVISIONS TO DRAFT OFFICIAL USTFORM-11-MOR-2, FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR JANUARY 2026 MONTHLY OPERATING REPORT IN CASE #25-19836-CMG – TRM 0.5

ECF-FILE MOR, INCLUDING UPLOAD OF USTFORM11-MOR-2, AND EXHIBITS, FOR JANUARY 2026, IN CASE # 25-19836-CMG – TRM 0.3

PREPARATION OF DRAFT JANUARY 2026 MONTHLY OPERATING REPORT IN CASE #25-19833-CMG – TRM 0.8

REVIEW AND FINAL COMPILATION OF UPDATED FINANCIAL EXHIBITS FOR JANUARY 2026 MOR IN PP-NJ CASE [PARALEGAL] – MP 0.3

PREPARATION OF FINAL REVISIONS TO DRAFT OFFICIAL USTFORM-11-MOR-2, FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR JANUARY 2026 MONTHLY OPERATING REPORT IN CASE #25-19836-CMG – TRM 0.5
ECF-FILE MONTHLY OPERATING REPORT, INCLUDING UPLOAD OF USTFORM11-MOR-2, AND EXHIBITS, FOR JANUARY 2026, IN CASE # 25-19833-CMG – TRM 0.3

PREPARATION OF DRAFT FEBRUARY 2026 MONTHLY OPERATING REPORT IN CASE #25-19834-CMG – TRM 0.8

REVIEW AND FINAL COMPILATION OF UPDATED FINANCIAL EXHIBITS FOR FEBRUARY 2026 MONTHLY OPERATING REPORT IN PP-NY CASE [PARALEGAL] – MP 0.2

PREPARATION OF FINAL REVISIONS TO DRAFT OFFICIAL USTFORM-11-MOR-2, FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT,

CASH RECEIPTS & DISBURSEMENTS, FOR FEBRUARY 2026 MONTHLY OPERATING REPORT IN CASE #25-19834-CMG – TRM 0.5

ECF-FILE MONTHLY OPERATING REPORT, INCLUDING UPLOAD OF USTFORM11-MOR-2, AND EXHIBITS, FOR FEBRUARY 2026, IN CASE # 25-19834-CMG  – TRM 0.2

PREPARATION OF DRAFT FEBRUARY 2026 MONTHLY OPERATING REPORT IN CASE #25-19836-CMG  – TRM 0.7

REVIEW AND FINAL COMPILATION OF UPDATED FINANCIAL EXHIBITS FOR FEBRUARY 2026 MONTHLY OPERATING REPORT IN PP-INC CASE [PARALEGAL] – MP 0.3

PREPARATION OF FINAL REVISIONS TO DRAFT OFFICIAL USTFORM-11-MOR-2, FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR FEBRUARY 2026 MONTHLY OPERATING REPORT IN CASE #25-19836-CMG  – TRM 0.5

ECF-FILE MONTHLY OPERATING REPORT, INCLUDING UPLOAD OF USTFORM11-MOR-2, AND EXHIBITS, FOR FEBRUARY 2026, IN CASE # 25-19836-CMG  – TRM 0.3

PREPARATION OF DRAFT FEBRUARY 2026 MONTHLY OPERATING REPORT IN CASE #25-19833-CMG  – TRM 0.8

REVIEW AND FINAL COMPILATION OF UPDATED FINANCIAL EXHIBITS FOR FEBRUARY 2026 MONTHLY OPERATING REPORT IN PP-NJ CASE [PARALEGAL] – MP 0.2

PREPARATION OF FINAL REVISIONS TO DRAFT OFFICIAL USTFORM-11-MOR-2, FINANCIAL CHARTS AND EXHIBITS, BALANCE SHEET, INCOME STATEMENT, CASH RECEIPTS & DISBURSEMENTS, FOR FEBRUARY 2026 MONTHLY OPERATING REPORT IN CASE #25-19836-CMG  – TRM 0.5

**03/31/2026 TU**

PROPHASE DIAGNOSTICS CH.11

ECF-FILE MONTHLY OPERATING REPORT, INCLUDING UPLOAD OF USTFORM11-MOR-2, AND EXHIBITS, FOR FEBRUARY 2026, IN CASE # 25-19833-CMG – TRM 0.2

TELEPHONE CONFERENCE WITH DEBTORS' CEO RE SETTLEMENT DISCUSSIONS  - TRM 0.1

---

TOTAL HOURS:   35.8 ATTORNEY HOURS
               2.2 PARALEGAL HOURS
               38.0 TOTAL HOURS

**TOTAL PROFESSIONAL FEES:**                       **$   17,280.00**
(AVERAGE: $454.74 / HR)

**EXPENSES & DISBURSEMENTS:**
 PHOTOCOPYING (281  X .20)      $ 56.20
 CLERK OF THE COURT FEES      $ 34.00
 POSTAGE                         $14.60
                             ------------------------------------------------------
**TOTAL EXPENSES:**                                **$     104.80**

**TOTAL (THIS MFS #7 –MARCH 2026)**               **$17,384.80**

**80% OF FEES DUE PER ADMINISTRATIVE ORDER:**      **$  13,824.00**
(80% X $17,280.00 = $13,824.00)

**100% EXPENSES DUE PER ADMINISTRATIVE ORDER:**    **$     104.80**

**TOTAL DUE THIS MFS #7 PER ADMIN ORDER (80%):**   **$13,928.80**

PREVIOUSLY DUE AND OWING (UNPAID FROM COURT-APPROVED FIRST APPLICATION FOR COMPENSATION)      **$ 17,431.00**

PREVIOUSLY DUE AND OWING 80% of MFS #5            **$ 19,581.20**

PENDING DUE AT 80% OF MFS #6                      **$ 14,962.80**

**TOTAL PRESENTLY DUE & OWING:**                   **$ 65,903.80**
($13,928.80+$17,431.00+$19,581.20+$14,962.80= $65,903.80)
(DOES NOT INCLUDE $12,053.00 IN 2026 1Q HOLDBACKS)

MACIAG LAW, LLC

#      #      #