UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
Phone: (908)704-8800
Attorney for the Debtor

Order Filed on April 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    ProPhase Diagnostics, Inc.,

             Debtor-in-Possession.

Case No.:      25-19836-CMG

Chapter:      11

Judge:      Gravelle

## ORDER AUTHORIZING RETENTION OF

Wallace B. Neel, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: April 27, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____ Wallace B. Neel, Esq. _____

as _____ Special Litigation Counsel to the Debtor _____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is:    Wallace Neel PLLC

 1 Blue Hill Plaza, LL Suite 1509

Pearl River, NY 10965

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper Application(s) for Compensation and Monthly Fee Statements.

3.      If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*