

**Order Filed on April 27, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

   ProPhase Diagnostics NJ, Inc.

Case No.: ___25-19833-CMG___

Chapter: _____11_____

Hearing Date: _____

Judge: ___Christine M. Gravelle___

**ORDER VACATING**

Order Granting Application to Employ Professional Wallace B. Neel, Esq. as Special Litigation Counsel to the Debtor

   The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 27, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The Court on its own motion finds that the:

Order Granting Application to Employ Professional Wallace B. Neel, Esq. as Special Litigation Counsel to the Debtor

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated             April 27, 2026            , be and the
same is hereby vacated.

*revised 2/25/14*