**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
*Attorney for the jointly administered Debtors*

| | |
|---|---|
| In re:<br><br>    ProPhase Diagnostics NJ, Inc.,<br><br><div align=center>Debtor.</div> | Case No.: **#25-19833-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>    ProPhase Diagnostics NY, Inc.,<br><br><div align=center>Debtor.</div> | Case No.: **#25-19834-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>    ProPhase Diagnostics, Inc.,<br><br><div align=center>Debtor.</div> | Case No.: **#25-19836-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| <div align=center>(Jointly Administered)</div> | Hearing Date: N/A |

## SUPPLEMENTAL CERTIFICATION OF WALLACE B. NEEL, ESQ.
## IN SUPPORT OF APPLICATION FOR RETENTION

I, Wallace B. Neel, Esq., hereby certify as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of New York, and I have been admitted pro hac vice in this Court. I submit this Supplemental Certification in support of the Debtors' pending (ecf-116, filed 4/14/2026) Application for my Retention as Special Counsel, to be paid at hourly rates.  I have <u>not</u> received a post-petition retainer payment.

2.      I have over 25 years of experience in commercial litigation, appellate advocacy, complex collections, fraud and fraudulent conveyance matters, and other high-stakes business disputes in

state and federal courts around the country, including in New Jersey.

3.       My current standard hourly rate for this engagement is $600 per hour, as of January 1, 2026. This rate is consistent with the rate I have charged other clients for similar complex litigation work.

4.       Prior to January 1, 2026, it had been many years since my hourly rates were last increased. During this period, law firm billing rates have risen substantially, outpacing general inflation (which itself has skyrocketed).

5.       Cumulative U.S. CPI inflation from 2018 through early 2026 has been approximately 28–31%. Law firm rate increases have materially exceeded this inflation level for several years. According to the Thomson Reuters Law Firm Rates Report 2026, national worked rates increased by an average of approximately 7.4% in early 2025 (with Am Law 100 firms at ~9.4%), continuing a multi-year trend.

6.       In conversations with peers, I find that even at $600 per hour, my rate remains well below the market for similarly-situated counsel (which I estimate at near $800-1000/hour).  Several peers have commented that I could raise my rate further without concern of outpacing the market.

7.       I fully understand and agree to comply with the additional conditions requested by the office of the United States Trustee, as forwarded by U.S. Trustee Trial Attorney Jeffrey M. Sponder Esq., including:7.    I fully understand and agree to comply with the additional conditions requested by the office of the United States Trustee, as forwarded by U.S. Trustee Trial Attorney Jeffrey M. Sponder Esq., including:

(A) Notwithstanding anything to the contrary in the Application, the Neel Certification, or any provision of the Order, to the extent that Neel uses the services of independent or third-party contractors or subcontractors (the "Contractors") in this chapter 11 case and Neel seeks to pass through the fees and costs of the Contractors, Neel shall (I) pass through the fees and costs of such Contractors at the same rate that Neel pays the Contractors; (ii) seek reimbursement for actual costs of the Contractors only; (iii)  ensure that the Contractors are subject to the same conflicts checks as required for Neel; (iv)  file with the Court such disclosures as required by the Bankruptcy Code and Bankruptcy Rules including Bankruptcy Rule 2014; and (v) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in this case.

(B)  Notwithstanding anything to the contrary in the Application, the Neel Certification, or any provision of the Order, termination of Neel's retention shall only commence upon entry of an order by this Court terminating Neel's retention.

©  Notwithstanding anything to the contrary in the Application, the Neel Certification, or any provision of the Order, the provision in the Retention Agreement that all invoices are due and payable within 30 days of dispatch shall not be applicable during the pendency of this case.

(D)  Notwithstanding anything to the contrary in the Application, the Neel Certification, or any provision of the Order, the provision in the Retention Agreement requiring arbitration shall not be applicable.  The Court shall have exclusive jurisdiction over Neel's engagement during the pendency of this chapter 11 case.

(E)      Notwithstanding anything to the contrary in the Application, the Neel Certification, or any provision of the Order, Neel will not be entitled to recover attorneys' fees or expenses for defending its fee applications in this chapter 11 case.

(F)      Prior to applying any increases in its hourly rates, Neel shall provide ten (10) business days' notice of any such increases to the Debtors and the U.S. Trustee, and shall file such notice with the Court.  Parties-in-interest retain all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in §330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to  §330 of the Bankruptcy Code.

(G)  Notwithstanding anything to the contrary in the Application, the Neel Certification, or any provision of the Order, Neel shall provide all monthly fee statements, interim fee applications, and final fee applications in searchable electronic format ("LEDES" or "Excel") to the U.S. Trustee to the extent Neel is able to comply with such request.

(H)  Neel will only bill fifty percent (50%) of its professionals' hourly rate for non-working travel.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: April 28, 2026                  /s/ Wallace B. Neel

                                       Wallace B. Neel, Esq.