UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
Attorney for the Debtors

In Re:

ProPhase Diagnostics NJ, Inc., et al.,

Debtors.

(jointly administered)

Case No.: _____25-19833_____

Chapter: 11

Judge: _____Gravelle_____

**CERTIFICATION OF NO OBJECTION REGARDING**

Monthly Fee Statement #6 (Feb. 2026) Maciag Law LLC

**DOCUMENT NO.** __ecf 108__

The court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis.
Under D.N.J. LBR 2016-3(c), objections to the Monthly Fee Statement filed on _____April 12, 2026_____
were to be filed and served not later than _____April 27, 2026_____. I, __Thaddeus R. Maciag Esq__
certify that, as of _____April 29, 2026_____, I have reviewed the court's docket in this case and no
answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: __04-29-2026__

/s/  Thaddeus R. Maciag
Signature

*rev.8/1/15*