UNITED STATES BANKRUPTCY COURT dba EZ-TEST NY
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street, Princeton, NJ 08540
908-704-8800 (Attorney for the Debtors)

Wallace B. Neel, Esq.,Wallace Neel, PLLC
1 Blue Hill Plaza #1509, Pearl River, NY10965
646-524-6502(prop Special Litigation Counsel⊞

In Re:

ProPhase Diagnostics NJ Inc., et al.

(Jointly Administered)

| | |
|---|---|
| Case No.: | 25-19833-CMG |
| Chapter: | 11 |
| Hearing Date: | June 2, 2026 |
| Judge: | Gravelle |

## NOTICE OF OBJECTION TO YOUR CLAIM

To: Drexel Distribution (JLemkin⊞ *[Claim Holder and Counsel, if any]*

The _____Debtors_____ *[Objector]* has filed the enclosed Objection to Proof of Claim of Drexel Distribution *[Title of Objection]* (Docket No. [_134_]) which seeks to alter your rights by fixing Drexel's Proof of Claim at a maximum amount of $125,235.00, without prejudice to Debtors' further objections, and counterclaim, recoupment, setoff, and chargeback
*[Describe effect of the Objection, i.e., disallowing, reducing, modifying, etc.]*

If you disagree with the objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before _____May 26, 2026_____.

At the same time, you must also serve a copy of the response upon the _____Debtors'_____
*[Objector's]* attorney: *[Address of objector's counsel]* Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street
Princeton, NJ 08540
908-704-8800

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the honorable ___Christine Gravelle___ on _____June 2, 2026_____ at ___10:00___ a.m. at the United States Bankruptcy Court, _____Trenton, NJ (or on-line as the Court may permit)_____, Courtroom no. ___3___.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

*new.11/4/16*