UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
Phone: (908)704-8800
Attorney for the Debtors

**Order Filed on April 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ProPhase Diagnostics NJ, Inc.,
                              Debtor.
(Jointly Administered)

| | |
|---|---|
| Case No.: | 25-19833-CMG |
| Chapter: | 11 |
| Judge: | Gravelle |

## ORDER AUTHORIZING RETENTION OF

_____ Wallace B. Neel, Esq. _____

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

**DATED: April 30, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Wallace B. Neel, Esq._____

as _____Special Litigation Counsel_____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is:   Wallace Neel PLLC_____

 1 Blue Hill Plaza, LL Suite 1509_____

Pearl River, NY 10965_____

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper Application(s) for Compensation and Monthly Fee Statements.

3.      If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.      The effective date of retention is the date the application was filed with the Court.

5.      (A)   Notwithstanding anything to the contrary in the Application, the Neel Certification, or any provision of this Order, to the extent that Neel uses the services of independent or third-party contractors or subcontractors (the "Contractors") in this chapter 11 case and Neel seeks to pass through the fees and costs of the Contractors, Neel shall (I) pass through the fees and costs of such Contractors at the same rate that Neel pays the Contractors; (ii) seek reimbursement for actual costs of the Contractors only; (iii) ensure that the Contractors are subject to the same conflicts checks as required for Neel; (iv) file with the Court such disclosures as required by the Bankruptcy Code and Bankruptcy Rules including Bankruptcy Rule 2014; and (v) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in this case.

(B)   Notwithstanding anything to the contrary in the Application, the Neel Certification, or any provision of this Order, termination of Neel's retention shall only commence upon entry of an order by this Court terminating Neel's retention.

(C)   Notwithstanding anything to the contrary in the Application, the Neel Certification, or any provision of this Order, the provision in the Retention Agreement that all invoices are due and payable within 30 days of dispatch shall not be applicable during the pendency of this case

*rev.8/1/15*

2

(D)   Notwithstanding anything to the contrary in the Application, the Neel Certification, or any provision of this Order, the provision in the Retention Agreement requiring arbitration shall not be applicable.  The Court shall have exclusive jurisdiction over Neel's engagement during the pendency of this chapter 11 case.

(E)   Notwithstanding anything to the contrary in the Application, the Neel Certification, or any provision of this Order, Neel will not be entitled to recover attorneys' fees or expenses for defending its fee applications in this chapter 11 case.

(F)   Prior to applying any increases in its hourly rates, Neel shall provide ten (10) business days' notice of any such increases to the Debtors and the U.S. Trustee, and shall file such notice with the Court.  Parties-in-interest retain all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in §330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to  §330 of the Bankruptcy Code.

(G)   Notwithstanding anything to the contrary in the Application, the Neel Certification, or any provision of this Order, Neel shall provide all monthly fee statements, interim fee applications, and final fee applications in searchable electronic format ("LEDES" or "Excel") to the U.S. Trustee to the extent Neel is able to comply with such request.

(H)   Neel will only bill fifty percent (50%) of its professionals' hourly rate for non-working travel.

#     #     #

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-19833-CMG

ProPhase Diagnostics NJ, Inc.                                                   Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 01, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | ProPhase Diagnostics NJ, Inc., 42 Throckmorton Lane, Old Bridge, NJ 08857-2572 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas J. McGill | |
| | on behalf of Creditor PPFB  LLC dmcgill@webbermcgill.com |
| Douglas J. McGill | |
| | on behalf of Plaintiff United States  New York State and State of New Jersey ex rel. PPFB, LLC dmcgill@webbermcgill.com |
| Eamonn O'Hagan | |
| | on behalf of Creditor United States of America eamonn.ohagan@usdoj.gov |
| Jeffrey M. Sponder | |
| | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Joseph H. Lemkin | |
| | on behalf of Creditor Drexel Distributions  Inc. jlemkin@stark-stark.com |

District/off: 0312-3                               User: admin                                    Page 2 of 2
Date Rcvd: May 01, 2026                        Form ID: pdf903                              Total Noticed: 1

Joseph H. Lemkin
                 on behalf of Creditor Drexel Distribution  Inc. dba EZ Test NY jlemkin@stark-stark.com

Thaddeus R. Maciag
                 on behalf of Debtor ProPhase Diagnostics  Inc. MaciagLaw1@aol.com

Thaddeus R. Maciag
                 on behalf of Defendant ProPhase Diagnostics  NJ, Inc. MaciagLaw1@aol.com

Thaddeus R. Maciag
                 on behalf of Debtor ProPhase Diagnostics NJ  Inc. MaciagLaw1@aol.com

Thaddeus R. Maciag
                 on behalf of Debtor ProPhase Diagnostics NY  Inc. MaciagLaw1@aol.com

U.S. Trustee
                 USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11