UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
Attorney for the Debtors

In Re:

    ProPhase Diagnostics NJ, Inc., et al.,

                                    Debtors.
    (jointly administered)

Case No.:  _____25-19833_____

Chapter:          11

Judge:  _____Gravelle_____

**CERTIFICATION OF NO OBJECTION REGARDING**

MonthlyFeeStatement#7 (March 2026) Debtors' Attorney

**DOCUMENT NO.** _ecf #122_

The court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis.
Under D.N.J. LBR 2016-3(c), objections to the Monthly Fee Statement filed on ____April 19, 2026____
were to be filed and served not later than _____May 4, 2026_____. I, ___Thaddeus R. Maciag Esq___
certify that, as of _____May 9, 2026_____, I have reviewed the court's docket in this case and no
answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: _05-09-2026_____

/s/  Thaddeus R. Maciag_____
     Signature

*rev.8/1/15*