**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.

MACIAG LAW, LLC

475 Wall Street

Princeton, New Jersey  08540

(908) 704-8800

*Attorney for the Debtors*

**Order Filed on May 13, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>ProPhase Diagnostics NJ, Inc., *et al.*,<br><br>                             Debtors.<br>(Jointly administered) | Case No.: 25-19833-CMG<br>Chapter 11 Reorganization<br>Judge: Gravelle<br>Hearing Date:  5/12/2026 |

**ORDER GRANTING MOTION TO REDACT**
**AND RESTRICT PUBLIC ACCESS**

The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: May 13, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

This Motion came before the Court without a hearing upon the Motion to Redact and Restrict Public Access to ECF document No.115), as an emergent motion filed by the Debtors seeking an order allowing redaction and restricting public access under Fed.R.Bankr.P. 9037(h) of the Corporate Board Resolution previously filed at Docket No. 115.   Based on the motion and the record in this case, the Court finds good cause to grant the motion.

It is therefore ORDERED that the Motion is hereby Granted, ordering:

(1)    the Redaction of the Corporate Board Resolution previously filed at ECF docket No. 115;

(2)    Restricting Public Access to said document No. 115 as originally filed on April 14, 2026; and

(3)    directing the Clerk of Court to now docket at No. 115 the redacted version of the document as filed with and annexed to the Motion.

#       #       #