STARK & STARK, P.C.
A Professional Corporation
Joseph H. Lemkin, Esq.
100 American Metro Boulevard
Hamilton, NJ 08619-2319
(609) 791-7022
*Attorneys for Drexel Distributors*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>ProPhase Diagnostics NJ, Inc., et al.,<br><br>      Debtors. | Chapter 11<br><br>Case No. 25-19833 (CMG)<br><br>Jointly Administered<br><br>Hearing Date: June 16, 2026 |

**ORDER CONVERTING CASE TO CHAPTER 7**

The relief set forth on the following page(s), numbered two (2) and three (3), are hereby

**ORDERED.**

4915-3897-9756, v. 2

Upon consideration of the Motion of Drexel by and through counsel, for an Order to Convert these Cases to Chapter 7, pursuant to 11 U.S.C. 1112(b), and notice of Motion having been given to Debtors, Debtors counsel and parties who filed a Notice of Appearance, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED**, that the chapter 11 cases of ProPhase Diagnostics NJ, Inc., Case No.: 25-19833 (CMG), ProPhase Diagnostics NY, Inc., Case No.: 25-19834, and ProPhase Diagnostics, Inc., Case No.:25-19836 (CMG) are CONVERTED from Chapter 11 to Chapter 7, and it is further;

**ORDERED** that within 14 days of the date of this Order the Debtors shall file:

- Amendments to previously filed schedules and statements as necessary;

- All schedules and statement required by 11 U.S.C. § 521(a), if such documents have not already been filed;

- A schedule of all property which was acquired after the commencement of the case, but before the entry of this order;

- A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order;

- A schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order, and it is further;

**ORDERED**  that the United States Trustee shall immediately appoint Chapter 7 trustee(s) in these cases, and further;

4915-3897-9756, v. 2

**ORDERED** that the Debtors shall:

- Immediately turn over to the chapter 7 trustee(s), all records and property of the estates in their control; and

- Within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed for each case.

4915-3897-9756, v. 2