UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on May 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
ProPhase Diagnostics NJ, Inc.

| | |
|---|---|
| Case No.: | 25-19833-CMG |
| Hearing Date: | 5/12/2026 |
| Judge: | Christine M. Gravelle |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 13, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Thaddeus R. Maciag, Debtor's Attorney | $60,625.00 | $260.80 |

*rev. 7/1/04 jml*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-19833-CMG

ProPhase Diagnostics NJ, Inc.                                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#                Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

**Recip ID                         Recipient Name and Address**
db                        #+  ProPhase Diagnostics NJ, Inc., 42 Throckmorton Lane, Old Bridge, NJ 08857-2572

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

**Name                         Email Address**

Douglas J. McGill
     on behalf of Creditor PPFB  LLC dmcgill@webbermcgill.com

Douglas J. McGill
     on behalf of Plaintiff United States  New York State and State of New Jersey ex rel. PPFB, LLC dmcgill@webbermcgill.com

Eamonn O'Hagan
     on behalf of Creditor United States of America eamonn.ohagan@usdoj.gov

Jeffrey M. Sponder
     on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Joseph H. Lemkin
     on behalf of Creditor Drexel Distribution  Inc. dba EZ Test NY jlemkin@stark-stark.com

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: May 13, 2026                            Form ID: pdf903                              Total Noticed: 1

Joseph H. Lemkin
                    on behalf of Creditor Drexel Distributions  Inc. jlemkin@stark-stark.com

Thaddeus R. Maciag
                    on behalf of Defendant ProPhase Diagnostics  NJ, Inc. MaciagLaw1@aol.com

Thaddeus R. Maciag
                    on behalf of Debtor ProPhase Diagnostics NJ  Inc. MaciagLaw1@aol.com

Thaddeus R. Maciag
                    on behalf of Plaintiff ProPhase Diagnostics  Inc. MaciagLaw1@aol.com

Thaddeus R. Maciag
                    on behalf of Debtor ProPhase Diagnostics NY  Inc. MaciagLaw1@aol.com

Thaddeus R. Maciag
                    on behalf of Debtor ProPhase Diagnostics  Inc. MaciagLaw1@aol.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12