**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
*Attorney for the Debtors*

**Order Filed on May 26, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>ProPhase Diagnostics NJ, Inc.,<br><br>Debtor. | Case No.: **#25-19833-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>ProPhase Diagnostics NY, Inc.,<br><br>Debtor. | Case No.: **#25-19834-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>ProPhase Diagnostics, Inc.,<br><br>Debtor.<br><br>(Jointly Administered) | Case No.: **#25-19836-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle<br><br>Hearing Date: April 28, 2026 |

**AMENDED ORDER**
**EXTENDING THE DEBTORS'**
**EXCLUSIVE PERIODS TO FILE PLANS OF REORGANIZATION**
**AND TO SOLICIT ACCEPTANCES THERETO**

The relief set forth on the following pages, numbered two (2) through two (2), is

hereby **ORDERED**.

**DATED: May 26, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

This matter having previously been opened to the Court by Thaddeus R. Maciag Esq., Maciag Law LLC, attorney for the jointly administered Debtors, on Motion (ecf #109)  for entry of an Order extending the Debtors' exclusive periods to file a Plan of Reorganization and to solicit acceptances thereto, and this Court having previously on May 6, 2026 entered an Order (ecf #143) extending the Debtors' exclusivity period to June 22, 2026, and this matter having been further opened by the Court pursuant to a settlement conference at this Court by and between the Debtor and Creditor Drexel Distribution on May 18, 2026, and consistent with the several other pending dates and deadliness which were moved to later dates per said settlement conference, and in order to advance the presently set exclusivity period by seven (7) days from its present June 22, 2026 date, and  pursuant to this Court's powers under 11 U.S.C. §105, and for good cause showing, it is hereby ORDERED that:

1.      This Court's May 6, 2026 Order (ecf #143) Extending The Debtors' Exclusive Periods To File Plans Of Reorganization and To Solicit Acceptances Thereto is hereby AMENDED to extend said period by seven (7) additional days, as follows:

2.      The Debtors' Exclusive Periods to file Plans of Reorganization pursuant to 11 U.S.C. §1121(c)(2) are extended to through and including June 29, 2026

3.      The Debtor's Exclusive Periods to solicit acceptances of same per  11 U.S.C. §1121(c)(3) are extended to through and including August 28, 2026.

4.      The Clerk shall enter this Order on the docket in each of the three Debtor cases.

5.      The extensions of the Exclusive Periods in this Order are without prejudice to the Debtor's right to seek further extensions of these periods.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation or enforcement of this Order.

#       #       #