

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
*Attorney for the Debtors*

**Order Filed on May 26, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>    ProPhase Diagnostics NJ, Inc.,<br><br>                                  Debtor. | Case No.: **#25-19833-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>    ProPhase Diagnostics NY, Inc.,<br><br>                                  Debtor. | Case No.: **#25-19834-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| In re:<br><br>    ProPhase Diagnostics, Inc.,<br><br>                                  Debtor.<br><br>                (Jointly Administered) | Case No.: **#25-19836-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle<br><br>Hearing Date: April 28, 2026 |

**AMENDED ORDER**
**EXTENDING THE DEBTORS'**
**EXCLUSIVE PERIODS TO FILE PLANS OF REORGANIZATION**
**AND TO SOLICIT ACCEPTANCES THERETO**

The relief set forth on the following pages, numbered two (2) through two (2), is

hereby **ORDERED**.

**DATED: May 26, 2026**

*Christine M. Gravelle*

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 1 of 2

This matter having previously been opened to the Court by Thaddeus R. Maciag Esq., Maciag Law LLC, attorney for the jointly administered Debtors, on Motion (ecf #109) for entry of an Order extending the Debtors' exclusive periods to file a Plan of Reorganization and to solicit acceptances thereto, and this Court having previously on May 6, 2026 entered an Order (ecf #143) extending the Debtors' exclusivity period to June 22, 2026, and this matter having been further opened by the Court pursuant to a settlement conference at this Court by and between the Debtor and Creditor Drexel Distribution on May 18, 2026, and consistent with the several other pending dates and deadliness which were moved to later dates per said settlement conference, and in order to advance the presently set exclusivity period by seven (7) days from its present June 22, 2026 date, and pursuant to this Court's powers under 11 U.S.C. §105, and for good cause showing, it is hereby ORDERED that:

1.      This Court's May 6, 2026 Order (ecf #143) Extending The Debtors' Exclusive Periods To File Plans Of Reorganization and To Solicit Acceptances Thereto is hereby AMENDED to extend said period by seven (7) additional days, as follows:

2.      The Debtors' Exclusive Periods to file Plans of Reorganization pursuant to 11 U.S.C. §1121(c)(2) are extended to through and including June 29, 2026

3.      The Debtor's Exclusive Periods to solicit acceptances of same per 11 U.S.C. §1121(c)(3) are extended to through and including August 28, 2026.

4.      The Clerk shall enter this Order on the docket in each of the three Debtor cases.

5.      The extensions of the Exclusive Periods in this Order are without prejudice to the Debtor's right to seek further extensions of these periods.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation or enforcement of this Order.

#       #       #

United States Bankruptcy Court

District of New Jersey

In re:

ProPhase Diagnostics NJ, Inc.

    Debtor

Case No. 25-19833-CMG

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | ProPhase Diagnostics NJ, Inc., 42 Throckmorton Lane, Old Bridge, NJ 08857-2572 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas J. McGill | on behalf of Creditor PPFB  LLC dmcgill@webbermcgill.com |
| Douglas J. McGill | on behalf of Plaintiff United States  New York State and State of New Jersey ex rel. PPFB, LLC dmcgill@webbermcgill.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America eamonn.ohagan@usdoj.gov |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Joseph H. Lemkin | on behalf of Creditor Drexel Distribution  Inc. dba EZ Test NY jlemkin@stark-stark.com |

District/off: 0312-3

User: admin

Page 2 of 2

Date Rcvd: May 26, 2026

Form ID: pdf903

Total Noticed: 1

Joseph H. Lemkin

on behalf of Creditor Drexel Distributions  Inc. jlemkin@stark-stark.com

Thaddeus R. Maciag

on behalf of Debtor ProPhase Diagnostics NJ  Inc. MaciagLaw1@aol.com

Thaddeus R. Maciag

on behalf of Plaintiff ProPhase Diagnostics  Inc. MaciagLaw1@aol.com

Thaddeus R. Maciag

on behalf of Defendant ProPhase Diagnostics  NJ, Inc. MaciagLaw1@aol.com

Thaddeus R. Maciag

on behalf of Debtor ProPhase Diagnostics NY  Inc. MaciagLaw1@aol.com

Thaddeus R. Maciag

on behalf of Debtor ProPhase Diagnostics  Inc. MaciagLaw1@aol.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12