**WALLACE NEEL PLLC**
Wallace B. Neel, Esq. (Admitted Pro Hac Vice)
1 Blue Hill Plaza, LL Suite 1509
Pearl River, New York 10965
Tel: (646) 524-6502
Email: wallace@wallaceneel.com
*Special Litigation Counsel to the Debtors*

**MACIAG LAW, LLC**
Thaddeus R. Maciag, Esq.
475 Wall Street
Princeton, New Jersey 08540
Tel: (908) 704-8800
Email: MaciagLaw1@aol.com
*Counsel for the Debtors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

In re:  **PROPHASE DIAGNOSTICS NJ, INC., et al.,**

|  |  |
|---|---|
| **Debtors** | Chapter 11 |
| (Jointly Administered) | Case No. 25-19833 (CMG) |
|  | Hearing: June 23, 202, 10:00 am |
|  | Hon. Christine M. Gravelle, U.S.B.J. |

## SUPPLEMENTAL EXHIBIT

### TO

### DEBTORS' REBUTTAL IN FURTHER SUPPORT OF OBJECTION TO PROOF OF CLAIM FILED BY DREXEL DISTRIBUTION INC. d/b/a EZ TEST NY

Further to yesterday's June 22, 2026 Settlement Conference at the United States Courthouse, attached is a Supplemental Exhibit, being Proof of Receipt of initial Insurance Receivables settlements in the total amount of **$289,539.67** and proof that said $289,539.67 sum has already been wired to, received, and is presently on deposit in the Debtors' DIP Receivables Trust Accounts, to be held in accord with this Court's Order at ECF Doc #154.

June 23, 2026

Respectfully submitted,

| **WALLACE NEEL PLLC** | **MACIAG LAW, LLC** |
|---|---|
| by*:  /s/ Wallace B. Neel* | by:  */s/ Thaddeus R. Maciag* |
| Wallace B. Neel, Esq. | Thaddeus R. Maciag, Esq. |
| *Special Litigation Counsel* | *Counsel for the Debtors* |
| *to the Debtors* | |



Go To: [           ]  | Bulletins [4] | Resource Center | Mess

| Last login on Jun 22, 2026 ‹

| DASHBOARD | **ACCOUNT INFORMATION** | PAYMENTS & TRANSFERS | CONTROL & RECON | MANAGEMENT REPORTS | ADMINIST |

## Transaction Report for account *74332

*Reported on Jun 23, 2026 9:09 AM EDT*

| | | |
|---|---|---|
| **Current Available Balance** | $270,051.37 | |
| **Current Ledger Balance** | $270,051.37 | |
| **Relationship Balance** | $270,051.37 | |
| **Total Float** | $0.00 | |
| **Hold Amount** | $0.00 | |
| **Last Statement Date** | 05/31/2026 | |
| **Next Statement Date** | None | |
| **Interest Rate** | 0.0000% | |

**Actions**

Transfer From
Transfer To
Transaction Search
Balance & Transaction Reporting
Export Report

| Date | Description | Credit | Debit | Running Balance |
|---|---|---|---|---|
| 06/22/2026 | Service Charge Debit<br>MTHLY ANALYSIS CHARGE | | $67.02 | $270,051.37 |
| 06/22/2026 | Account Transfer Credit<br>WEB TXFR FR DD 000042060266 | $67.02 | | $270,118.39 |
| 06/22/2026 | Wire Transfer Credit<br>INCOMING WIRE,CROWN MEDICAL CO<br>LLECTIONS,FST CMWLTH INDIANA,N<br>OT PROVIDED,98747599 | $270,051.37 | | $270,051.37 |



Go To: [ ]   | Bulletins 4 | Resource Center | Messa

Good Morning Alison Vecchione Kovac | Last login on Jun 22, 2026 4:

DASHBOARD   **ACCOUNT INFORMATION**   PAYMENTS & TRANSFERS   CONTROL & RECON   MANAGEMENT REPORTS   ADMINI

## Transaction Report for account *74328

*Reported on Jun 23, 2026 9:11 AM EDT*

| | |
|---|---|
| **Current Available Balance** | $19,622.34 |
| **Current Ledger Balance** | $19,622.34 |
| **Relationship Balance** | $19,622.34 |
| **Total Float** | $0.00 |
| **Hold Amount** | $0.00 |
| **Last Statement Date** | 05/31/2026 |
| **Next Statement Date** | None |
| **Interest Rate** | 0.0000% |

**Actions**

Transfer From
Transfer To
Transaction Search
Balance & Transaction Reporting
Export Report

| Date | Description | Credit | Debit | Running Balance |
|---|---|---|---|---|
| 06/22/2026 | Service Charge Debit<br>MTHLY ANALYSIS CHARGE | | $67.02 | $19,622.34 |
| 06/22/2026 | Account Transfer Credit<br>WEB TXFR FR DD 000042060266 | $67.02 | | $19,689.36 |
| 06/22/2026 | Wire Transfer Credit<br>INCOMING WIRE,CROWN MEDICAL CO<br>LLECTIONS,FST CMWLTH INDIANA,N<br>OT PROVIDED,98746796 | $19,622.34 | | $19,622.34 |

| | | | | |
|---|---|---|---|---|
| *74332<br>  PROPHASE DIAGNOSTICS NJ, INC DEBTOR-IN-POSSESSION COLLECTIONS ACCOUNT | $269,984.35 | $0.00 | $0.00 | $270,051.37 |
| *74328<br>  PROPHASE DIAGNOSTICS NY, INC DEBTOR-IN-POSSESSION COLLECTIONS ACCOUNT | $19,555.32 | $0.00 | $0.00 | $19,622.34 |