**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*In re:  ProPhase Diagnostics NJ, Inc., et al.,*
Debtors.  (Jointly Administered)
Case No. 25-19833-CMG  (Chapter 11)
Hon. Christine M. Gravelle

---

## DISCLOSURE STATEMENT FOR THE ORIGINAL JOINT PLAN OF REORGANIZATION

---

### I.  INTRODUCTION AND PURPOSE OF THIS DISCLOSURE STATEMENT

ProPhase Diagnostics NJ, Inc., ProPhase Diagnostics NY, Inc., and ProPhase Diagnostics, Inc., as jointly administered debtors and debtors-in-possession (the "Debtors"), submit this Disclosure Statement under Section 1125 of the Bankruptcy Code in connection with their Original Joint Plan of Reorganization (the "Plan"). The purpose of this Disclosure Statement is to provide creditors with adequate information of a kind, and in sufficient detail, to enable a hypothetical reasonable creditor to make an informed judgment about whether to accept or reject the Plan.

This Disclosure Statement summarizes the Plan, the Debtors' assets and liabilities, the source of funds that will pay creditors, the treatment of each class of claims and interests, and the analysis demonstrating that creditors will receive at least as much under the Plan as they would receive in a liquidation under Chapter 7. The Plan itself is the controlling document; to the extent any summary in this Disclosure Statement differs from the Plan, the terms of the Plan govern. Each creditor is urged to read the Plan and this Disclosure Statement, together with the Exhibits, in their entirety.

No representations concerning the Debtors, the value of their assets, or the treatment of claims are authorized other than those set forth in this Disclosure Statement. The financial information contained herein has not been audited unless expressly stated.

### II.  THE DEBTORS AND THE CHAPTER 11 CASES

On September 22, 2025, the Debtors each commenced a case under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey. The three cases are jointly administered under the lead case, In re ProPhase Diagnostics NJ, Inc., Case No. 25-19833-CMG, pursuant to the Court's Order entered October 1, 2025 (ECF No. 18). The three Debtors are ProPhase Diagnostics NJ, Inc. (Case No. 25-19833-CMG), ProPhase Diagnostics NY, Inc. (Case No. 25-19834-CMG), and ProPhase Diagnostics, Inc. (Case No. 25-19836-CMG).

The Debtors operated clinical diagnostic laboratory businesses, including high-throughput diagnostic testing and genomic sequencing services. The Debtors are wholly-owned, directly or indirectly, by ProPhase Labs, Inc., a publicly traded parent company. The principal asset of the estates is a large portfolio of commercial and governmental insurance receivables generated by the Debtors' diagnostic testing operations, which is being collected for the benefit of creditors through the Debtors' retained collections counsel, as described in Section V below.

### III. SUMMARY OF THE PLAN: CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS

The Plan is a reorganizing plan that proposes to pay all Allowed Claims in full. Payments under the Plan are funded from the Debtors' operations and, principally, from the collection of the insurance receivables portfolio, as set forth in the Financial Projections annexed as Exhibit E. The Plan classifies claims and interests as set forth below, and states whether each class is impaired. The treatment of each class is taken from the Plan and is summarized here for the convenience of creditors.

### A. Unclassified Claims

**Administrative Expenses.** Allowed administrative expenses, including allowed professional compensation approved by the Court, will be paid in full on or before the Effective Date, unless the holder agrees to different treatment. Professional fees remain subject to Court approval under Sections 327, 328, 330, 331, and 503(b) of the Bankruptcy Code.

**Priority Tax Claims.** The United States Internal Revenue Service has filed priority tax claims in the jointly administered cases in the aggregate amount of $928,916.96. Unless otherwise agreed in a Consent Order with the IRS, the Allowed priority tax claim will be paid in full, in 36 monthly installments at 4.0% interest, consistent with Section 1129(a)(9)(C) of the Bankruptcy Code. This class is impaired.

### B. Classified Claims and Interests

### Class 1 — Secured Claim of ProPhase Labs, Inc. (Case PP-NY).

Class 1: – Secured Claim of ProPhase Labs Inc. in Case PP-NY. The Allowed Claims of Class 1 shall consist of all Allowed Secured Claims of ProPhase Labs, Inc. (the parent company of the Debtors, per 11 U.S.C. §101(31)(B)), in the amount of $9,998,503.80, asserted as Secured by recorded UCC-1 financing statements against the assets of the Debtor. As of the date of this Plan, no party has filed an Objection to the Secured status of this claim. This Class 1 Creditor shall be paid in full as a Secured Claim in such amount as the Court may allow, estimated at $9,998,503.80, inclusive of all sums due, over an estimated 9 months, beginning in Month 1 and ending in Month 9 in accord with the Revenue Projections

annexed as Exhibit E to the Disclosure Statement. This Class is Impaired

**Class 2 — Secured Claim of the Township of Old Bridge (Case PP-NJ).**

The Allowed Claims of Class 2 shall consist of all Allowed Secured Claims of the Township of Old Bridge, which holds a statutory lien against the Debtor in the amount of $13,669.00. This Class 2 Creditor shall be paid in full, at the projected Allowed amount of $13,669.00, 60 days after the Effective Date. This Class is Impaired.

**Class 3 — General Unsecured Nonpriority Claims over $5,000 (Case PP-NJ).**

This Class will be paid in full, in the projected Total amount of Allowed Claims of $601,980.11, after all Objections to Claims are resolved. The $601,980.11 in total Allowed Claims of Class 3 shall be paid over an estimated 2 months, beginning in Month 9 and ending in Month 11, in accord with the Revenue Projections annexed as Exhibit E. The Debtor reserves the right to prepay without penalty. This Class is Impaired.

**Class 4 — General Unsecured Nonpriority "Administrative Convenience" Claims under $5,000 (Case PP-NJ).**

This Class will be paid in full, in the estimated Total amount of Allowed Claims of $4,766.95. All Allowed Claims of Class 4 shall, for purposes of Administrative Convenience, be paid 100% in full, without interest, 35 days after the Effective Date. This Class is Impaired.

**Class 5 — General Unsecured Nonpriority Claims over $3,000 (Case PP-NY).**

This Class will be paid in full, in the projected Total amount of Allowed Claims of $1,257,329.90, after all Objections to Claims are resolved. The $1,257,329.90 in total Allowed Claims of Class 5 shall be paid over an estimated 3 months, beginning in Month 9 and ending in Month 11, in accord with the Revenue Projections annexed as Exhibit E. The Debtor reserves the right to prepay without penalty. This Class is Impaired.

**Class 6 — General Unsecured Nonpriority "Administrative Convenience" Claims under $3,000 (Case PP-NY).**

This Class will be paid in full, in the estimated Total amount of Allowed Claims of $6,899.96. All Allowed Claims of Class 6 shall be paid 100% in full, without interest, 35 days after the Effective Date. This Class is Impaired.

**Class 7 — General Unsecured Nonpriority Claims over $3,000 (Case PP-INC).**

This Class will be paid in full, in the estimated Total amount of Allowed Claims of $1,088,162.30, after all Objections to Claims are resolved. This $1,088,162.30 in total Allowed Claims of Class 7 shall be paid over an estimated 1 month, in Month 12, in accord with the Revenue Projections annexed as Exhibit E. The Debtor reserves the right to prepay without penalty. This Class is Impaired.

**Class 8 — General Unsecured Nonpriority "Administrative Convenience" Claims under $3,000 (Case PP-INC).**

This Class will be paid in full, in the estimated Total amount of Allowed Claims of $1,084.88. All Allowed Claims of Class 8 shall be paid 100% in full, without interest, 35 days after the Effective Date. This Class is Impaired.

**Class 9 — Contingent, Disputed, and Unliquidated Claims.**

This Class consists of other claims subject to objection, estimation under Section 502(c), and a reserve, including the pending Objection to Claim of Drexel Distribution Inc. dba EZ-Test and the contingent and unliquidated Relator claims, the resolution of which is pending in the trial court litigation where those claims are presently being addressed (per the Court Order entered at ECF Doc. #106). The Debtors presently estimate that total Class 9 claims will be paid a total sum between $0.00 and $125,235.00 upon final resolution and fixing of these claims. Upon entry of any relevant Court Order, including any Settlement Consent Order allowing and fixing any Class 9 claim for other than $0.00, such claim shall be paid in accordance with the terms of that Order. Class 9 shall have no distribution unless and until allowed by Final Order. This Class is Impaired.

## C.  Equity Interests

The sole shareholder of ProPhase Diagnostics NJ, Inc. and ProPhase Diagnostics NY, Inc. is ProPhase Diagnostics, Inc. The sole shareholder of ProPhase Diagnostics, Inc. is ProPhase Labs, Inc. Because the Plan provides for payment of Allowed Claims in full, and in order to preserve operational continuity, the equity interest holders shall retain their interests in the Debtors, subject to completion of the payments required under the Plan.

## IV.  MEANS OF EFFECTUATING THE PLAN

The Plan will be funded from the Debtors' operations and, principally, from the collection of the commercial and governmental insurance receivables portfolio, together with funds on hand in the Debtors' accounts as of the Confirmation Date. The Debtors will act as their own disbursing agent. The post-confirmation operations of the Debtors will continue to be managed by the Debtors' present officers, including the Chief Executive Officer.

The Plan preserves the receivables and the related claims, rights of recovery, and causes of action, and provides that the collection program continues without interruption after the Effective Date, on the same terms and through the same retained collections counsel, without the need for a further retention application. The Court retains jurisdiction over the collection program and related compensation. Because collection of the larger claims may extend over a period of several years, these provisions are designed to ensure that the engine of creditor

recovery remains intact and operational after confirmation.

## V.  FEASIBILITY AND THE SOURCE OF CREDITOR RECOVERY

The feasibility of the Plan rests principally on the collection of the receivables portfolio ("Track One"), as set forth in the Receivables Analysis and Operating Projections annexed as Exhibit D and the two-year Cash Flow Projections annexed as Exhibit E. The portfolio comprises approximately 950,000 insurance claims, with an aggregate gross billed amount of approximately $242 million, in active settlement negotiation with major national commercial and governmental payers. The Debtors' three-year projection conservatively assumes resolution of only a minority of the documented portfolio and projects approximately $47.6 million in net cash to the estates over three years, after the collection agent's fee.

The reorganized Debtors' genomic sequencing business ("Track Two"), set forth in Exhibit D, is presented to demonstrate that the reorganized Debtors are a viable, operating going concern. As stated in Exhibit D, the feasibility of the Plan's payment obligations rests on Track One; the Track Two operating business is not relied upon to fund creditor distributions. The Debtors project positive operating cash flow from the genomics business in each year of the projection period.

## VI.  BEST-INTERESTS TEST AND LIQUIDATION ANALYSIS

Section 1129(a)(7) of the Bankruptcy Code requires that each holder of a claim in an impaired class either accept the Plan or receive under the Plan at least as much as it would receive in a liquidation under Chapter 7. The Liquidation Analysis annexed as Exhibit C, together with the Balance Sheets annexed as Exhibit A, demonstrates that this requirement is satisfied. Because the Plan pays Allowed Claims in full, creditors receive under the Plan at least as much as, and in the case of the unsecured classes more than, they would receive in a Chapter 7 liquidation.

The Debtors further submit that a conversion to Chapter 7 would materially reduce the recovery available to creditors. The value of the receivables portfolio depends upon its continued collection through the Debtors' established collection infrastructure, dedicated professional team, and active payer relationships and settlement negotiations. On a conversion, that collection apparatus would be lost, and the receivables would be subject to fire-sale liquidation at a small fraction of their value as collected over time. Accordingly, the Plan provides creditors a recovery materially greater than a Chapter 7 liquidation would yield.

## VII.  CERTAIN RISK FACTORS

Creditors should be aware that the projections in the Exhibits are estimates and are subject to the timing and rate of collection of the receivables, the resolution of disputed claims (including the

contingent Class 9 claims), and ordinary business and litigation risks. The resolution of a settlement with a payer (agreement on commercial terms) is distinct from funding (receipt of cash), which ordinarily lags resolution by a period of months. Year 2 plan-payment figures are estimates pending final allowed-claim totals. While the Debtors believe the projections are conservative and achievable, no assurance can be given that actual results will match the projections.

## VIII. VOTING AND CONFIRMATION

Each impaired class of creditors is entitled to vote to accept or reject the Plan. A class of creditors accepts the Plan if it is accepted by holders of at least two-thirds in amount and more than one-half in number of the Allowed Claims in that class that actually vote. If any impaired class does not accept the Plan, the Debtors reserve the right to request confirmation under Section 1129(b) of the Bankruptcy Code. The deadline and procedures for voting, and the date of the confirmation hearing, are set forth in the materials accompanying this Disclosure Statement and the Court's order approving this Disclosure Statement.

## IX. EXHIBITS

The following Exhibits are filed with and made part of this Disclosure Statement:

**Exhibit A** — Balance Sheets (by estate), as of June 29, 2026.
**Exhibit B** — Most Recent Monthly Income Statements (Statements of Operations, cash basis).
**Exhibit C** — Liquidation Analysis (by estate).
**Exhibit D** — Receivables Analysis and Operating Projections (Track One collections and Track Two genomics operations).
**Exhibit E** — Financial Projections (two-year cash flow, Track One and Track Two).
**Exhibit F** — Proposed Plan of Reorganization (filed separately).

Plan Proponents:

ProPhase Diagnostics NJ, Inc.
ProPhase Diagnostics NY, Inc.
ProPhase Diagnostics, Inc.
(*jointly administered debtors*)

by: *Ted Karkus*

Date: June 28, 2026

Ted Karkus
Chief Executive Officer
of the jointly administered debtors

**"In re ProPhase Diagnostics NJ, Inc."**
*(Jointly Administered)*
**Chapter 11 Reorganization**
**Case No. 26-15833-MBK**

# Exhibit A

## to

## Original Joint Plan of Reorganization

# (BALANCE SHEET)

**"In re ProPhase Diagnostics NJ, Inc."**
**Chapter 11 Reorganization**
**Case No. 26-15833-MBK**

# Balance Sheet

as of June 29, 2026

### Assets:

Bank Deposits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . \$        270,051

Projected Net Liquidation Value
  of Personalty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . \$           500

Projected Net Liquidation Value
  of Accounts Receivable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . \$     83,473,404
  (*estimated collectible amount in Chapter 11 Reorganization*)

Total Assets: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . \$     83,743,955

### Liabilities:

Estimated Allowed Secured Claims**.** . . . . . . . . . . . . . . . . . . . . . . . . . . \$         13,669
  (*subject to allowance by the Court*)

Estimated Net Administrative Claims (Crown) . . . . . . . . . . . . . . . . . . . . . . . \$     25,042,021
  (*subject to allowance by the Court*)

Estimated Net Administrative Claims (other professionals) . . . . . . . . . . . . . . . . \$        225,000
  (*subject to allowance by the Court*)

Estimated Priority Tax Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . \$        309,369
  (*calculated at one-third of the omnibus US IRS $928,917 Priority Tax Claim*)

Estimated General Unsecured Nonpriority Claims . . . . . . . . . . . . . . . . . . . . . \$        445,200

Total Liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . \$     26,035,259

Total Equity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . \$     57,870,996

**"In re ProPhase Diagnostics NY, Inc."**
**Chapter 11 Reorganization**
**Case No. 26-15834-MBK**

# Balance Sheet

as of June 29, 2026

**Assets:**

Bank Deposits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      19,622

Projected Net Liquidation Value
  of Personalty  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $          500

Projected Net Liquidation Value
  of Accounts Receivable  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      7,304,848
  (*estimated collectible amount in Chapter 11 Reorganization*)

Total Assets:  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      7,324,470

**Liabilities:**

Estimated Allowed Secured Claims**.** . . . . . . . . . . . . . . . . . . . . . . . . . $      9,998,504
  (*subject to allowance by the Court*)

Estimated Net Administrative Claims (Crown) . . . . . . . . . . . . . . . . . . . . . $      2,191,454
  (*subject to allowance by the Court*)

Estimated Net Administrative Claims (other professionals) . . . . . . . . . . . . . . $        75,000
  (*subject to allowance by the Court*)

Estimated Priority Tax Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $        309,369
  (*calculated at one-third of the omnibus US IRS $928,917 Priority Tax Claim*)

Estimated General Unsecured Nonpriority Claims . . . . . . . . . . . . . . . . . . . . $      1,412,621
  (*including one-third of the omnibus US IRS $445,200 Unsecured Tax Claim*)

Total Liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      13,986,948

Total Equity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $            0

**"In re ProPhase Diagnostics, Inc."**
**Chapter 11 Reorganization**
**Case No. 26-15836-MBK**

# Balance Sheet

as of June 29, 2026

### Assets:

Bank Deposits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $               0

Projected Net Liquidation Value
  of Personalty  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $             500

Projected Net Liquidation Value
  of Accounts Receivable  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      58,358,173
  *(net proceeds from collection by subsidiary entities)*

Total Assets:  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      58.858.173

### Liabilities:

Estimated Allowed Secured Claims. . . . . . . . . . . . . . . . . . . . . . . . . $               0

Estimated Net Administrative Claims (Crown). . . . . . . . . . . . . . . . . . . $               0
*(paid at the subsidiary level)*

Estimated Net Administrative Claims (other professionals) . . . . . . . . . . . . . . $          75,000
  *(subject to allowance by the Court)*

Estimated Priority Tax Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $         309,369
*(calculated at one-third of the omnibus US IRS $928,917 Priority Tax Claim)*

Estimated General Unsecured Nonpriority Claims . . . . . . . . . . . . . . . . . . $       1,264,114
*(including one-third of the omnibus US IRS $445,200 Unsecured Tax Claim)*

Total Liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $       1,648,483

Total Equity  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      57,209,690

**"In re ProPhase Diagnostics NJ, Inc."**
*(Jointly Administered)*
**Chapter 11 Reorganization**
**Case No. 26-15833-MBK**


# Exhibit B

## to

## Original Joint Plan of Reorganization

(MOST RECENT MONTHLY INCOME STATEMENTS)

"IN RE PROPHASE DIAGNOSTICS NJ, INC."
CHAPTER 11 REORGANIZATION
CASE NO. 25-19833-CMG
[JOINTLY ADMINISTERED – LEAD CASE #25-19833-CMG]

<u>STATEMENT OF OPERATIONS</u>
(CASH BASIS)
MAY 1-31, 2026

<u>REVENUE</u>:

A/R RECEIPTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$      270,051
*(per Crown Medical Collections; wire pending)*

OTHER RECEIPTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$       24,329

TOTAL RECEIPTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      294,380

<u>EXPENSES</u>:

INSURANCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $           0

PAYROLL & TAXES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$       21,680

OTHER BUSINESS EXPENSES. . . . . . . . . . . . . . . . . . . . . . . . . . .$          149

REORGANIZATION ITEMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$        2,500

TOTAL EXPENSES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $       24,329
-------------------

NET PROFIT / LOSS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$      270,051

<u>NOTE:</u> A PORTION OF THE ABOVE EXPENSES WERE PAID BY THIRD PARTY CORPORATE AFFILIATES
FOR THE BENEFIT OF THE ESTATE

"IN RE PROPHASE DIAGNOSTICS NY, INC."
CHAPTER 11 REORGANIZATION
CASE NO. 25-19834-CMG
[JOINTLY ADMINISTERED – LEAD CASE #25-19833-CMG]

<u>STATEMENT OF OPERATIONS</u>
(CASH BASIS)
MAY 1-31, 2026

<u>REVENUE</u>:

A/R RECEIPTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      19,622
*(per Crown Medical Collections; wire pending)*

OTHER RECEIPTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      24,329

TOTAL RECEIPTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      43,951

<u>EXPENSES</u>:

INSURANCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $         0

PAYROLL & TAXES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      21,680

OTHER BUSINESS EXPENSES. . . . . . . . . . . . . . . . . . . . . . . . . . $        149

REORGANIZATION ITEMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>      2,500</u>

TOTAL EXPENSES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      24,329
------------------

NET PROFIT / LOSS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      19,622

<u>NOTE:</u> A PORTION OF THE ABOVE EXPENSES WERE PAID BY THIRD PARTY CORPORATE AFFILIATES
FOR THE BENEFIT OF THE ESTATE

"IN RE PROPHASE DIAGNOSTICS, INC."
CHAPTER 11 REORGANIZATION
CASE NO. 25-19836-CMG
[JOINTLY ADMINISTERED – LEAD CASE #25-19833-CMG]

## STATEMENT OF OPERATIONS
### (CASH BASIS)
### MAY 1-31, 2026

REVENUE:

| | | |
|---|---|---|
| RECEIPTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 24,294 |
| TOTAL RECEIPTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 24,294 |

EXPENSES:

| | | |
|---|---|---|
| INSURANCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0 |
| PAYROLL & TAXES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 21,680 |
| OTHER BUSINESS EXPENSES. . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 114 |
| REORGANIZATION ITEMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 2,500 |
| TOTAL EXPENSES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 24,294 |
| NET PROFIT / LOSS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0 |

NOTE: A PORTION OF THE ABOVE EXPENSES WERE PAID BY THIRD PARTY CORPORATE AFFILIATES
FOR THE BENEFIT OF THE ESTATE

**"In re ProPhase Diagnostics NJ, Inc."**
*(Jointly Administered)*
**Chapter 11 Reorganization**
**Case No. 26-15833-MBK**

# Exhibit C

## to

## Original Joint Plan of Reorganization

## (LIQUIDATION ANALYSIS)

**"In re ProPhase Diagnostics NJ, Inc."**
**Chapter 11 Reorganization**
**Case No. 26-15833-MBK**

# <u>Liquidation Analysis</u>

as of June 29, 2026

### <u>Assets:</u>

Bank Deposits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $        270,051

Projected Net Liquidation Value
  of Personalty  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $        500

Projected Net Chapter 11 Liquidation Value
  of Accounts Receivable  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    <u>83,473,404</u>

Total Assets:  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . <u>$    83,743,955</u>

### <u>Liabilities:</u>

Estimated Allowed Secured Claims**.** . . . . . . . . . . . . . . . . . . . . . . . . . $        13,669
  *(subject to allowance by the Court)*

Estimated Net Administrative Claims (Crown) . . . . . . . . . . . . . . . . . . . . $    25,042,021
  *(subject to allowance by the Court)*

Estimated Net Administrative Claims (other professionals) . . . . . . . . . . . . . $        225,000
  *(subject to allowance by the Court)*

Estimated Priority Tax Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $        309,369
*(calculated at one-third of the omnibus US IRS $928,917 Priority Tax Claim)*

Estimated General Unsecured Nonpriority Claims . . . . . . . . . . . . . . . . . . <u>$        445,200</u>

Total Liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . <u>$    26,035,259</u>

<u>Total Equity</u> . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    57,870,996

**Assets available to pay General Unsecured Nonpriority Creditors:**   The Proposed Plan of Reorganization pays creditors 100% in full, thus yielding as much or ore than a Liquidation would yield.

**"In re ProPhase Diagnostics NY, Inc."**
**Chapter 11 Reorganization**
**Case No. 26-15834-MBK**

# Liquidation Analysis

as of June 29, 2026

**Assets:**

Bank Deposits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $         19,622

Projected Net Liquidation Value
  of Personalty  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $              500

Projected Net Chapter 11 Liquidation Value
  of Accounts Receivable  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $       7,304,848

Total Assets:  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $       7,324,470

**Liabilities:**

Estimated Allowed Secured Claims**.** . . . . . . . . . . . . . . . . . . . . . . . . . . . $       9,998,504
  *(subject to allowance by the Court)*

Estimated Net Administrative Claims (Crown) . . . . . . . . . . . . . . . . . . . . . . . $       2,191,454
  *(subject to allowance by the Court)*

Estimated Net Administrative Claims (other professionals) . . . . . . . . . . . . . . . $            75,000
  *(subject to allowance by the Court)*

Estimated Priority Tax Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $          309,369
  *(calculated at one-third of the omnibus US IRS $928,917 Priority Tax Claim)*

Estimated General Unsecured Nonpriority Claims . . . . . . . . . . . . . . . . . . . . . . $       1,412,621
  *(including one-third of the omnibus US IRS $445,200 Unsecured Tax Claim)*

Total Liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      13,986,948

Total Equity  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $                  0

**Assets available to pay General Unsecured Nonpriority Creditors:**  The Proposed Plan of Reorganization pays creditors 100% in full, thus yielding as much or more than a Liquidation would yield.

**"In re ProPhase Diagnostics, Inc."**
**Chapter 11 Reorganization**
**Case No. 26-15836-MBK**

# Liquidation Analysis

as of June 29, 2026

**Assets:**

Bank Deposits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $           0

Projected Net Liquidation Value
  of Personalty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $         500

Projected Net Chapter 11 Liquidation Value
  of Accounts Receivable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     58,358,173
  *(net proceeds from collection by subsidiary entities)*

Total Assets: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     58.858.173

**Liabilities:**

Estimated Allowed Secured Claims**.** . . . . . . . . . . . . . . . . . . . . . . . . . . $           0

Estimated Net Administrative Claims (Crown) . . . . . . . . . . . . . . . . . . . . . . $           0
*(paid at the subsidiary level)*

Estimated Net Administrative Claims (other professionals) . . . . . . . . . . . . . . . $       75,000
 *(subject to allowance by the Court)*

Estimated Priority Tax Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      309,369
*(calculated at one-third of the omnibus US IRS $928,917 Priority Tax Claim)*

Estimated General Unsecured Nonpriority Claims . . . . . . . . . . . . . . . . . . . . $    1,264,114
*(including one-third of the omnibus US IRS $445,200 Unsecured Tax Claim)*

Total Liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    1,648,483

Total Equity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   57,209,690

**Assets available to pay General Unsecured Nonpriority Creditors:**   The Proposed Plan of Reorganization pays creditors 100% in full, thus yielding as much or more than a Liquidation would yield.

**"In re ProPhase Diagnostics NJ, Inc."**
*(Jointly Administered)*
**Chapter 11 Reorganization**
**Case No. 26-15833-MBK**

# Exhibit D

## to

## Original Joint Plan of Reorganization

RECEIVABLES ANALYSIS
and
OPERATING PROJECTIONS

## RECEIVABLES COLLECTIONS PROJECTION (TRACK ONE)

*The Source of Cash That Funds Creditor Distributions and Carries Feasibility*

This Exhibit sets forth the Debtors' conservative projection of net cash to the estates from the collection of the Receivables Portfolio. The portfolio comprises approximately 950,000 claims, in an aggregate gross billed amount of approximately $242 million, in active settlement negotiation with the major national commercial and governmental payers. The projection assumes resolution of only a minority of that documented portfolio. Amounts are stated in the aggregate; the identities and specific terms of individual payer settlements are confidential and are not disclosed here, consistent with the Debtors' collection program and the Rule 9019 process.

| COLLECTIONS WATERFALL - NET CASH TO THE ESTATE | | | | |
|---|---|---|---|---|
| ($) | 2026 | 2027 | 2028 | 3-Yr Total |
| Gross claims resolved (conservative ramp) | $25,000,000 | $40,000,000 | $15,000,000 | $80,000,000 |
| Net settlement value (at ~85% realization) | $21,250,000 | $34,000,000 | $12,750,000 | $68,000,000 |
| Less: collection agent fee (30%) | ($6,375,000) | ($10,200,000) | ($3,825,000) | ($20,400,000) |
| NET CASH TO THE ESTATE | $14,875,000 | $23,800,000 | $8,925,000 | $47,600,000 |

| COVERAGE OF PLAN OBLIGATIONS (ILLUSTRATIVE) | |
|---|---|
| Item | Amount |
| Projected net cash to the estates (3-year) | $47,600,000 |
| Less: priority tax claims (payable over up to 5 years) | [per claims register] |
| Less: allowed administrative and professional claims | [to be completed] |
| Less: Class 5 (Drexel/ATC) negotiated distributions | [set by counsel] |
| Less: general unsecured distributions | [per pool] |
| Projected surplus over all Plan obligations | Substantial |

Conservatism and context. The three-year projection resolves approximately one-third of the documented $242 million portfolio. The Debtors regard this as a conservative recovery assumption against a documented book of claims already in active settlement, a meaningful portion of which is already settled or commercially agreed, including funds presently held in the collection agent's escrow pending Court approval under Bankruptcy Rule 9019.

Timing. Resolution of a settlement (agreement on commercial terms) is distinct from funding (receipt of cash), which ordinarily lags resolution by a period of months. The figures above are stated on a resolved basis; the timing of cash receipts lags accordingly, with the substantial majority of cash expected within the first two years and a tail beyond.

| DOCUMENTED NEAR-CERTAIN FLOOR (ALREADY SETTLED OR AGREED) | |
|---|---|
| Closure tier (net of discount) | Net |
| Agreement executed (signed instruments) | $367,201 |
| Claims reprocessing required (settled 100%) | $4,137 |
| Working through agreement (terms agreed, paper pending) | $1,618,707 |
| Settled, no formal agreement | $8,931 |
| TOTAL DOCUMENTED (settled / commercially agreed) | $1,998,976 |

## REORGANIZED BUSINESS OPERATING PROJECTION (TRACK TWO)
*Demonstrates Going-Concern Viability; Not Relied Upon to Fund Creditor Payments*

This Exhibit sets forth the operating projection for the reorganized Debtors' genomic sequencing business. It is presented to demonstrate that the reorganized Debtors are a viable, operating going concern. As stated in the Disclosure Statement, the feasibility of the Plan's payment obligations rests on Track One (the receivables collections); this Track Two operating business is not relied upon to fund creditor distributions. The projection is built on conservative assumptions as to product mix, in-house cost, growth, and marketing investment.

| GENOMICS BUSINESS - OPERATING PROJECTION | | | |
|---|---|---|---|
| ($) | Year 1 | Year 2 | Year 3 |
| Total revenue (incl. subscription renewals) | $5,746,914 | $11,814,815 | [ramp continues] |
| Less: in-house laboratory cost | ($2,221,185) | ($4,442,370) | |
| Less: marketing investment (funded in part by collections) | ($935,000) | ($1,870,000) | |
| NET OPERATING CASH FLOW | $2,590,728 | $5,502,444 | positive |

Basis of the business. The genomic sequencing business currently generates approximately $4 million in annual revenue with no dedicated marketing investment. The reorganization brings sequencing in-house on the laboratory platforms the Debtors operate, improving per-test margins relative to outsourcing, and funds a disciplined marketing and customer-acquisition program supported in part by collection proceeds. After accounting for the associated laboratory and marketing costs, the business is projected to generate positive operating cash flow in each year and to grow over the projection period.

Upside not relied upon. The reorganized Debtors' longer-term diagnostic initiatives, including additional sequencing-based service lines, represent opportunities that are not included in this projection and are not relied upon for feasibility. They are described in the Disclosure Statement as forward-looking opportunities only.

**"In re ProPhase Diagnostics NJ, Inc."**
*(Jointly Administered)*
**Chapter 11 Reorganization**
**Case No. 26-15833-MBK**

# Exhibit E

## to

## Original Joint Plan of Reorganization

(FINANCIAL PROJECTIONS)

# EXHIBIT E

## CASH FLOW PROJECTIONS (TWO YEARS)

*In re ProPhase Diagnostics NJ, Inc., et al. | Case No. 25-19833-CMG (Jointly Administered)*

This Exhibit presents the Debtors' two-year cash flow projection. Track One reflects net collections of the commercial insurance receivables portfolio through Crown Medical Collections; Track Two reflects net operating income of the reorganized genomic sequencing business, demonstrating ongoing-concern viability. Track One collections figures match Exhibit A; Track Two operating figures match Exhibit B. Figures are conservative estimates, subject to collection timing.

**YEAR 1. November 1, 2026 through October 31, 2027**

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TRACK ONE: CROWN MEDICAL COLLECTIONS (RECEIVABLES)** | | | | | | | | | | | | | |
| A/R Collections (net settlement value) | 1,000,000 | 1,100,000 | 1,210,000 | 1,331,000 | 1,464,000 | 1,611,000 | 1,772,000 | 1,959,000 | 2,144,000 | 2,358,000 | 2,594,000 | 2,707,000 | 21,250,000 |
| Less: CMC Collection Fee (30%) | (300,000) | (330,000) | (363,000) | (399,300) | (439,200) | (483,300) | (531,600) | (587,700) | (643,200) | (707,400) | (778,200) | (812,100) | (6,375,000) |
| **Net Collections to Estates** | **700,000** | **770,000** | **847,000** | **931,700** | **1,024,800** | **1,127,700** | **1,240,400** | **1,371,300** | **1,500,800** | **1,650,600** | **1,815,800** | **1,894,900** | **14,875,000** |
| **TRACK TWO: REORGANIZED BUSINESS OPERATIONS (GENOMICS)** | | | | | | | | | | | | | |
| Net Operating Income (genomics, ongoing concern) | - | - | - | - | 50,000 | 140,000 | 250,000 | 350,000 | 450,000 | 450,000 | 450,000 | 450,728 | 2,590,728 |
| **TOTAL CASH AVAILABLE (Track One + Track Two)** | **700,000** | **770,000** | **847,000** | **931,700** | **1,074,800** | **1,267,700** | **1,490,400** | **1,721,300** | **1,950,800** | **2,100,600** | **2,265,800** | **2,345,628** | **17,465,728** |
| **PLAN & ADMINISTRATIVE EXPENSES** | | | | | | | | | | | | | |
| Payroll Expenses | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 780,000 |
| Other Office Expenses | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Professional Fees | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 12,500 | 12,500 | 12,500 | 12,500 | 10,000 | 10,000 | 160,000 |
| Misc / Contingency | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 90,000 |
| U.S. Trustee Fees | - | - | 7,600 | - | - | 11,300 | - | - | - | - | - | - | 18,900 |
| **Total Plan & Admin Expenses** | **89,500** | **89,500** | **97,100** | **89,500** | **89,500** | **100,800** | **87,000** | **87,000** | **87,000** | **87,000** | **84,500** | **84,500** | **1,072,900** |
| **Chapter 11 Plan Payments (to creditors)** | **550,000** | **650,000** | **745,000** | **820,000** | **960,000** | **1,140,000** | **1,380,000** | **1,600,000** | **1,840,000** | **1,990,000** | **2,150,000** | **2,250,000** | **16,075,000** |
| **NET CASH FLOW** | **60,500** | **30,500** | **4,900** | **22,200** | **25,300** | **26,900** | **23,400** | **34,300** | **23,800** | **23,600** | **31,300** | **11,128** | **317,828** |

*Year 1 proposes approximately $16.075 million in plan payments to creditors, supporting payment in full of allowed claims over the projection period. Net operating income of the genomic business (Track Two) is shown separately to demonstrate the reorganized Debtors continue as a going concern.*

# EXHIBIT E (continued)
## CASH FLOW PROJECTIONS (YEAR TWO)

**YEAR 2. November 1, 2027 through October 31, 2028**

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TRACK ONE: CROWN MEDICAL COLLECTIONS (RECEIVABLES)** | | | | | | | | | | | | | |
| A/R Collections (net settlement value) | 2,800,000 | 2,850,000 | 2,850,000 | 2,850,000 | 2,850,000 | 2,850,000 | 2,820,000 | 2,820,000 | 2,810,000 | 2,810,000 | 2,795,000 | 2,895,000 | 34,000,000 |
| Less: CMC Collection Fee (30%) | (840,000) | (855,000) | (855,000) | (855,000) | (855,000) | (855,000) | (846,000) | (846,000) | (843,000) | (843,000) | (838,500) | (868,500) | (10,200,000) |
| **Net Collections to Estates** | **1,960,000** | **1,995,000** | **1,995,000** | **1,995,000** | **1,995,000** | **1,995,000** | **1,974,000** | **1,974,000** | **1,967,000** | **1,967,000** | **1,956,500** | **2,026,500** | **23,800,000** |
| **TRACK TWO: REORGANIZED BUSINESS OPERATIONS (GENOMICS)** | | | | | | | | | | | | | |
| Net Operating Income (genomics, ongoing concern) | 300,000 | 350,000 | 400,000 | 450,000 | 450,000 | 480,000 | 480,000 | 500,000 | 500,000 | 520,000 | 520,000 | 552,444 | 5,502,444 |
| **TOTAL CASH AVAILABLE (Track One + Track Two)** | **2,260,000** | **2,345,000** | **2,395,000** | **2,445,000** | **2,445,000** | **2,475,000** | **2,454,000** | **2,474,000** | **2,467,000** | **2,487,000** | **2,476,500** | **2,578,944** | **29,302,444** |
| **PLAN & ADMINISTRATIVE EXPENSES** | | | | | | | | | | | | | |
| Payroll Expenses | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 780,000 |
| Other Office Expenses | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Professional Fees | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 12,500 | 12,500 | 12,500 | 12,500 | 10,000 | 10,000 | 160,000 |
| Misc / Contingency | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 90,000 |
| U.S. Trustee Fees | - | - | 7,600 | - | - | 11,300 | - | - | - | - | - | - | 18,900 |
| **Total Plan & Admin Expenses** | **89,500** | **89,500** | **97,100** | **89,500** | **89,500** | **100,800** | **87,000** | **87,000** | **87,000** | **87,000** | **84,500** | **84,500** | **1,072,900** |
| **Chapter 11 Plan Payments (to creditors)** | **2,200,000** | **2,250,000** | **2,300,000** | **2,300,000** | **2,300,000** | **2,300,000** | **2,250,000** | **2,250,000** | **2,200,000** | **2,150,000** | **2,050,000** | **2,050,000** | **26,600,000** |
| **NET CASH FLOW** | **(29,500)** | **5,500** | **(2,100)** | **55,500** | **55,500** | **74,200** | **117,000** | **137,000** | **180,000** | **250,000** | **342,000** | **444,444** | **1,629,544** |

*Year 2 collections (Track One) scale to the Exhibit A projection for the period. Plan payment figures for Year 2 are estimates pending final allowed-claim totals and the treatment of the disputed claims addressed in the Plan.*

**TWO-YEAR SUMMARY. TRACK ONE (COLLECTIONS) AND TRACK TWO (OPERATIONS)**

|  | Year 1 | Year 2 | Two-Year Total |
|---|---|---|---|
| **TRACK ONE: CROWN MEDICAL COLLECTIONS** |  |  |  |
| A/R Collections (net settlement value) | 21,250,000 | 34,000,000 | 55,250,000 |
| Less: CMC Collection Fee (30%) | (6,375,000) | (10,200,000) | (16,575,000) |
| **Net Collections to Estates** | **14,875,000** | **23,800,000** | **38,675,000** |
| **TRACK TWO: REORGANIZED BUSINESS (GENOMICS)** |  |  |  |
| **Net Operating Income (ongoing concern)** | **2,590,728** | **5,502,444** | **8,093,172** |
| **TOTAL CASH GENERATED (Track One + Track Two)** | **17,465,728** | **29,302,444** | **46,768,172** |

*Track One (collections) is the primary source of creditor payments. Track Two (genomics operations) demonstrates ongoing-concern viability and provides additional cash. Figures tie to Exhibit A (collections) and Exhibit B (operations).*

**"In re ProPhase Diagnostics NJ, Inc."**
*(Jointly Administered)*
**Chapter 11 Reorganization**
**Case No. 26-15833-MBK**

# Exhibit F

## to

## Original Joint Plan of Reorganization

# (PROPOSED PLAN OF REORGANIZATION)

# – (filed separately) –