**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey  08540
(908) 704-8800
*Attorney for the Debtors-in-Possession*

| | |
|---|---|
| In re:<br><br>    ProPhase Diagnostics NJ, Inc., *et al.*,<br><br>                              Debtors.<br><br>        (jointly administered) | Case No.: 25-19833-CMG<br>Chapter 11<br>Judge: Hon. Christine M. Gravelle |

**ERRATA STATEMENT**
**RE ORIGINAL DISCLOSURE STATEMENT**
**AND FILING OF**
**FIRST MODIFIED DISCLOSURE STATEMENT**

1)      This Errata Statement is filed in the interest of judicial economy, to avoid unnecessary notices and the unnecessary scheduling of a delayed new hearing date.

2)      The Debtors' staff had originally prepared a generic short Disclosure Statement which addressed financial issues and included financial exhibits, but which did not include the requisite boilerplate as to voting procedures etc.  Once counsel brought to their attention the need for that additional voting etc. language to be included, each draft of the Disclosure Statement from June 25 through June 29 **did** include the full required language, as consistent with suggested form on the Court website.

3)      Then, in the course of uploading a final PDF disclosure statement to the ECF PACER docket the evening of June 29, 2026, and focusing on some computer glitches as sometimes arise

during such an upload procedure, we somehow inadvertently uploaded the earlier draft, which was lacking in the required boilerplate language re voting procedures etc.

4)      When this came to counsel's attention late yesterday June 30, I promptly sent the full correct Disclosure Statement out to the Debtors' CEO for signature.  That signature came back today, and I therefore just uploaded the correct draft with all of the standard procedural notice language (essentially appearing at pages 4 through 6, and pages 16 through 22), captioning same as the First Modified Disclosure Statement (as to the Original Plan).

5)      The First Modified Disclosure Statement is **unchanged** as to treatment of Classes, which are identical to the language in the Original Disclosure Statement and the Original Plan.  No change whatsoever.

6)      The First Modified Disclosure Statement is also **unchanged** as to its basic narrative and **unchanged** as to all Exhibits, which are identical to the exhibits in the Original Disclosure Statement with no change whatsoever.

7)      Debtors respectfully submit that no party is prejudiced by the Court simply re-issuing the standard Order and Notice on Disclosure Statement presently appearing on the docket as #178 which presently refers on the PACER docket to the Discl Stmt at #177, and just re-entering same as now referring to the First Modified Discl Stmt at #179, but with the identical August 11, 2026 2:00pm Hearing Date.  Thus no party whatsoever will be prejudiced, and this correction will be in the interest of judicial economy, as avoiding any unnecessary delays in the procedural timeline of this case.

Respectfully submitted,

MACIAG LAW, LLC

/s/ Thaddeus R. Maciag Esq.

Date: July 1, 2026          Thaddeus R. Maciag
Attorney for the Debtors