**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
*Attorney for the Debtors-in-Possession*

| | |
|---|---|
| In re:<br><br>    ProPhase Diagnostics NJ, Inc., *et al.*,<br><br>                                    Debtors.<br><br>        (jointly administered) | Case No.: 25-19833-CMG<br>Chapter 11<br>Judge: Hon. Christine M. Gravelle |

**STATEMENT OF WITHDRAWAL**
**OF**
**ORIGINAL DISCLOSURE STATEMENT (doc #177)**

Due to the filing of a corrected First Modified Disclosure Statement, the Original Disclosure Statement at doc #177 is hereby Withdrawn.

MACIAG LAW, LLC

/s/ Thaddeus R. Maciag Esq.

Date: July 1, 2026        Thaddeus R. Maciag
Attorney for the Debtors