**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

WALLACE NEEL PLLC
Wallace B. Neel, Esq. (Admitted Pro Hac Vice)
1 Blue Hill Plaza, LL Suite 1509
Pearl River, New York 10965
Tel: (646) 524-6502
Email: wallace@wallaceneel.com
*Special Litigation Counsel to the Debtors*

MACIAG LAW, LLC
Thaddeus R. Maciag, Esq.
475 Wall Street
Princeton, New Jersey 08540
Tel: (908) 704-8800
Email: MaciagLaw1@aol.com
*Counsel for the Debtors*

| | |
|---|---|
| In re:<br><br>    ProPhase Diagnostics NJ, Inc.,<br><br>                              Debtor.<br><br>    (Jointly Administered) | Case No.: **25-19833-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |

**STIPULATION EXTENDING TIME
FOR CREDITOR DREXEL DISTRIBUTION, INC.
TO OBJECT TO FIRST MODIFIED DISCLOSURE STATEMENT**

It is hereby stipulated by the joint Debtors and Creditor Drexel Distribution Inc. dba EZ-Test ("Drexel") that Drexel's time to file any objection to the Proposed First Modified Disclosure Statement (ECF Doc No. 179) is hereby extended August 4, 2026. This extension of time applies to Drexel, and not to any other creditor or party in interest.

Attorney for Drexel Distribution Inc.:        Special Counsel for for the Debtors:

 */s/ Jay S. Hellman*                           */s/ Wallace Neel*
Jay S. Hellman, Esq. (*pro hac vice*)         Wallace Neel, Esq. (*pro hac vice*)
WESTERMAN BALL EDERER MILLER                WALLACE NEEL, PLLC
ZUCKER & SCHARFSTEIN, LLP                   1 Blue Hill Plaza, LL Suite 1509
1201 RXR Plaza                              Pearl River, New York 10965
Uniondale, New York 11556                   (646) 524-6502
(516) 622-9200

Date: July 28, 2026                         Date: July 28, 2026