"IN RE PROPHASE DIAGNOSTICS NJ, INC."
CHAPTER 11 REORGANIZATION
CASE NO. 25-19833-CMG
[JOINTLY ADMINISTERED – LEAD CASE #25-19833-CMG]

<u>EXHIBITS</u>

TO

MONTHLY OPERATING REPORT

FOR MAY 1-31, 2026

<u>EXHIBIT A</u>

TO

MONTHLY OPERATING REPORT

Docusign Envelope ID: E5EFDE23-3966-812D-81B0-4E6F30753ED1

"IN RE PROPHASE DIAGNOSTICS, INC."
CHAPTER 11 REORGANIZATION
CASE NO. 25-19836-CMG
[JOINTLY ADMINISTERED – LEAD CASE #25-19833-CMG]


EXHIBIT A
TO
MONTHLY OPERATING REPORT
FOR THE PERIOD MAY 1-31, 2026


BALANCE SHEET

MAY 31, 2026


ASSETS:

Bank Deposits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $                0

Projected Net Liquidation Value
   of Personalty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $              500

Projected Net Liquidation Value
   of Accounts Receivable . . . . . . . . . . . . . . . . . . . . . . . . . . . . $        58,358,173
  *(net proceeds from collection by subsidiary entities)*

Total Assets: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $        58.858.173


LIABILITIES:

Estimated Allowed Secured Claims. . . . . . . . . . . . . . . . . . . . . . . . . $                0

Estimated Net Administrative Claims (Crown) . . . . . . . . . . . . . . . . . . . $                0
*(paid at the subsidiary level)*

Estimated Net Administrative Claims (other professionals) . . . . . . . . . . . $           75,000
 *(subject to allowance by the Court)*

Estimated Priority Tax Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . $          309,369
*(calculated at one-third of the omnibus US IRS $928,917 Priority Tax Claim)*

Estimated General Unsecured Nonpriority Claims . . . . . . . . . . . . . . . . . $         1,264,114
*(including one-third of the omnibus US IRS $445,200 Unsecured Tax Claim)*

Total Liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $         1,648,483


Total Equity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $        57,209,690

Docusign Envelope ID: E55FDE23-3966-812D-81B0-4E6F30753ED1

Case 25-19833-CMG    Doc 198-1    Filed 07/30/26    Entered 07/30/26 19:20:12    Desc
Exhibit ProPhase Diagnostics    Inc. (case 25-19836-CMG) MOR May 2026 - EXHIBITS    Page 4 of 17

EXHIBIT B

TO

MONTHLY OPERATING REPORT

Docusign Envelope ID: E5EFDE23-3966-812D-81B0-4E6F30753FD1

Case 25-19833-CMG    Doc 198-1    Filed 07/30/26    Entered 07/30/26 19:20:12    Desc
Exhibit ProPhase Diagnostics    Inc. (case 25-19836-CMG) MOR May 2026 - EXHIBITS    Page 5 of 17

"IN RE PROPHASE DIAGNOSTICS, INC."
CHAPTER 11 REORGANIZATION
CASE NO. 25-19836-CMG
[JOINTLY ADMINISTERED – LEAD CASE #25-19833-CMG]


EXHIBIT B
TO
MONTHLY OPERATING REPORT
FOR THE PERIOD MAY 1-31, 2026


STATEMENT OF OPERATIONS
(CASH BASIS)
MAY 1-31, 2026


REVENUE:

RECEIPTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    24,294

TOTAL RECEIPTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    24,294


EXPENSES:

INSURANCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    0

PAYROLL & TAXES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    21,680

OTHER BUSINESS EXPENSES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    114

REORGANIZATION ITEMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    2,500

TOTAL EXPENSES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    24,294
-------------------
NET PROFIT / LOSS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    0


NOTE: A PORTION OF THE ABOVE EXPENSES WERE PAID BY THIRD PARTY CORPORATE AFFILIATES FOR THE BENEFIT OF THE ESTATE

Docusign Envelope ID: E55FDE23-3966-812D-81B0-4E6F30753ED1

EXHIBIT C

TO

MONTHLY OPERATING REPORT

Docusign Envelope ID: E55FDE23-3966-812D-81B0-4E6F30753ED1

Case 25-19833-CMG    Doc 198-1    Filed 07/30/26    Entered 07/30/26 19:20:12    Desc
Exhibit ProPhase Diagnostics    Inc. (case 25-19836-CMG) MOR May 2026 - EXHIBITS    Page 7 of 17

"IN RE PROPHASE DIAGNOSTICS, INC."
CHAPTER 11 REORGANIZATION
CASE NO. 25-19836-CMG
[JOINTLY ADMINISTERED – LEAD CASE #25-19833-CMG]


EXHIBIT C
TO
MONTHLY OPERATING REPORT


LIST OF ADDITIONAL FINANCIALS:


CASH RECEIPTS & DISBURSEMENTS:   SEE FORM MOR-2, AT PART 1, 1(A) THROUGH  1(F)


PROFESSIONAL FEES & DISBURSEMENTS:   SEE FORM MOR-2, AT PART 5, (A) AND (B)


POSTPETITION TAXES:    POST-PETITION PAYROLL TAXES ARE PAID, PER EXHIBIT B, EXPENSES, LINE 3

Docusign Envelope ID: E55FDE23-3966-812D-81B0-4E6F30753ED1

EXHIBIT D

TO

MONTHLY OPERATING REPORT

Docusign Envelope ID: E5EFDE23-3966-812D-81B0-4E6F30753ED1

 **Webster Bank.**

P.O. Box 191
Waterbury, CT 06720-0191

PROPHASE DIAGNOSTICS, INC.
DEBTOR-IN-POSSESSION
626 RXR PLZ FL 6
UNIONDALE NY 11556-3829

**Statement Ending 05/31/2026**

*PROPHASE DIAGNOSTICS, INC.*          **Page 1 of 4**

### Contact Us

| | | |
|---|---|---|
|  Client Services | 800.325.2424 | |
| Mailing  Address | P.O. Box 191 Waterbury, CT 06720-0191 | |
| Online Access | websterbank.com | |

## SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | ENDING BALANCE |
|---|---|---|
| COMMERCIAL CKG W ANALYSIS | XXXXXX9001 | $0.00 |

## COMMERCIAL CKG W ANALYSIS - XXXXXX9001

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 05/01/2026 | **Beginning Balance** | **$0.00** | Average Ledger Balance | -$1.51 |
| | 4 Credit(s) This Period | $2,547.01 | Average Available Balance | -$1.51 |
| | 4 Debit(s) This Period | $2,547.01 | | |
| 05/31/2026 | **Ending Balance** | **$0.00** | | |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 05/01/2026 | WEB TXFR FR DD XXXXXXXX0204 | $833.33 |
| 05/15/2026 | WEB TXFR FR DD XXXXXXXX0204 | $833.34 |
| 05/22/2026 | WEB TXFR FR DD XXXXXXXX0204 | $47.00 |
| 05/29/2026 | WEB TXFR FR DD XXXXXXXX0266 | $833.34 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 05/01/2026 | OUTGOING WIRE,MACIAG LAW LLC,B *ANK OF AMERICA, N.A., NY,NOTPR OVIDED,3599104* | $833.33 |
| 05/15/2026 | OUTGOING WIRE,MACIAG LAW LLC,B *ANK OF AMERICA, N.A., NY,NOTPR OVIDED,3619086* | $833.34 |
| 05/21/2026 | MTHLY ANALYSIS CHARGE | $47.00 |
| 05/29/2026 | OUTGOING WIRE,MACIAG LAW LLC,B *ANK OF AMERICA, N.A., NY,NOTPR OVIDED,3637205* | $833.34 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/30/2026 | $0.00 | 05/21/2026 | -$47.00 | 05/22/2026 | $0.00 |

 **MEMBER FDIC**

Docusign Envelope ID: E55FDE23-3966-812D-81B0-4E6F30753ED1

PROPHASE DIAGNOSTICS, INC.                                    Statement Ending 05/31/2026                    Page 2 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

Docusign Envelope ID: E55FDE23-3966-812D-81B0-4E6F30753ED1

Docusign Envelope ID: E5EFDE23-3966-812D-81B0-4E6F30753ED1

# WebsterBank

## COMMERCIAL CKG W ANALYSIS - XXXXXX9001 (continued)

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Docusign Envelope ID: E5EFDE23-3966-812D-81B0-4E6F30753ED1

Docusign Envelope ID: E5EFDE23-3966-812D-81B0-4E6F30753ED1

WebsterBank

Statement Ending 05/31/2026

PROPHASE DIAGNOSTICS, INC.          Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

Docusign Envelope ID: E5FFDE23-2966-812D-81B0-4E6F30753ED1

EXHIBIT E

TO

MONTHLY OPERATING REPORT

(SIGNATURE PAGES)

Docusign Envelope ID: E5EFDE23-3966-812D-81B0-4E6F30753ED1

## UNITED STATES BANKRUPTCY COURT

DISTRICT OF  NEW JERSEY

| Clear All Fields |
| Save |

In Re.

**ProPhase Diagnostics, Inc.**

§
§
§
§

Debtor(s)

Case No.  25-19836

Lead Case No.  25-19833

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2026

Petition Date: 09/22/2025

Months Pending: 8

Industry Classification: | 5 | 5 | 1 | 1 |

Reporting Method:              Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Ted Karkus
Signature of Responsible Party

07/27/2026
Date

Ted W. Karkus
Printed Name of Responsible Party

626 RXR Plaza, 6th Floor, Uniondale, NY 11556
Address

Click "Generate PDF" to Remove Watermark

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Docusign Envelope ID: E5EFDE23-3966-812D-81B0-4E6F30753ED1

| Debtor's Name | | Save | Case No. | 25-19836 |
|---|---|---|---|---|
| ProPhase Diagnostics, Inc. | | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $2,547 | $12,513 |
| c. Total disbursements (net of transfers between accounts) | $2,547 | $12,513 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $21,680 | $187,091 |
| f. Total disbursements for quarterly fee calculation (c+e) | $24,227 | $199,604 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $58,358,173 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $58,358,173 |
| c. Inventory (Book ◯ Market ◯ Other ⦿ (attach explanation)) | $0 |
| d. Total current assets | $500 |
| e. Total assets | $58,358,673 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $2,293,000 |
| n. Total liabilities (debt) (j+k+l+m) | $2,293,000 |
| o. Ending equity/net worth (e-n) | $56,065,673 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $21,680 | |
| f. Other expenses | $47 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $2,500 | |
| k. Profit (loss) | $-24,227 | $-189,614 |

UST Form 11-MOR (12/01/2021)                                        2

Docusign Envelope ID: E5EFDE23-2966-812D-81B0-4E6F30753ED1

| Debtor's Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| ProPhase Diagnostics, Inc. | | | Save | | Case No. 25-19836 | | |

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | see lead case 25-19833 | Other | $0 | $0 | $0 | $0 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ☐ No ☑ | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ☐ No ☑ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ☐ No ☑ | |
| d. | Are you current on postpetition tax return filings? | Yes ☑ No ☐ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ☑ No ☐ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ☑ No ☐ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ☐ No ☑ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ☑ No ☐ N/A ☐ | |
| i. | Do you have: Worker's compensation insurance? | Yes ☑ No ☐ | |
| | If yes, are your premiums current? | Yes ☑ No ☐ N/A ☐ (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ☑ No ☐ | |
| | If yes, are your premiums current? | Yes ☑ No ☐ N/A ☐ (if no, see Instructions) | |
| | General liability insurance? | Yes ☑ No ☐ | |
| | If yes, are your premiums current? | Yes ☑ No ☐ N/A ☐ (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ☐ No ☑ | |
| k. | Has a disclosure statement been filed with the court? | Yes ☐ No ☑ | |

Click "Generate PDF" to Remove Watermark

UST Form 11-MOR (12/01/2021)                    3

Docusign Envelope ID: E5EFDE23-3966-812D-81B0-4E6F30753ED1

Case 25-19833-CMG   Doc 198-1   Filed 07/30/26   Entered 07/30/26 19:20:12   Desc
Exhibit ProPhase Diagnostics   Inc. (case 25-19836-CMG) MOR May 2026 - EXHIBITS   Page 17 of 17

| Debtor's Name | | | Save | Case No. 25-19836 |
|---|---|---|---|---|
| | ProPhase Diagnostics, Inc. | | | |

1. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?　　　　Yes ◉　　No ○

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○　No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○　No ○　N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Ted Karkus　　*Ted Karkus*
　　　　　　　　　45C4B49D36E149F...
Signature of Responsible Party

07/27/2026
Title

Ted W. Karkus
Printed Name of Responsible Party

07/27/2026
Date

Save

Generate PDF for Court Filing and Remove Watermark

UST Form 11-MOR (12/01/2021)　　　　4