Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
Attorney for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

In re:

**ProPhase Diagnostics NJ, Inc., et al.,**          Case No.: 25-19833-CMG

                                                     Chapter 11

          Debtors.                          (Jointly Administered)

                                     Judge: Hon. Christine M. Gravelle

---

### NOTICE OF PARENT FINANCING IN SUPPORT OF THE DEBTORS' REORGANIZATION

PLEASE TAKE NOTICE that the Debtors, by and through the undersigned, hereby provide notice to the Court and all parties in interest of the following, for informational purposes:

1.      ProPhase Labs, Inc. ("Labs"), the non-debtor parent of the above-captioned Debtors, has obtained financing in the principal amount of One Million Five Hundred Thousand Dollars ($1,500,000) (the "Loan") from J.J. Astor & Co. (the "Lender"), a third-party institutional lender. The Loan is evidenced by a senior secured convertible installment promissory note of Labs in $2,085,000 original principal amount (the "Note"). Labs is not a debtor in these cases, and this Notice is provided for the Court's and parties' information only; no relief is sought hereby and no order is requested.

2.      The proceeds of such financing are to be used to provide working capital to Labs and the Debtors for the pursuit and collection of the Debtors' insurance and other receivables (the "Receivables"), in furtherance of the Debtors' reorganization, of the continued operation of the Debtors as going concerns, and to facilitate the confirmation and effectuating of a plan of reorganization that provides for satisfactory distributions to Creditors. The financing is intended to support and preserve the value of the Debtors' estates and to keep the Debtors whole during the pursuit of collection of the Receivables, which is central to this reorganization effort.

3.      In connection with such financing, Labs and Crown Medical Collections LLC ("CMC") have arranged for the repayment of the financing in the ordinary course. Importantly, in addition to other potential repayment sources available to Labs including an existing equity line of credit and Labs cash flow, repayment of the Note is to be made from net proceeds of Receivables collections that would otherwise be distributable by the Debtors to Labs, that is, only from Labs' own share of proceeds remaining after deduction of CMC's court-approved fees, the fees of the Office of the United States Trustee, and any Bankruptcy Court-approved administrative expenses and professional fees in these cases (such net amounts otherwise distributable to Labs, the "Net Receipts"). From that share, Labs and CMC have agreed that the majority of the Net Receipts otherwise distributable to Labs shall be applied to repay the Lender until the financing has been paid in full.

4.      For the avoidance of doubt, the foregoing repayment arrangement does not, and shall not, impair, subordinate, or reduce any distribution to creditors of the Debtors' estates, the payment of any

Docusign Envelope ID: 060F7225-4096-8127-804D-AE6AA5C714A1

Bankruptcy Court-approved fees or administrative expenses, or the rights of any debtor-in-possession lender under any financing order entered by this Court. The Lender is repaid out of amounts that would otherwise flow to Labs as the non-debtor parent, after all estate obligations described above are satisfied; no creditor of the estates receives less on account of this financing. The financing is an arrangement of Labs, the non-debtor parent, and the Bankruptcy Court does not have, and this Notice does not seek to confer, jurisdiction over the financing itself. No approval of the financing is sought or required, and the Debtors' estates are affected only to the extent of amounts that would otherwise be distributable from the estates to Labs.

5.      This Notice is provided in the interest of full transparency to the Court and all parties in interest concerning the source of working capital supporting the Debtors' collection efforts and reorganization.

Maciag Law, LLC

Digitally signed by
Thaddeus R Maciag
Date: 2026.07.31 11:23:51
-04'00'

By: _____

Thaddeus R. Maciag, Esq.
Attorney for the Debtors


Dated:  July 31, 2026

ProPhase Labs, Inc.
ProPhase Diagnostics NJ, Inc.
ProPhase Diagnostics NY, Inc.
cs, Inc.

DocuSigned by:

Ted Karkus

45C4B49D36E149F...

By: _____

Ted Karkus
CEO of the Jointly Administered Debtors
CEO of ProPhase Labs, Inc.


Dated:  July 31, 2026