UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street, Princeton, NJ 08540
908-704-8800 (Attorney for the Debtors)

Wallace B. Neel, Esq.,Wallace Neel, PLLC
1 Blue Hill Plaza #1509, Pearl River, NY10965
646-524-6502(Special Counsel to Debtors) ⊞

In Re:

ProPhase Diagnostics NJ Inc., et al.

(Jointly Administered)

| | |
|---|---|
| Case No.: | 25-19833-CMG |
| Chapter: | 11 |
| Hearing Date: | September 1, 2026 |
| Judge: | Gravelle |

## NOTICE OF OBJECTION TO YOUR CLAIM

To: PPFB LLC [Douglas McGill]  *[Claim Holder and Counsel, if any]*

The _____ Debtors _____ *[Objector]* has filed the enclosed Objection to Proof of Claim of PPFB, LLC _____ *[Title of Objection]* (Docket No. [ 205 ]) which seeks to alter your rights by Disallowing PPFB'S Proof of Claim (or, in the alternative, Estimating PPFB's Proof of Claim at zero ($0)

*[Describe effect of the Objection, i.e., disallowing, reducing, modifying, etc.]*

If you disagree with the objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before _____ August 25, 2026 _____.

At the same time, you must also serve a copy of the response upon the _____ Debtors' _____

*[Objector's]* attorney: *[Address of objector's counsel]* Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street
Princeton, NJ 08540
908-704-8800

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the honorable _____ Christine Gravelle _____ on _____ September 1, 2026 _____ at ____ 10:00 ____ a.m. at the United States Bankruptcy Court, _____ Trenton, NJ (or on-line as the Court may permit) _____, Courtroom no. ____ 3 ____.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

*new.11/4/16*