**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
*Attorney for the Debtors*

Wallace B. Neel, Esq. (pro hac vice)
WALLACE NEEL, PLLC
1 Blue Hill Plaza, LL Suite 1509
Pearl River, New York 10965
(646) 524-6502
*Special Counsel to the Debtors*

|  |  |
|---|---|
| In re:<br><br>    ProPhase Diagnostics NJ, Inc., *et al.*,<br><br>                                             Debtors.<br><br><br>               (Jointly Administered) | Case No.: 25-19833-CMG<br>Chapter 11 Reorganization<br>Judge:  Gravelle<br>Hearing Date: September 1, 2026 |

**NOTICE OF**

**DEBTORS' OBJECTION TO PROOFS OF CLAIM  FILED BY PPFB, LLC,**

**OR, IN THE ALTERNATIVE,**

**TO ESTIMATE THE CLAIMS**

**AT $0,  PURSUANT TO 11 U.S.C. §§ 502(b) AND 502[c]**

TO:    **Notice parties per Certificate of Service**

PLEASE TAKE NOTICE THAT on September 1, 2026 at 10:00am or at such time as the

Court may set, the undersigned attorney for the Debtors shall move before the Hon. Christine M.

Gravelle,  Chief  Judge,  United  States  Bankruptcy  Court,  at  Courtroom  #3,  United  States

Courthouse, 402 East State Street, Trenton, NJ 08608 (or by such Remote Hearing methods as the Court may permit), for entry of an Order in the form filed herewith, granting this Objection to Proof of Claim and either fixing or estimating PPFB, LLC'S Proofs of Claim (duplicate claims were filed in each of the three Jointly Administered cases) at a maximum amount of $0.00, without prejudice to Debtors' rights of counterclaim, recoupment, setoff, and chargeback.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant this Motion, or if you want the Court to consider your view on the motion, then on or before seven (7) days prior to the hearing date, you or your attorney must file with the court a written response or a written request for a hearing, to: Clerk, U.S. Bankruptcy Court, 402 East State Street, Trenton, N.J.  08608.

If you mail those papers, you must mail it early enough so the court will receive it on or before the date it is due.

You must also mail a copy to the Debtor's Attorney: Thaddeus R. Maciag, Esq., Maciag Law, LLC, 475 Wall Street, Princeton, N.J. 08540 so that it is received no later than seven (7) days before the hearing date (or in the alternative if you are filing through an attorney, same may be filed by your attorney through the Court's ECF electronic case filing system).

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may an enter an order granting that relief.

PLEASE TAKE FURTHER NOTICE that in support of this Objection to Proof of Claim, Movant Debtors shall rely upon the Objection papers submitted herewith, as well as further legal

argument and the testimony of witnesses, if necessary and appropriate.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Local Bankruptcy Rules, Movant does not believe that a Brief is necessary as the present Motion does not involve any complicated questions of fact or unique questions of law.

PLEASE TAKE FURTHER NOTICE that pursuant to the Local Bankruptcy Rules, if no response to this Motion is timely filed, the Motion shall be deemed uncontested in accord with D.N.J. LBR 9013(a) and the relief requested may be granted by the Court without further notice.

A proposed Form of Order is attached.

Date: August 8, 2026

Respectfully submitted,

MACIAG LAW, LLC

/s/ Thaddeus R. Maciag
Thaddeus R. Maciag, Esq.
Attorney for the Debtors

WALLACE NEEL, PLLC

/s/ Wallace B. Neel
Wallace B. Neel, Esq.
Special Counsel to the Debtors