UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
Attorney for the Debtors

| | |
|---|---|
| Case No.: | 25-19833-CMG |
| Chapter: | 11 |

In Re:

ProPhase Diagnostics NJ, Inc., et al.,
Debtors.

(jointly administered)

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | 9/1/2026 |
| Judge: | Gravelle |

## CERTIFICATION OF SERVICE

1.  I, _____Thaddeus Maciag_____ :

   ☒ represent _____the Debtors_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2.  On _____August 8, 2026_____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.
   Motion to Disallow or Estimate Claims of PPFB, LLC

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: ___8/08/2026___

/s/ Thaddeus Maciag   /s/ Wallace Neel
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Dept of Justice<br>Office of the US Trustee<br>attn: Jeffrey M. Sponder, Esq<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Debtors<br>42 Throckmorton Ln<br>Old Bridge, NJ 08857 | Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email as agreed<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Douglas J. McGill, Esq.<br>Attorney for PPFB, LLC<br>Webber McGill LLC<br>100 E. Hanover Avenue, Suite 104<br>Cedar Knolls, New Jersey 07927 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*