**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.

MACIAG LAW, LLC

475 Wall Street

Princeton, New Jersey 08540

(908) 704-8800

*Attorney for the Debtors*

Wallace B. Neel, Esq.

(*pro hac vice*)

WALLACE NEEL, PLLC

1 Blue Hill Plaza, LL Suite 1509

Pearl River, New York 10965

(646) 524-6502

*Special Counsel to the Debtors*

| | |
|---|---|
| In re:<br><br>    ProPhase Diagnostics NJ, Inc., *et al.*,<br><br><br>                              Debtors. | Case No.: 25-19833-CMG<br>Chapter 11 Reorganization<br>Judge:  Gravelle<br>Hearing Date: September 1, 2026<br><br>    (Jointly Administered) |

**ORDER GRANTING DEBTORS' OBJECTION**

**TO PROOFS OF CLAIM**

**OF PPFB, LLC**


The relief set forth on the following pages, numbered two (2) through two (2), is

hereby **ORDERED**.

This matter having been opened to the Court by Thaddeus R. Maciag Esq., Maciag Law LLC, attorney for the jointly administered Debtors for entry of an Order granting the Debtors' Objection to the Proofs of Claim of PPFB, LLC, and, and this Court having considered any objections, if any, as may have been filed; and this Court having reviewed the papers submitted and considered the arguments of counsel; and good cause showing for the entry of this Order, it is **ORDERED** that

1.      The Motion is Granted.

2.      The Proofs of Claim filed by PPFB, LLC in each of the three jointly administered cases (Claim #6 in case #25-19833-CMG; Claim #6 in case #25-19834-CMG; and Claim #4 in case #25-19833-CMG) are all disallowed and expunged of record.

3.      The Clerk shall enter this Order on the docket in each of the three Debtor cases.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation or enforcement of this Order.

# # #