UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Kelly Firm, P.C.
Andrew J. Kelly, Esq.
Nicholas D. Norcia, Esq.
1011 Highway 71
Suite 200, Spring Lake, NJ  07762
732-449-0525
akelly@kbtlaw.com
nnorcia@kbtlaw.com
Local Counsel for ATC Testing
and Screening Services LLC

In Re:  ProPhase Diagnostics NJ, Inc., et al.,

Debtors.

Case No.: _____25-19833_____

Adv. Pro. No.: _____

Chapter: _____11_____

Subchapter V:    ❏ Yes  ❏ No

Hearing Date: __8/11/26__

Judge: _____CMG_____

## ADJOURNMENT REQUEST

1.    I, __Andrew J. Kelly, Esq._____,

   ☒  am the attorney for:  __ATC Testing and Screening Services, LLC_____,

   ❏  am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: __Motion to Convert Case to Ch. 7 (Doc. 150)_____

   Current hearing date and time: __8/11/26, 2:00 pm_____

   New date requested: __8/18/26, 2pm_____

   Reason for adjournment request: __To allow the parties time to continue discussing settlement.__

   _____

2.    Consent to adjournment:

   ☒  I have the consent of all parties.    ❏  I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.


Date:     8/10/26                          /s/ Andrew J. Kelly
                                          Signature




**COURT USE ONLY:**


The request for adjournment is:

☒ Granted          New hearing date: August 18, 2026 at 2:00 p.m.  ❑ Peremptory

❑ Granted over objection(s)   New hearing date: _____      ❑ Peremptory

❑ Denied


       **IMPORTANT: If your request is granted, you must notify interested parties
who are not electronic filers of the new hearing date.**

*rev.10/2021*

2