UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 25-10833-CMG |
| ProPhase Diagnostics NJ, Inc. | Chapter: | 11 |
| (Jointly Administered) | Judge: | Gravelle |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

ProPhase Diagnostics, NJ, Inc., et al, the, jointly administered Debtors, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk, United States Bankruptcy Court<br>Clarkson S. Fisher U.S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on September 15, 2026 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3, Trenton, NJ 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| | |
|---|---|
| Nature of action: | Motion to Approve the Debtors' Settlement Agreement with Drexel Distribution, Inc. d/b/a EZ-test NY, and Bedis Zormati |

| | |
|---|---|
| Pertinent terms of settlement: | The $1,754,088.00 Proof of Claim filed by Drexel Distribution Inc. ("Drexel") shall be reduced to $125,000.00 paid by the Debtors. (An additional $775,000.00 shall be paid by the Debtors' parent company outside of the Plan). All parties mutually Release. Drexel will Accept the Debtors' Plan as consistent with the Settlement, and the Debtors and Drexel will dismiss their various pending motions and proceedings against each other in U.S. Bankruptcy Court and in state court. |

Objections must be served on, and requests for additional information directed to:

Name: Wallace Neel, Esq., Special Counsel to the Debtors

Address: 1 Blue Hill Plaza, LL Suite 1509, Pearl River, New York 10965

Telephone No.: (646) 524-6502