UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
Attorney for the Debtors

In Re:

ProPhase Diagnostics NJ, Inc., et al.,

Debtors.
(jointly administered)

Case No.: 25-19833

Chapter: 11

Judge: Gravelle

**CERTIFICATION OF NO OBJECTION REGARDING**

MonthlyFeeStmt WALLACE NEEL PLLC -APRIL 2026

**DOCUMENT NO.** ecf #195

The court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the Monthly Fee Statement filed on July 30, 2026 were to be filed and served not later than August 13, 2026. I, Thaddeus R. Maciag Esq certify that, as of August 14, 2026, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the above Wallace Neel PLLC Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: 08-14-2026

/s/ Thaddeus R. Maciag
Signature