UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WALLACE NEEL PLLC
Wallace B. Neel, Esq. (Admitted Pro Hac Vice)
1 Blue Hill Plaza, LLSt1509, Pearl River, NY 10965
(646)524-6502 Special Counsel to the Debtors

MACIAG LAW, LLC
Thaddeus R. Maciag, Esq.
475 Wall Street, Princeton, NJ 08540
Tel: (908)704-8800 Attorney for the Debtors

In Re:

In re:

ProPhase Diagnostics NJ, Inc., et al.,

Debtors.

(jointly administered)

Case No.: 25-19833-CMG

Adv. Pro. No.: ______________

Chapter: 11

Subchapter V: ☐ Yes ☒ No

Hearing Date: August 18, 2026

Judge: Gravelle

**ADJOURNMENT REQUEST**

1. I, Wallace Neel/Thaddeus Maciag,

☒ am the attorney for: the Debtors,

☐ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: All matters on for August 18, 2026 at 2:00pm

Current hearing date and time: August 18, 2026 at 2:00pm

New date requested: September 15, 2026 at 2:00pm

Reason for adjournment request: This is a joint Consent Adjourn Request; the remaining issues are tied in with the matters that are already on for September 15.

2. Consent to adjournment:

☒ I have the consent of all parties. ☐ I do not have the consent of all parties (explain below):

______________________________________________

______________________________________________

I certify under penalty of perjury that the foregoing is true.

Date: 08-18-2026 /s/WallaceNeel /Thaddeus Maciag
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted New hearing date: September 15, 2026 at 2:00 ☐ Peremptory

☐ Granted over objection(s) New hearing date: ________________________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*