UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 25-10833-CMG |
| ProPhase Diagnostics NJ, Inc. | | Chapter: | 11 |
| (Jointly Administered) | | Judge: | Gravelle |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

ProPhase Diagnostics, NJ, Inc., et al, the, jointly administered Debtors, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk: Clerk, United States Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on September 15, 2026 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3, Trenton, NJ 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:
Motion to Approve the Debtors' Settlement Agreement with Drexel Distribution, Inc. d/b/a EZ-test NY, and Bedis Zormati

Pertinent terms of settlement: The $1,754,088.00 Proof of Claim filed by Drexel Distribution Inc. ("Drexel") shall be reduced to $125,000.00 paid by the Debtors. (An additional $775,000.00 shall be paid by the Debtors' parent company outside of the Plan). All parties mutually Release. Drexel will Accept the Debtors' Plan as consistent with the Settlement, and the Debtors and Drexel will dismiss their various pending motions and proceedings against each other in U.S. Bankruptcy Court and in state court.

Objections must be served on, and requests for additional information directed to:

Name: Wallace Neel, Esq., Special Counsel to the Debtors

Address: 1 Blue Hill Plaza, LL Suite 1509, Pearl River, New York 10965

Telephone No.: (646) 524-6502

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-19833-CMG

ProPhase Diagnostics NJ, Inc. Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3

Date Rcvd: Aug 17, 2026 Form ID: pdf905 Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | ProPhase Diagnostics NJ, Inc., 42 Throckmorton Lane, Old Bridge, NJ 08857-2572 |
| sp | + | Crown Medical Collections, LLC, 110 W. High Street, Ebensburg, PA 15931-1539 |
| cr | + | Drexel Distribution, Inc. dba EZ Test NY, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Drexel Distributions, Inc., c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| sp | + | Wallace Neel, Wallace Neel PLLC, 1 Blue Hill Plaza, LL, Suite 1509, Pearl River, NY 10965-3165 |
| 520844930 | | ATC Testing and Screening Services LLC, 4532 W Napoleon Ave Ste 202, Metairie, LA 70001-2486 |
| 520844936 | + | BRG Office LLC - Unit 2 Assoc LLC, 711 Stewart Ave., Garden City, NY 11530-4731 |
| 520844937 | | Crown Castle Fiber LLC, PO Box 28730, New York, NY 10087-8730 |
| 520864108 | | Darktrace Holdings Limited, Maurice Wilkes Building,, Cowley Road, Cambridge, CB4 0DS United Kingdom |
| 520844938 | | Darktrace Holdings Ltd., Dept LA 25444, Pasadena, CA 91185-5444 |
| 520844939 | + | Delinea Inc (Thycotic), 215 19th Street, Suite 1220, Des Moines, IA 50316 |
| 520844931 | + | Drexel Distrib. dba EZ Test NY, 223 W 14th St, New York, NY 10011-7113 |
| 520844940 | + | EZ Connect Inc, 3249 SE Quay Street, Port Saint Lucie, FL 34984-6518 |
| 520844941 | + | First Financial Holdings, PO Box 631222, Cincinnati, OH 45263-1222 |
| 520815962 | | Fisher Healthcare, P.O. Box 3648, Boston, MA 02241-3648 |
| 520844943 | + | FrontrunnerHC, Inc, 36 Cordage Park, Plymouth, MA 02360-7331 |
| 520954971 | + | Grace Park, Cotchett, Pitre & McCarthy, LLP, 840 Malcolm Rd, Burlingame, CA 94010-1413 |
| 520844944 | + | LabSender, LLC, 9216 N Dawn Ave., Kansas City, MO 64154-1401 |
| 520844945 | + | Leaf Capital Funding, LLC, 110 S Poplar St Ste 101, Wilmington, DE 19801-5034 |
| 520815963 | + | Life Technologies Corporation, 12088 Collection Center Dr,, Chicago, IL 60693-0001 |
| 521021026 | | NJ Dept. of Labor, Div. of Employer Accts., POB 379, Trenton, NJ 08625-0379 |
| 520844946 | + | NY State Dept. of Health, Clinical Laboratory Eval. Program, Wadsworth Center, Empire State Plaza, Albany, NY 12237-0001 |
| 520815964 | + | Operations Control for Laboratories LLC, PO Box 550, Minooka, IL 60447-0550 |
| 520844947 | + | Orchard Software Corporation, 701 Congressional Blvd., Carmel, IN 46032-5635 |
| 520844932 | + | Oscar Michelen, Esq., 200 Old Country Road, Suite 2 South, Mineola, NY 11501-4279 |
| 520904833 | + | PPFB, LLC, Cotchett, Pitre & McCarthy, LLP, 840 Malcolm Rd, Burlingame, CA 94010-1401 |
| 520904225 | + | Principal Life Insurance Company, c/o Barbara Warner, 711 High St., Des Moines, IA 50392-0001 |
| 520844948 | + | ProPhase Labs, Inc., 626 RXR Plaza, 6th Floor, Uniondale, NY 11556-3829 |
| 520844949 | + | RC Testing Service Corp., Po Box 248, Lynbrook, NY 11563-0248 |
| 520844951 | + | SKF Global Inc., 63 Bolan Dr. West, West Orange, NJ 07052-3673 |
| 520844950 | | Siemens Healthcare Diagnostics Inc, 27511, Cary, NC 27511 |
| 520902851 | + | State of New Jersey, c-o Charisse M. Penalver, Esq., Deputy Attorney General, 5 Executive Campus, Suite 205, Cherry Hill, NJ 08002-4107 |
| 520902852 | + | State of New York, c-o Nathan Shi, Esq, Special Asst. Attorney General, 28 Liberty Street, New York, NY 10005-1400 |
| 520844952 | + | Sysmex America, Inc., 28241 Network Pl, Chicago, IL 60673-1282 |
| 520815965 | + | Throckmorton Lane Realty, 26 Throckmorton Ln, Fl 2, Old Bridge, NJ 08857-2579 |
| 520844953 | + | Torreyana Corp, 2196 Ocean View Blvd, San Diego, CA 92113-1241 |
| 520815966 | + | Twp. of Old Bridge Bureau Fire Prev, 3098 Highway 516, Old Bridge, NJ 08857-2369 |
| 520959622 | + | U.S. Department of Health & Human Services, Centers for Medicare & Medicaid Services, 7500 Security Boulevard, Mail Stop DO-01, Baltimore, MD 21244-1849 |
| 520902853 | + | United States of America, c-o Tsz Ting Tam, Esq., Assistant U.S. Attorney, 271 Cadman Plaza East, Brooklyn NY 11201-1835 |
| 520844956 | + | Vitalaxis, Inc., 8000 Virginia Manor Rd, Beltsville, MD 20705-4211 |

| | | |
|---|---|---|
| 520844933 | + | Westerman Ball Ederer Miller, Esqs., 1201 RXR Plaza, Uniondale, NY 11556-4201 |
| 520844958 | + | Zoom Video Communications Inc, PO Box 888843, Los Angeles, CA 90088-8843 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 17 2026 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 17 2026 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 17 2026 22:04:00 | United States of America, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 520844934 | ^ | MEBN | Aug 17 2026 21:57:17 | Amazon Capital Services, PO Box 035184, Seattle, WA 98124-5184 |
| 520844935 | | Email/Text: bankruptcy_notices@bio-rad.com | Aug 17 2026 22:04:00 | Bio-Rad, PO Box 849740, Los Angeles, CA 90084 |
| 520844954 | | Email/Text: arbankruptcy@uline.com | Aug 17 2026 22:05:00 | Uline, PO Box 88741, Chicago, IL 60680-1741 |
| 520815967 | ^ | MEBN | Aug 17 2026 22:00:36 | United Corporate Services, 10 Bank Street, Suite 560, White Plains, NY 10606-1962 |
| 520844957 | ^ | MEBN | Aug 17 2026 22:00:36 | Waystar, 1311 Solutions Center, Chicago, IL 60677-1003 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| 520844942 | * | Fisher Healthcare, P.O. Box 3648, Boston, MA 02241-3648 |
| 521011819 | *+ | IRS, 51 Haddonfield Road, Suite 300, Cherry Hill, NJ 08002-4805 |
| 520968846 | * | Internal Revenue service, P.O.BOX 7346, Philadelphia PA 19101-7346 |
| 520844955 | *+ | United Corporate Services, 10 Bank Street, Suite 560, White Plains, NY 10606-1962 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Creditor ATC Testing and Screening Services LLC akelly@kbtlaw.com, wsheridan@kbtlaw.com;nnorcia@kbtlaw.com |
| Douglas J. McGill | on behalf of Creditor PPFB LLC dmcgill@webbermcgill.com |
| Douglas J. McGill | on behalf of Plaintiff United States New York State and State of New Jersey ex rel. PPFB, LLC dmcgill@webbermcgill.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America eamonn.ohagan@usdoj.gov |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Joseph H. Lemkin | on behalf of Creditor Drexel Distributions Inc. jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Drexel Distribution Inc. dba EZ Test NY jlemkin@stark-stark.com |
| Thaddeus R. Maciag | on behalf of Defendant ProPhase Diagnostics NJ, Inc. MaciagLaw1@aol.com |
| Thaddeus R. Maciag | on behalf of Plaintiff ProPhase Diagnostics Inc. MaciagLaw1@aol.com |
| Thaddeus R. Maciag | on behalf of Debtor ProPhase Diagnostics NJ Inc. MaciagLaw1@aol.com |
| Thaddeus R. Maciag | on behalf of Debtor ProPhase Diagnostics NY Inc. MaciagLaw1@aol.com |
| Thaddeus R. Maciag | on behalf of Debtor ProPhase Diagnostics Inc. MaciagLaw1@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13