UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on August 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: ProPhase Diagnostics NJ, Inc. | Case No. | 25-19833 |
| | Hearing Date: | 9/29/2026 |
| | Judge: | Gravelle |

**AMENDED ORDER AND NOTICE ON DISCLOSURE STATEMENT**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 24, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The Court having noted that a Plan and Disclosure Statement have been filed by Thaddeus R. Maciag as attorney(s) for the Debtor and for good cause shown, it is

ORDERED that pursuant to the provisions of Bankruptcy Rule 3017 (a), hearing on the adequacy of the Disclosure Statement shall be held before the Honorable Christine M. Gravelle at the following time and place:

| | |
|---|---|
| DATE AND TIME: | September 29, 2026 at 10:00AM |
| COURTROOM: | 3 |
| PLACE: | USBC |
| | 402 East State Street |
| | Trenton, NJ 08608 |

ORDERED that notice of said hearing shall be sent by the Clerk of the Bankruptcy Court in accordance with the provisions of Bankruptcy Rule 3017 (a) at least 28 days prior to the hearing date. Written objections to the adequacy of the Disclosure Statement shall be filed with the Clerk of this Court and served upon counsel for the Debtor, Counsel for the Creditor's Committee and upon the United States Trustee no later than 14 days prior to the hearing before this Court, unless otherwise directed by the court; and it is further

ORDERED that copies of the Disclosure Statement and Plan, together with copies of this Notice and Order, shall be served by the proponent of the Disclosure Statement and Plan on the Debtor, United State Trustee, Counsel for the Creditor's Committee, and the Securities and Exchange Commission. Such copies shall also be provided by the proponent to any party in interest, upon written request; and it is further

ORDERED that no creditor or other party in interest shall be heard in opposition to the adequacy of the Disclosure Statement without good cause, unless such party shall have served and filed such objection within the aforementioned time and effected service upon the parties named above.

*rev.12/1/09*

United States Bankruptcy Court

District of New Jersey

In re:
ProPhase Diagnostics NJ, Inc.
Debtor

Case No. 25-19833-CMG
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Aug 24, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | #+ | ProPhase Diagnostics NJ, Inc., 42 Throckmorton Lane, Old Bridge, NJ 08857-2572 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew J. Kelly | on behalf of Creditor ATC Testing and Screening Services LLC akelly@kbtlaw.com, wsheridan@kbtlaw.com;nnorcia@kbtlaw.com |
| Douglas J. McGill | on behalf of Creditor PPFB LLC dmcgill@webbermcgill.com |
| Douglas J. McGill | on behalf of Plaintiff United States New York State and State of New Jersey ex rel. PPFB, LLC dmcgill@webbermcgill.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America eamonn.ohagan@usdoj.gov |
| Jeffrey M. Sponder | |

| | |
|---|---|
| | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Joseph H. Lemkin | on behalf of Creditor Drexel Distributions Inc. jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Drexel Distribution Inc. dba EZ Test NY jlemkin@stark-stark.com |
| Thaddeus R. Maciag | on behalf of Debtor ProPhase Diagnostics NJ Inc. MaciagLaw1@aol.com |
| Thaddeus R. Maciag | on behalf of Plaintiff ProPhase Diagnostics Inc. MaciagLaw1@aol.com |
| Thaddeus R. Maciag | on behalf of Defendant ProPhase Diagnostics NJ, Inc. MaciagLaw1@aol.com |
| Thaddeus R. Maciag | on behalf of Debtor ProPhase Diagnostics Inc. MaciagLaw1@aol.com |
| Thaddeus R. Maciag | on behalf of Debtor ProPhase Diagnostics NY Inc. MaciagLaw1@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13