**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
*Attorney for the Debtors*

In re:
ProPhase Diagnostics NJ, Inc., *et al.*,
Debtors.
(Jointly Administered)

Case No.: 25-19833-CMG
Chapter 11 Reorganization
Judge: Gravelle
Objection Date: September 2, 2026

**RESPONSE TO**
**APPLICATION FOR RETENTION OF PROFESSIONAL**
**JOSEPH R. ZAPATA Jr., McMANIMON SCOTLAND & BAUMANN LLC**

Your Honor:

1). I have communicated with both Joseph Zapata Esq. and with U.S. Trustee Trial Attorney Jeffrey Sponder Esq. regarding the instant Application for Retention of Mr. Zapata of McManimon Scotland, and I file this response NOT as an objection to the Application for Retention of Mr. Zapata, but rather only as a response to note my suggestion of a clarifying clause to the proposed form of Order Authorizing Retention.

2). As the Court is aware, the undersigned has been dealing with a health issue over the past several weeks. That issue having finally been successfully diagnosed, the good news is that it is fully treatable, but addressing it will require me to be out on medical leave a couple of days a week for the next month or so, just as this case is moving through the very busy Plan Confirmation stage. The Debtors are therefore retaining Joseph R. Zapata Esq. of McManimon Scotland. I have worked with Joe Zapata in three other Reorganization cases before Judge Gravelle over just the past four years, and I am confident he will represent the Debtors diligently as this case goes forward.

3). I file this response to suggest that the Proposed Form of Order be clarified by adding an additional Paragraph 5, stating as follows:

> 5. This Order and Retention applies to the Lead Case, 25-19833-CMG, the related Jointly Administered cases, and all Associated Cases, including: Case #25-19833-CMG; Case #25-19834-CMG; Case #25-19836-CMG; Adv. Proc. 26-01208-

CMG; Adv. Proc. 25-02526-CMG; Adv. Proc. 25-02527-CMG; and Adv. Proc. 25-02528-CMG. Upon entry of this Order, the Clerk shall post this Order on the Pacer dockets in each of those cases.

4). With that added clarification by addition of a new Paragraph 5 to the Order, this will confirm I have No Objection to the proposed Application.

Date: September 1, 2026

Respectfully submitted,
MACIAG LAW, LLC

/s/ Thaddeus R. Maciag
Thaddeus R. Maciag, Esq.
Attorney for the Debtors