| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(973) 622-1800<br>Joseph R. Zapata, Jr. (jzapata@msbnj.com)<br>*Counsel for ProPhase Diagnostics NJ, Inc., Debtor* | **Order Filed on September 3, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>PROPHASE DIAGNOSTICS NJ, INC.,<br><br>Debtor. | Case No. 25-19833 (CMG)<br><br>Chapter 11<br><br>Honorable Christine M. Gravelle |

**ORDER AUTHORIZING RETENTION OF McMANIMON, SCOTLAND & BAUMANN, LLC, AS SUBSTITUTE ATTORNEYS FOR THE DEBTOR AND TERMINATING RETENTION OF THADDEUS R. MACIAG, ESQ.**
***Revised as of September 3, 2026***

The relief set forth on the following page is **ORDERED**.

**DATED: September 3, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain McManimon, Scotland & Baumann, LLC, as attorneys for the Debtor, ProPhase Diagnostics NJ, Inc., it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: 427 Riverview Plaza
   Trenton, New Jersey 08611

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).
3. The effective date of retention of McManimon, Scotland & Baumann, LLC is the date the application was filed with the Court.
4. Debtor, ProPhase Diagnostics NJ, Inc.'s retention of Thaddeus R. Maciag, Esq. as counsel (as authorized by the Order entered on October 20, 2025 [Dkt. No. 29] is terminated upon the effective date of the retention of McManimon, Scotland & Baumann, LLC.
5. This Order and Retention applies to the Lead Case, 25-19833-CMG, the related Jointly Administered cases, and all Associated Cases, including: Case #25-19833-CMG; Case #25-19834-CMG; Case #25-19836-CMG; Adv. Proc. 26-01208-CMG; Adv. Proc. 25-02526-CMG; Adv. Proc. 25-02527-CMG; and Adv. Proc. 25-02528-CMG. Upon entry of this Order, the Clerk shall post this Order on the Pacer dockets in each of those cases.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-19833-CMG |
| ProPhase Diagnostics NJ, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 03, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | ProPhase Diagnostics NJ, Inc., 42 Throckmorton Lane, Old Bridge, NJ 08857-2572 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Creditor ATC Testing and Screening Services LLC akelly@kbtlaw.com, wsheridan@kbtlaw.com;nnorcia@kbtlaw.com |
| Douglas J. McGill | on behalf of Creditor PPFB LLC dmcgill@webbermcgill.com |
| Douglas J. McGill | on behalf of Plaintiff United States New York State and State of New Jersey ex rel. PPFB, LLC dmcgill@webbermcgill.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America eamonn.ohagan@usdoj.gov |
| Jeffrey M. Sponder | |

| | |
|---|---|
| | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Joseph H. Lemkin | on behalf of Creditor Drexel Distributions Inc. jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Drexel Distribution Inc. dba EZ Test NY jlemkin@stark-stark.com |
| Joseph R Zapata, Jr | on behalf of Plaintiff ProPhase Diagnostics Inc. jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Debtor ProPhase Diagnostics Inc. jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Debtor ProPhase Diagnostics NY Inc. jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Debtor ProPhase Diagnostics NJ Inc. jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant ProPhase Diagnostics NJ, Inc. jzapata@msbnj.com |
| Thaddeus R. Maciag | on behalf of Plaintiff ProPhase Diagnostics Inc. MaciagLaw1@aol.com |
| Thaddeus R. Maciag | on behalf of Defendant ProPhase Diagnostics NJ, Inc. MaciagLaw1@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15