Order Filed on September 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McManimon Scotland & Baumann, LLC
Joseph R. Zapata, Jr.
427 Riverview Plaza
Trenton, NJ 08611
(973) 323-8667
jzapata@msbnj.com

In Re:

PROPHASE DIAGNOSTICS NJ, INC., et. al.,

| | |
|---|---|
| Case No.: | 25-19833 (CMG) |
| Adv. No.: | n/a |
| Chapter: | 11 |
| Judge: | Christine M. Gravelle |

**ORDER FOR ADMISSION PRO HAC VICE**

The relief set forth on the following page is **ORDERED**.

**DATED: September 29, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Philip R. Berwish, Esq. be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev.03/01/2024*

United States Bankruptcy Court

District of New Jersey

In re:
ProPhase Diagnostics NJ, Inc.
Debtor

Case No. 25-19833-CMG
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2

Date Rcvd: Sep 29, 2026 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | ProPhase Diagnostics NJ, Inc., 42 Throckmorton Lane, Old Bridge, NJ 08857-2572 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Creditor ATC Testing and Screening Services LLC akelly@kbtlaw.com, wsheridan@kbtlaw.com;nnorcia@kbtlaw.com |
| Douglas J. McGill | on behalf of Plaintiff United States New York State and State of New Jersey ex rel. PPFB, LLC dmcgill@webbermcgill.com |
| Douglas J. McGill | on behalf of Creditor PPFB LLC dmcgill@webbermcgill.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America eamonn.ohagan@usdoj.gov |
| Jeffrey M. Sponder | |

| | |
|---|---|
| | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Joseph H. Lemkin | on behalf of Creditor Drexel Distribution Inc. dba EZ Test NY jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Drexel Distributions Inc. jlemkin@stark-stark.com |
| Joseph R Zapata, Jr | on behalf of Defendant ProPhase Diagnostics NJ, Inc. jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Debtor ProPhase Diagnostics NY Inc. jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Debtor ProPhase Diagnostics NJ Inc. jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Debtor ProPhase Diagnostics Inc. jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Plaintiff ProPhase Diagnostics Inc. jzapata@msbnj.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13