**STARK & STARK, PC**
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 791-7022

-and-

**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**
Jay S. Hellman, Esq.
Admitted *Pro Hac Vice*
1201 RXR Plaza
Uniondale, New York 11556
Telephone (516) 622-9200

*Attorneys for Drexel Distribution, Inc. d/b/a EZ Test NY*

| | |
|---|---|
| In re: | Chapter 11 |
| **PROPHASE DIAGNOSTICS NJ, INC., *et al.*,** | |
| | Case No. 25-19833-CMG |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL, WITH PREJUDICE, OF DREXEL DISTRIBUTION, INC. D/B/A EZ TEST NY'S MOTION TO CONVERT THE CASES (DOC 150) AND RELATED SUPPLEMENTAL SUBMISSION TO CONVERT THE CASES OR, IN THE ALTERNATIVE, TO APPOINT A CHAPTER 11 TRUSTEE (DOC 175)**

PLEASE TAKE NOTICE that Drexel Distribution, Inc. d/b/a EZ-Test NY ("Drexel"), by and through undersigned counsel, hereby **WITHDRAWS, WITH PREJUDICE**, its Motion to Convert the Cases [Doc 150], together with the related Supplemental Submission to Convert the Cases to Chapter 7 or, in the Alternative, to Appoint a Chapter 11 Trustee [Doc 175] (collectively, the "Conversion Motion").

____/s/ Jay S. Hellman__________
Jay S. Hellman, Esq.
Westerman Ball Ederer Miller Zucker & Sharfstein, LLP
Attorneys for Drexel Distribution, Inc. d/b/a EZ-Test NY
and Bedis Zormati

**STARK & STARK, P.C.**

By: ___*/s/ Joseph H. LEmkin*___________
Joseph H. Lemkin, Esq.

Dated: October 13, 2026