**WEBBER MCGILL LLC**
Douglas J. McGill, Esq.
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
Tel: (973) 739-9559
dmcgill@webbermcgill.com
*Attorneys for PPFB, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>ProPhase Diagnostics NJ, Inc., *et al.*,[1]<br><br>Debtors-in -Possession. | Case No. 25-19833 (CMG)<br>Chapter 11<br><br>Hon. Christine M. Gravelle<br>(Jointly Administered) |

**PPFB, LLC'S MOTION FOR ENTRY OF AN ORDER SUSTAINING OBJECTION TO DEBTORS' SECOND MODIFIED JOINT CHAPTER 11 PLAN OF REORGANIZATION ON THE BASIS THAT CLASSIFICATION OF CLAIMS VIOLATES 11 U.S.C. § 1122**

**PLEASE TAKE NOTICE** that on December 8, 2026 at 10:00 a.m., or as soon thereafter as counsel may be heard, PPFB, LLC ("Movant"), by and through its undersigned counsel, shall move (the "Motion") before the Honorable Christine M. Gravelle, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 E. State Street, Courtroom No. 3, Trenton, New Jersey 086808 for entry of an order sustaining Movant's objection to Debtors' Second Modified Joint Chapter 11 Plan of Reorganization on the Basis That Classification of Claims Violates 11 U.S.C. § 1112(b).

**PLEASE TAKE FURTHER NOTICE** that Movants will rely on the Motion submitted herewith, and arguments of counsel on the return date of the Motion. A proposed form of order granting the Motion is also submitted herewith. Oral argument is requested.

---

[1] ProPhase Diagnostics, NY, Inc., No. 25-19834 (CMG); ProPhase Diagnostics, Inc., No. 25-19836 (CMG)

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court, in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplementary Commentary") (the "General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website of the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and Supplemental Commentary, so as to be filed with the Bankruptcy Court and served on the undersigned no later than seven (7) days before the return date of the Motion.

**PLEASE TAKE FURTHER NOTICE**, that in the absence of any objection, the Motion may be deemed uncontested and the Bankruptcy Court may grant the relief requested in the Motion.

**WEBBER MCGILL LLC**

By: *<u>/s/ Douglas J. McGill</u>*
Douglas J. McGill

*Attorneys for Movant*

Dated: November 17, 2026