**McMANIMON, SCOTLAND & BAUMANN, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(973) 681-7979
Joseph R. Zapata, Jr., Esq. (jzapata@msbnj.com)
*Attorneys for ProPhase Diagnostics NJ, Inc., et. al.,*
*Debtors and Debtors-In-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**PROPHASE DIAGNOSTICS NJ, INC., et al.**,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-19833 (CMG)[1]<br><br>(Jointly Administered)<br><br>Honorable Christine M. Gravelle, Chief Judge |

**CERTIFICATION OF NO OBJECTION TO THIRD MONTHLY FEE STATEMENT OF MCMANIMON, SCOTLAND & BAUMANN, LLC, COUNSEL TO PROPHASE DIAGNOSTICS NJ, INC., ET AL., FOR THE PERIOD FROM OCTOBER 1, 2026 THROUGH OCTOBER 31, 2026 [ECF 266]**

This Court authorized, pursuant to D.N.J. LBR 2016-3(a) and the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* ("Administrative Fee Order") entered on October 21, 2025 [ECF 30], compensation to professionals on a monthly basis.

Pursuant to the Administrative Fee Order and D.N.J. LBR-2016-3(c), objections to the Third Monthly Fee Statement for the period from October 1, 2026 through October 31, 2026 for McManimon, Scotland & Baumann, LLC ("Applicant"), counsel to ProPhase Diagnostics NJ, Inc., et. al., in the above captioned case ("Fee Statement"), filed on November 5, 2026 [ECF 266], were

[1] Lead case. The other jointly administered Debtors are ProPhase Diagnostics NY, Inc. (Case No. 25-19834 (CMG) and ProPhase Diagnostics, Inc. (Case No. 25-19836 (CMG).

to be filed and served not later than November 19, 2026.

I have reviewed the Court's docket in this case and no objection or other responsive pleading to the Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3(d), payment shall be made to the Applicant upon the filing of this Certification.

I hereby certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**MCMANIMON, SCOTLAND & BAUMANN, LLC**
*Attorneys for Attorneys for ProPhase Diagnostics NJ, Inc., et. al., Debtors and Debtors-In-Possession*

By: *_/s/ Joseph R. Zapata, Jr._*
JOSEPH R. ZAPATA, JR.

Dated: November 20, 2026